UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SERVICE AND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

Upon the Joint Stipulation Regarding Service and Defendants' Time to Respond to the Complaint submitted by Plaintiff City of Hollywood Firefighters' Pension Fund and Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson ("Defendants") and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Defendants are not required to answer or otherwise respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel and the lead plaintiff identifies or files an operative complaint.

2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for the designation or filing of an operative complaint and for briefing on any motion to dismiss or response thereto.

IT IS SO ORDERED.

DATED: _____, 2024

                                                                   Hon. David S. Doty
                                                                   United States District Judge