# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743<br><br><br><br>**ORDER** |

This case is before the Court on the Joint Stipulation Regarding Service and Defendants' Time to Respond to the Complaint (Dkt. 5). Having considered the Stipulation, **IT IS ORDERED** that:

1. Defendants are not required to answer or otherwise respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel and the lead plaintiff identifies or files an operative complaint.

2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for the designation or filing of an operative complaint and for briefing on any motion to dismiss or response thereto.

DATED: June 6, 2024

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge