UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Peter C. Magnuson, on behalf of Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as counsel on behalf of Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson in the above-captioned case.

Dated: June 6, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

s/    *Peter C. Magnuson*
Peter C. Magnuson
Matthew Kilby
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: peter.magnuson@faegredrinker.com
Email: matthew.kilby@faegredrinker.com

*Counsel for Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson*