## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-DSD-ECW<br><br><u>CLASS ACTION</u><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant UnitedHealth Group Incorporated ("UHG"), a Delaware corporation, makes the following disclosure under Federal Rule of Civil Procedure 7.1.

1. UHG is a publicly held corporation and does not have a parent corporation. There is no publicly held corporation that owns 10% or more of UHG's stock.

Dated: June 10, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>s/     Peter C. Magnuson    </u>
Peter C. Magnuson
Matthew Kilby
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: peter.magnuson@faegredrinker.com
Email: matthew.kilby@faegredrinker.com

*Counsel for Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson*