UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No: 24-1743 (DSD/ECW)

City of Hollywood Firefighters'
Pension Fund, individually and on
behalf of all others similarly
situated,

       Plaintiff,

v.

UnitedHealth Group Inc.,
Andrew Witty, Stephen Hemsley,
And Brian Thompson,

       Defendants.

**ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly, **IT IS HEREBY ORDERED** pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated: July 15, 2024

                        s/David S. Doty
                        David S. Doty, Judge
                        United States District Court