# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-ECW<br><br>CLASS ACTION |

## LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

In accordance with Rule 7.1(f) of the Local Rules for the United States District Court for the District of Minnesota, the undersigned hereby certifies that the memorandum of law filed in support of the motion of Union Asset Management Holding AG ("Union") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel complies with the word and line limits set forth in Local Rule 7.1(f) and with the type-size limits of Local Rule 7.1(h).  The memorandum of law, which is set forth in a proportional font, contains 2,948 words.  This word count is based on the word-count function of the software application Microsoft Word for Microsoft 365 and includes all text, including headings, footnotes, and quotations.  The text in the memorandum of law, including footnotes, is set in font Times New Roman in at least font size 13.

Dated: July 15, 2024

Respectfully submitted,

*/s/ Gregg M. Fishbein*

Gregg M. Fishbein, MN No. 202009
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
gmfishbein@locklaw.com

*Liaison Counsel for Proposed Lead Plaintiff*
*Union Asset Management Holding AG*

Gerald H. Silk
Avi Josefson
Scott R. Foglietta
**BERNSTEIN LITOWITZ BERGER**
**  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Union Asset Management Holding AG and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all registered participants on the Notice of Electronic Filing (NEF).

/s/ Gregg M. Fishbein

Gregg M. Fishbein, MN No. 202009
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
gmfishbein@locklaw.com

*Liaison Counsel for Proposed Lead Plaintiff*
*Union Asset Management Holding AG*