# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-ECW<br><br><u>CLASS ACTION</u> |

**DECLARATION OF GREGG M. FISHBEIN IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

I, Gregg M. Fishbein, declare as follows:

1. I am a member in good standing of the bar of the State of Minnesota and am admitted to practice before this Court. I am a partner in the law firm of Lockridge Grindal Nauen P.L.L.P. I respectfully submit this declaration in support of the motion filed by Union Asset Management Holding AG ("Union"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an order: (1) appointing Union as Lead Plaintiff; (2) approving Union's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A: Certification of Union;

Exhibit B: Chart of transactions and losses of Union;

Exhibit C: Notice of pendency of *City of Hollywood Firefighters' Pension Fund v. UnitedHealth Group Inc.*, No. 24-cv-01743 (D. Minn.), published on May 14, 2024;

Exhibit D: Declarations of assignment to Union; and

Exhibit E: Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of July, 2024.

/s/   *Gregg M. Fishbein*
Gregg M. Fishbein

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ Gregg M. Fishbein*
Gregg M. Fishbein, MN No. 202009
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
gmfishbein@locklaw.com

*Liaison Counsel for Proposed Lead Plaintiff*
*Union Asset Management Holding AG*

2