# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Jochen Riechwald and Julia Luther, on behalf of Union Asset Management Holding AG ("Union"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of Union and the Funds, including litigation against UnitedHealth Group Inc. and any other defendants, and file this motion for appointment of Union as lead plaintiff.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Union is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Union fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the UnitedHealth Group Inc. securities that are the subject of this action are set forth in the attached Schedule A.

6. Union has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. Union will not accept any payment for serving as a representative party on behalf of the Class beyond Union's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 12 day of July, 2024.

For Union Asset Management Holding AG:

_____
Jochen Riechwald
Assistant General Counsel

_____
Julia Luther
Senior Legal Counsel

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniFavorit: Aktien | Purchase | 4/6/2022 | 72,328 | 529.8706 |
| UniFavorit: Aktien | Purchase | 4/14/2022 | 81,732 | 545.2474 |
| UniFavorit: Aktien | Purchase | 7/18/2022 | 36,499 | 524.3976 |
| UniFavorit: Aktien | Purchase | 7/19/2022 | 25,450 | 529.2245 |
| UniFavorit: Aktien | Purchase | 7/25/2022 | 14,673 | 531.8758 |
| UniFavorit: Aktien | Purchase | 7/26/2022 | 8,852 | 536.0756 |
| UniFavorit: Aktien | Purchase | 10/14/2022 | 14,634 | 518.3660 |
| UniFavorit: Aktien | Purchase | 10/18/2022 | 57,956 | 522.5909 |
| UniFavorit: Aktien | Purchase | 3/20/2023 | 17,777 | 477.1160 |
| UniFavorit: Aktien | Purchase | 6/2/2023 | 28,909 | 498.8182 |
| UniFavorit: Aktien | Purchase | 7/14/2023 | 12,005 | 478.2348 |
| UniFavorit: Aktien | Purchase | 8/8/2023 | 18,540 | 504.4009 |
| UniFavorit: Aktien | Sale | 1/17/2023 | (52,883) | 486.0833 |
| UniFavorit: Aktien | Sale | 1/18/2023 | (18,117) | 479.9647 |
| UniFavorit: Aktien | Sale | 1/18/2024 | (22,419) | 512.8697 |
| UniFavorit: Aktien | Sale | 1/18/2024 | (10,674) | 506.8918 |
| UniFavorit: Aktien | Sale | 1/19/2024 | (21,806) | 515.0000 |
| UniFavorit: Aktien | Sale | 1/19/2024 | (75,273) | 509.1111 |
| UniFavorit: Aktien | Sale | 1/22/2024 | (14,999) | 498.9080 |
| UniGlobal | Purchase | 4/21/2022 | 20,604 | 537.4400 |
| UniGlobal | Purchase | 5/5/2022 | 24,017 | 492.9971 |
| UniGlobal | Purchase | 5/6/2022 | 27,450 | 495.6350 |
| UniGlobal | Purchase | 5/25/2022 | 7,596 | 498.0900 |
| UniGlobal | Purchase | 10/4/2022 | 19,150 | 523.1700 |
| UniGlobal | Purchase | 11/1/2022 | 15,256 | 547.3100 |
| UniGlobal | Purchase | 12/5/2022 | 23,009 | 539.2380 |
| UniGlobal | Purchase | 2/24/2023 | 3,448 | 484.3300 |
| UniGlobal | Purchase | 7/14/2023 | 167,416 | 481.0344 |
| UniGlobal | Purchase | 7/18/2023 | 13,262 | 497.1453 |
| UniGlobal | Purchase | 7/18/2023 | 191,845 | 500.0202 |
| UniGlobal | Purchase | 7/19/2023 | 167,324 | 509.3247 |
| UniGlobal | Purchase | 8/2/2023 | 41,323 | 505.9539 |
| UniGlobal | Purchase | 8/17/2023 | 10,518 | 497.9154 |
| UniGlobal | Purchase | 8/18/2023 | 19,718 | 500.0769 |
| UniGlobal | Purchase | 10/13/2023 | 46,737 | 537.8752 |
| UniGlobal | Purchase | 10/16/2023 | 51,828 | 539.9691 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGlobal | Purchase | 10/17/2023 | 11,251 | 541.3659 |
| UniGlobal | Purchase | 10/19/2023 | 22,067 | 533.1249 |
| UniGlobal | Purchase | 10/24/2023 | 17,599 | 526.6862 |
| UniGlobal | Purchase | 10/24/2023 | 13,573 | 529.1082 |
| UniGlobal | Purchase | 10/25/2023 | 17,045 | 530.3674 |
| UniGlobal | Purchase | 12/4/2023 | 42,615 | 547.2060 |
| UniGlobal | Purchase | 12/8/2023 | 14,086 | 549.1282 |
| UniGlobal | Sale | 3/15/2022 | (14,698) | 497.9100 |
| UniGlobal | Sale | 5/13/2022 | (16,794) | 485.4000 |
| UniGlobal | Sale | 6/21/2022 | (49,619) | 464.0445 |
| UniGlobal | Sale | 6/21/2022 | (28,683) | 465.4646 |
| UniGlobal | Sale | 6/22/2022 | (14,519) | 490.0195 |
| UniGlobal | Sale | 10/25/2022 | (48,093) | 541.3098 |
| UniGlobal | Sale | 1/5/2023 | (6,488) | 494.6163 |
| UniGlobal | Sale | 1/5/2023 | (57,958) | 491.3373 |
| UniGlobal | Sale | 1/6/2023 | (63,101) | 489.6336 |
| UniGlobal | Sale | 1/11/2023 | (63,929) | 489.7233 |
| UniGlobal | Sale | 1/11/2023 | (79,678) | 492.7320 |
| UniGlobal | Sale | 1/12/2023 | (6,393) | 486.6873 |
| UniGlobal | Sale | 1/12/2023 | (8,493) | 486.6438 |
| UniGlobal | Sale | 1/17/2023 | (22,759) | 485.6803 |
| UniGlobal | Sale | 2/2/2023 | (34,367) | 471.1481 |
| UniGlobal | Sale | 2/3/2023 | (9,637) | 471.3353 |
| UniGlobal | Sale | 4/4/2023 | (3,329) | 493.2500 |
| UniGlobal | Sale | 4/14/2023 | (12,376) | 512.0748 |
| UniGlobal | Sale | 4/17/2023 | (22,931) | 506.0623 |
| UniGlobal | Sale | 4/17/2023 | (44,923) | 505.0249 |
| UniGlobal | Sale | 8/8/2023 | (54,426) | 504.2043 |
| UniGlobal | Sale | 8/31/2023 | (69,597) | 480.2729 |
| UniGlobal | Sale | 9/1/2023 | (48,367) | 476.0193 |
| UniGlobal | Sale | 9/5/2023 | (29,842) | 482.1910 |
| UniGlobal | Sale | 11/20/2023 | (29,976) | 534.4734 |
| UniGlobal | Sale | 12/20/2023 | (65,129) | 520.1324 |
| UniGlobal | Sale | 12/21/2023 | (65,130) | 519.0966 |
| UniGlobal | Sale | 12/22/2023 | (44,675) | 520.1581 |
| UniGlobal | Sale | 1/3/2024 | (61,172) | 542.1293 |
| UniGlobal | Sale | 1/5/2024 | (33,849) | 537.6524 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGlobal | Sale | 1/9/2024 | (79,698) | 536.7073 |
| UniGlobal | Sale | 1/11/2024 | (14,401) | 538.3431 |
| | | | | |
| UniNachhaltig Aktien Global | Purchase | 11/17/2022 | 87,992 | 520.7756 |
| UniNachhaltig Aktien Global | Purchase | 11/18/2022 | 26,439 | 522.6745 |
| UniNachhaltig Aktien Global | Purchase | 11/29/2022 | 17,353 | 527.6255 |
| UniNachhaltig Aktien Global | Purchase | 12/1/2022 | 2,904 | 539.4708 |
| UniNachhaltig Aktien Global | Purchase | 12/6/2022 | 29,914 | 538.9489 |
| UniNachhaltig Aktien Global | Purchase | 12/20/2022 | 2,903 | 526.9900 |
| UniNachhaltig Aktien Global | Purchase | 12/22/2022 | 20,736 | 527.3315 |
| UniNachhaltig Aktien Global | Purchase | 12/28/2022 | 2,912 | 535.0700 |
| UniNachhaltig Aktien Global | Purchase | 2/14/2023 | 19,708 | 496.7638 |
| UniNachhaltig Aktien Global | Purchase | 3/17/2023 | 18,865 | 469.7256 |
| UniNachhaltig Aktien Global | Purchase | 3/20/2023 | 14,874 | 479.4290 |
| UniNachhaltig Aktien Global | Purchase | 7/6/2023 | 18,668 | 470.8199 |
| UniNachhaltig Aktien Global | Purchase | 7/12/2023 | 11,332 | 463.2468 |
| UniNachhaltig Aktien Global | Purchase | 7/14/2023 | 12,508 | 475.5439 |
| UniNachhaltig Aktien Global | Purchase | 7/14/2023 | 25,822 | 481.0344 |
| UniNachhaltig Aktien Global | Purchase | 7/17/2023 | 22,735 | 482.1842 |
| UniNachhaltig Aktien Global | Purchase | 7/19/2023 | 23,621 | 509.3247 |
| UniNachhaltig Aktien Global | Purchase | 8/7/2023 | 20,067 | 508.5652 |
| | | | | |
| UniNachhaltig Aktien Global | Sale | 1/23/2023 | (6,768) | 483.9724 |
| UniNachhaltig Aktien Global | Sale | 1/23/2023 | (22,020) | 483.5433 |
| UniNachhaltig Aktien Global | Sale | 1/26/2023 | (8,926) | 492.5291 |
| UniNachhaltig Aktien Global | Sale | 1/27/2023 | (17,336) | 488.0491 |
| UniNachhaltig Aktien Global | Sale | 6/14/2023 | (26,273) | 453.5000 |
| UniNachhaltig Aktien Global | Sale | 11/7/2023 | (23,616) | 537.9889 |
| | | | | |
| UniGlobal-net- | Purchase | 4/21/2022 | 3,296 | 537.4400 |
| UniGlobal-net- | Purchase | 5/5/2022 | 9,474 | 492.9971 |
| UniGlobal-net- | Purchase | 5/6/2022 | 15,526 | 495.6350 |
| UniGlobal-net- | Purchase | 5/25/2022 | 3,764 | 498.0900 |
| UniGlobal-net- | Purchase | 10/4/2022 | 9,700 | 523.1700 |
| UniGlobal-net- | Purchase | 11/1/2022 | 5,201 | 547.3100 |
| UniGlobal-net- | Purchase | 2/22/2023 | 631 | 488.8900 |
| UniGlobal-net- | Purchase | 7/14/2023 | 74,854 | 481.0344 |
| UniGlobal-net- | Purchase | 7/18/2023 | 5,909 | 497.1453 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| **Fund** | **Transaction** | **Date** | **Shares** | **Price** |
|---|---|---|---|---|
| UniGlobal-net- | Purchase | 7/18/2023 | 85,475 | 500.0202 |
| UniGlobal-net- | Purchase | 7/19/2023 | 74,881 | 509.3247 |
| UniGlobal-net- | Purchase | 8/2/2023 | 18,592 | 505.9539 |
| UniGlobal-net- | Purchase | 8/17/2023 | 3,553 | 497.9154 |
| UniGlobal-net- | Purchase | 8/18/2023 | 8,998 | 500.0769 |
| UniGlobal-net- | Purchase | 10/13/2023 | 21,299 | 537.8752 |
| UniGlobal-net- | Purchase | 10/16/2023 | 24,610 | 539.9691 |
| UniGlobal-net- | Purchase | 10/17/2023 | 5,124 | 541.3659 |
| UniGlobal-net- | Purchase | 10/19/2023 | 9,008 | 533.1249 |
| UniGlobal-net- | Purchase | 10/24/2023 | 8,144 | 526.6862 |
| UniGlobal-net- | Purchase | 10/24/2023 | 6,158 | 529.1082 |
| UniGlobal-net- | Purchase | 10/25/2023 | 7,909 | 530.3674 |
| UniGlobal-net- | Purchase | 12/4/2023 | 19,449 | 547.2060 |
| UniGlobal-net- | Purchase | 12/8/2023 | 6,455 | 549.1282 |
| UniGlobal-net- | Sale | 6/21/2022 | (17,262) | 464.0981 |
| UniGlobal-net- | Sale | 6/21/2022 | (10,180) | 465.4647 |
| UniGlobal-net- | Sale | 6/22/2022 | (6,093) | 490.0195 |
| UniGlobal-net- | Sale | 1/5/2023 | (2,036) | 494.6163 |
| UniGlobal-net- | Sale | 1/5/2023 | (18,189) | 491.3373 |
| UniGlobal-net- | Sale | 1/6/2023 | (37,848) | 489.6336 |
| UniGlobal-net- | Sale | 1/11/2023 | (28,126) | 489.7233 |
| UniGlobal-net- | Sale | 1/11/2023 | (35,056) | 492.7320 |
| UniGlobal-net- | Sale | 1/12/2023 | (2,813) | 486.6873 |
| UniGlobal-net- | Sale | 1/12/2023 | (3,737) | 486.6438 |
| UniGlobal-net- | Sale | 1/17/2023 | (10,121) | 485.6803 |
| UniGlobal-net- | Sale | 2/2/2023 | (14,897) | 471.1481 |
| UniGlobal-net- | Sale | 2/3/2023 | (4,109) | 471.3353 |
| UniGlobal-net- | Sale | 4/17/2023 | (10,436) | 506.0623 |
| UniGlobal-net- | Sale | 4/17/2023 | (25,717) | 505.0249 |
| UniGlobal-net- | Sale | 8/8/2023 | (8,649) | 504.2043 |
| UniGlobal-net- | Sale | 8/14/2023 | (12,082) | 511.2217 |
| UniGlobal-net- | Sale | 8/31/2023 | (17,599) | 480.2729 |
| UniGlobal-net- | Sale | 9/1/2023 | (35,671) | 476.0193 |
| UniGlobal-net- | Sale | 9/5/2023 | (12,973) | 482.1910 |
| UniGlobal-net- | Sale | 11/20/2023 | (13,683) | 534.4734 |
| UniGlobal-net- | Sale | 12/20/2023 | (29,789) | 520.1324 |
| UniGlobal-net- | Sale | 12/21/2023 | (29,789) | 519.0966 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGlobal-net- | Sale | 12/22/2023 | (20,448) | 520.1581 |
| UniGlobal-net- | Sale | 1/3/2024 | (27,895) | 542.1293 |
| UniGlobal-net- | Sale | 1/5/2024 | (15,506) | 537.6524 |
| UniGlobal-net- | Sale | 1/9/2024 | (36,551) | 536.7073 |
| UniGlobal-net- | Sale | 1/11/2024 | (6,600) | 538.3431 |
| UniRak | Purchase | 8/18/2023 | 40,000 | 498.4276 |
| UniRak | Purchase | 9/12/2023 | 50,000 | 482.1361 |
| UniRak | Purchase | 9/22/2023 | 25,000 | 506.6049 |
| UniRak | Purchase | 9/27/2023 | 15,000 | 503.1531 |
| UniRak Nachhaltig Konservativ | Purchase | 8/17/2023 | 25,000 | 496.9369 |
| UniRak Nachhaltig Konservativ | Purchase | 8/22/2023 | 25,000 | 492.4507 |
| UniRak Nachhaltig Konservativ | Purchase | 8/28/2023 | 5,000 | 490.9996 |
| UniRak Nachhaltig Konservativ | Purchase | 8/31/2023 | 5,000 | 485.0000 |
| UniRak Konservativ | Purchase | 8/15/2023 | 5,000 | 508.9955 |
| UniRak Konservativ | Purchase | 8/16/2023 | 3,000 | 508.8022 |
| UniRak Konservativ | Purchase | 8/17/2023 | 2,000 | 497.4831 |
| UniRak Konservativ | Purchase | 8/22/2023 | 10,000 | 495.7172 |
| UniRak Konservativ | Purchase | 8/23/2023 | 3,200 | 492.6128 |
| UniRak Konservativ | Sale | 1/30/2024 | (3,200) | 500.8252 |
| UniAusschüttung | Purchase | 1/18/2024 | 7,500 | 510.3880 |
| Invest Global | Purchase | 3/21/2022 | 1,029 | 508.5620 |
| Invest Global | Purchase | 5/5/2022 | 943 | 492.9971 |
| Invest Global | Purchase | 5/18/2022 | 493 | 481.5721 |
| Invest Global | Purchase | 5/25/2022 | 755 | 498.0900 |
| Invest Global | Purchase | 7/14/2023 | 6,023 | 481.0344 |
| Invest Global | Purchase | 7/18/2023 | 475 | 497.1453 |
| Invest Global | Purchase | 7/18/2023 | 6,868 | 500.0202 |
| Invest Global | Purchase | 7/19/2023 | 5,983 | 509.3247 |
| Invest Global | Purchase | 8/2/2023 | 1,481 | 505.9539 |
| Invest Global | Purchase | 10/13/2023 | 1,634 | 537.8752 |
| Invest Global | Purchase | 10/16/2023 | 1,636 | 539.9691 |
| Invest Global | Purchase | 10/17/2023 | 385 | 541.3659 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| Invest Global | Purchase | 10/19/2023 | 746 | 533.1249 |
| Invest Global | Purchase | 10/24/2023 | 610 | 526.6862 |
| Invest Global | Purchase | 10/24/2023 | 473 | 529.1082 |
| Invest Global | Purchase | 10/25/2023 | 603 | 530.3674 |
| Invest Global | Purchase | 12/4/2023 | 1,469 | 547.2060 |
| Invest Global | Purchase | 12/8/2023 | 484 | 549.1282 |
| Invest Global | Sale | 6/21/2022 | (2,094) | 464.0427 |
| Invest Global | Sale | 6/21/2022 | (1,212) | 465.4615 |
| Invest Global | Sale | 6/22/2022 | (611) | 490.0195 |
| Invest Global | Sale | 1/5/2023 | (401) | 494.6163 |
| Invest Global | Sale | 1/5/2023 | (3,582) | 491.3373 |
| Invest Global | Sale | 1/6/2023 | (1,608) | 489.6336 |
| Invest Global | Sale | 1/11/2023 | (2,564) | 489.7233 |
| Invest Global | Sale | 1/11/2023 | (3,195) | 492.7320 |
| Invest Global | Sale | 1/12/2023 | (256) | 486.6873 |
| Invest Global | Sale | 1/12/2023 | (341) | 486.6438 |
| Invest Global | Sale | 1/17/2023 | (919) | 485.6803 |
| Invest Global | Sale | 2/2/2023 | (1,377) | 471.1481 |
| Invest Global | Sale | 2/3/2023 | (389) | 471.3353 |
| Invest Global | Sale | 4/14/2023 | (1,288) | 511.8782 |
| Invest Global | Sale | 4/17/2023 | (899) | 506.0623 |
| Invest Global | Sale | 4/17/2023 | (1,002) | 505.0249 |
| Invest Global | Sale | 8/8/2023 | (975) | 504.2043 |
| Invest Global | Sale | 8/31/2023 | (1,501) | 480.2729 |
| Invest Global | Sale | 9/5/2023 | (3,897) | 482.1910 |
| Invest Global | Sale | 11/20/2023 | (1,037) | 534.4734 |
| Invest Global | Sale | 12/20/2023 | (2,227) | 520.1324 |
| Invest Global | Sale | 12/21/2023 | (2,227) | 519.0966 |
| Invest Global | Sale | 12/22/2023 | (1,528) | 520.1581 |
| Invest Global | Sale | 1/3/2024 | (2,086) | 542.1293 |
| Invest Global | Sale | 1/5/2024 | (1,152) | 537.6524 |
| Invest Global | Sale | 1/9/2024 | (2,711) | 536.7073 |
| Invest Global | Sale | 1/11/2024 | (489) | 538.3431 |
| DEVIF-Fonds Nr. 76 | Purchase | 1/2/2024 | 3,604 | 526.8400 |
| UniGlobal II | Purchase | 3/21/2022 | 958 | 508.5620 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGlobal II | Purchase | 5/5/2022 | 685 | 492.9971 |
| UniGlobal II | Purchase | 5/6/2022 | 1,628 | 495.6350 |
| UniGlobal II | Purchase | 6/9/2022 | 680 | 489.4300 |
| UniGlobal II | Purchase | 6/10/2022 | 552 | 484.6300 |
| UniGlobal II | Purchase | 6/23/2022 | 446 | 499.8100 |
| UniGlobal II | Purchase | 8/29/2022 | 447 | 526.0000 |
| UniGlobal II | Purchase | 9/1/2022 | 594 | 519.3300 |
| UniGlobal II | Purchase | 9/13/2022 | 907 | 513.9600 |
| UniGlobal II | Purchase | 9/30/2022 | 621 | 505.0400 |
| UniGlobal II | Purchase | 10/11/2022 | 1,425 | 499.8100 |
| UniGlobal II | Purchase | 12/28/2022 | 868 | 535.0700 |
| UniGlobal II | Purchase | 1/3/2023 | 1,349 | 518.6400 |
| UniGlobal II | Purchase | 7/14/2023 | 6,617 | 481.0344 |
| UniGlobal II | Purchase | 7/18/2023 | 530 | 497.1453 |
| UniGlobal II | Purchase | 7/18/2023 | 7,663 | 500.0202 |
| UniGlobal II | Purchase | 7/19/2023 | 6,509 | 509.3247 |
| UniGlobal II | Purchase | 8/2/2023 | 778 | 506.3803 |
| UniGlobal II | Purchase | 8/2/2023 | 1,697 | 505.9539 |
| UniGlobal II | Purchase | 10/13/2023 | 1,984 | 537.8752 |
| UniGlobal II | Purchase | 10/16/2023 | 2,637 | 539.9691 |
| UniGlobal II | Purchase | 10/17/2023 | 314 | 541.3659 |
| UniGlobal II | Purchase | 10/19/2023 | 1,053 | 533.1249 |
| UniGlobal II | Purchase | 10/24/2023 | 957 | 526.6862 |
| UniGlobal II | Purchase | 10/24/2023 | 576 | 529.1082 |
| UniGlobal II | Purchase | 10/25/2023 | 740 | 530.3674 |
| UniGlobal II | Purchase | 12/4/2023 | 1,774 | 547.2060 |
| UniGlobal II | Purchase | 12/8/2023 | 558 | 549.1282 |
| UniGlobal II | Sale | 5/2/2022 | (952) | 510.8100 |
| UniGlobal II | Sale | 6/21/2022 | (1,073) | 463.3643 |
| UniGlobal II | Sale | 6/21/2022 | (467) | 465.4635 |
| UniGlobal II | Sale | 6/22/2022 | (505) | 490.0195 |
| UniGlobal II | Sale | 6/30/2022 | (887) | 511.9550 |
| UniGlobal II | Sale | 7/8/2022 | (838) | 518.6300 |
| UniGlobal II | Sale | 10/28/2022 | (862) | 544.9700 |
| UniGlobal II | Sale | 11/30/2022 | (816) | 547.7600 |
| UniGlobal II | Sale | 1/5/2023 | (367) | 494.6163 |
| UniGlobal II | Sale | 1/5/2023 | (1,912) | 490.5205 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniGlobal II | Sale | 1/5/2023 | (3,276) | 491.3373 |
| UniGlobal II | Sale | 1/6/2023 | (1,009) | 489.6336 |
| UniGlobal II | Sale | 1/11/2023 | (2,352) | 489.7233 |
| UniGlobal II | Sale | 1/11/2023 | (2,932) | 492.7320 |
| UniGlobal II | Sale | 1/12/2023 | (235) | 486.6873 |
| UniGlobal II | Sale | 1/12/2023 | (313) | 486.6438 |
| UniGlobal II | Sale | 1/17/2023 | (901) | 485.6803 |
| UniGlobal II | Sale | 1/19/2023 | (882) | 484.1044 |
| UniGlobal II | Sale | 2/3/2023 | (643) | 471.3353 |
| UniGlobal II | Sale | 4/14/2023 | (1,316) | 511.8782 |
| UniGlobal II | Sale | 4/17/2023 | (872) | 506.0623 |
| UniGlobal II | Sale | 4/17/2023 | (949) | 505.0249 |
| UniGlobal II | Sale | 8/8/2023 | (993) | 504.2043 |
| UniGlobal II | Sale | 8/31/2023 | (2,041) | 480.2729 |
| UniGlobal II | Sale | 9/5/2023 | (4,000) | 482.1910 |
| UniGlobal II | Sale | 11/20/2023 | (1,244) | 534.4734 |
| UniGlobal II | Sale | 12/12/2023 | (932) | 546.2800 |
| UniGlobal II | Sale | 12/20/2023 | (2,565) | 520.1324 |
| UniGlobal II | Sale | 12/21/2023 | (2,565) | 519.0966 |
| UniGlobal II | Sale | 12/22/2023 | (1,738) | 520.1581 |
| UniGlobal II | Sale | 1/3/2024 | (2,326) | 542.1293 |
| UniGlobal II | Sale | 1/5/2024 | (1,331) | 537.6524 |
| UniGlobal II | Sale | 1/9/2024 | (3,133) | 536.7073 |
| UniGlobal II | Sale | 1/11/2024 | (572) | 538.3431 |
| UniInstitutional Global Equities Concentrated | Purchase | 3/14/2022 | 901 | 487.9200 |
| UniInstitutional Global Equities Concentrated | Purchase | 3/22/2022 | 1,051 | 505.3200 |
| UniInstitutional Global Equities Concentrated | Purchase | 3/24/2022 | 3,181 | 513.4600 |
| UniInstitutional Global Equities Concentrated | Purchase | 4/27/2022 | 2,004 | 513.8100 |
| UniInstitutional Global Equities Concentrated | Purchase | 6/9/2022 | 2,387 | 489.4300 |
| UniInstitutional Global Equities Concentrated | Purchase | 6/1/2023 | 2,336 | 489.1672 |
| UniInstitutional Global Equities Concentrated | Purchase | 9/11/2023 | 1,043 | 479.3800 |
| UniInstitutional Global Equities | Purchase | 1/31/2024 | 1,385 | 512.5922 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| Concentrated UniInstitutional Global Equities Concentrated | Purchase | 2/22/2024 | 1,871 | 524.2000 |
| UniInstitutional Global Equities Concentrated | Sale | 6/7/2022 | (1,705) | 497.1000 |
| UniInstitutional Global Equities Concentrated | Sale | 8/16/2022 | (963) | 544.5549 |
| UniInstitutional Global Equities Concentrated | Sale | 10/4/2022 | (886) | 522.9418 |
| UniInstitutional Global Equities Concentrated | Sale | 12/15/2023 | (764) | 531.1200 |
| VR Mainfranken Nachhaltig | Purchase | 7/20/2023 | 346 | 502.5437 |
| VR Mainfranken Nachhaltig | Purchase | 10/16/2023 | 16 | 543.0000 |
| VR Mainfranken Nachhaltig | Purchase | 11/13/2023 | 804 | 542.5700 |
| VR Mainfranken Nachhaltig | Purchase | 11/14/2023 | 1,054 | 540.4600 |
| DEVIF-Fonds Nr. 38 | Purchase | 11/14/2023 | 2,407 | 539.0300 |
| DEVIF-Fonds Nr. 38 | Sale | 2/14/2024 | (167) | 515.2600 |
| UniMarktführer | Purchase | 7/18/2023 | 638 | 497.1453 |
| UniMarktführer | Purchase | 7/18/2023 | 9,229 | 500.0202 |
| UniMarktführer | Purchase | 8/4/2023 | 12,000 | 509.9406 |
| UniMarktführer | Purchase | 9/8/2023 | 1,181 | 480.7700 |
| UniMarktführer | Sale | 1/11/2023 | (10,767) | 485.2762 |
| UniMarktführer | Sale | 12/20/2023 | (8,071) | 520.9578 |
| UniMarktführer | Sale | 1/26/2024 | (8,993) | 493.2800 |
| UIN-Fonds Nr. 759 | Purchase | 4/19/2022 | 366 | 536.9203 |
| UIN-Fonds Nr. 759 | Purchase | 6/27/2022 | 758 | 505.6600 |
| UIN-Fonds Nr. 759 | Purchase | 8/10/2022 | 293 | 538.9095 |
| UIN-Fonds Nr. 759 | Purchase | 12/27/2022 | 1,489 | 531.9549 |
| UIN-Fonds Nr. 759 | Purchase | 7/18/2023 | 500 | 501.7620 |
| UIN-Fonds Nr. 759 | Sale | 2/9/2023 | (400) | 486.8559 |
| UIN-Fonds Nr. 759 | Sale | 12/14/2023 | (400) | 538.6287 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| PrivatFonds: Nachhaltig | Purchase | 7/20/2023 | 4,850 | 502.5437 |
| PrivatFonds: Nachhaltig | Purchase | 10/16/2023 | 213 | 543.0000 |
| PrivatFonds: Nachhaltig | Purchase | 10/26/2023 | 1,506 | 529.5299 |
| PrivatFonds: Nachhaltig | Sale | 1/30/2024 | (2,408) | 503.4568 |
| PrivatFonds: Nachhaltig | Sale | 2/6/2024 | (983) | 503.9400 |
| SV-Union-Fonds | Purchase | 12/9/2022 | 800 | 547.9300 |
| SV-Union-Fonds | Purchase | 1/3/2023 | 200 | 522.1400 |
| SV-Union-Fonds | Purchase | 3/20/2023 | 100 | 470.0000 |
| SV-Union-Fonds | Purchase | 7/27/2023 | 230 | 508.9989 |
| SV-Union-Fonds | Purchase | 8/10/2023 | 100 | 510.5900 |
| SV-Union-Fonds | Purchase | 10/31/2023 | 60 | 535.0000 |
| SV-Union-Fonds | Sale | 1/25/2023 | (200) | 489.2800 |
| SV-Union-Fonds | Sale | 2/6/2023 | (100) | 472.0000 |
| SV-Union-Fonds | Sale | 11/9/2023 | (100) | 537.6000 |
| SV-Union-Fonds | Sale | 12/19/2023 | (150) | 524.5900 |
| UniAusschüttung Konservativ | Purchase | 1/18/2024 | 1,300 | 510.3880 |
| DEVIF-Fonds Nr. 278 | Purchase | 5/27/2022 | 305 | 496.9499 |
| DEVIF-Fonds Nr. 278 | Purchase | 7/20/2022 | 240 | 518.7003 |
| DEVIF-Fonds Nr. 278 | Purchase | 9/12/2022 | 370 | 531.2500 |
| DEVIF-Fonds Nr. 278 | Purchase | 6/1/2023 | 320 | 487.4978 |
| DEVIF-Fonds Nr. 278 | Purchase | 10/6/2023 | 810 | 522.4896 |
| DEVIF-Fonds Nr. 278 | Sale | 1/17/2023 | (1,230) | 487.0710 |
| DEVIF-Fonds Nr. 278 | Sale | 12/19/2023 | (420) | 524.5900 |
| DEVIF-Fonds Nr. 35 | Purchase | 4/26/2022 | 1,000 | 524.2400 |
| DEVIF-Fonds Nr. 35 | Purchase | 8/15/2023 | 30 | 511.5800 |
| DEVIF-Fonds Nr. 35 | Sale | 6/30/2023 | (200) | 476.9500 |
| UniThemen Aktien | Purchase | 11/9/2023 | 487 | 539.1325 |
| UniThemen Aktien | Purchase | 11/28/2023 | 238 | 542.7243 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UIN-Fonds Nr. 727 | Purchase | 5/13/2022 | 201 | 484.6589 |
| UIN-Fonds Nr. 727 | Purchase | 8/12/2022 | 410 | 539.8899 |
| UIN-Fonds Nr. 727 | Purchase | 12/27/2022 | 509 | 532.2812 |
| UIN-Fonds Nr. 727 | Purchase | 6/6/2023 | 154 | 489.6448 |
| UIN-Fonds Nr. 727 | Sale | 6/22/2022 | (201) | 489.6800 |
| UIN-Fonds Nr. 727 | Sale | 8/25/2022 | (80) | 532.0273 |
| UIN-Fonds Nr. 727 | Sale | 4/27/2023 | (120) | 488.3649 |
| KinderZukunftsFonds | Purchase | 1/18/2023 | 948 | 487.5000 |
| KinderZukunftsFonds | Purchase | 4/26/2023 | 1,021 | 480.3289 |
| KinderZukunftsFonds | Purchase | 7/11/2023 | 284 | 462.3700 |
| KinderZukunftsFonds | Purchase | 11/27/2023 | 880 | 547.1000 |
| UniInstitutional Aktien Infrastruktur Nachhaltig | Purchase | 8/4/2023 | 7,215 | 510.0389 |
| UniInstitutional Aktien Infrastruktur Nachhaltig | Sale | 11/24/2023 | (385) | 544.9300 |
| UniInstitutional Aktien Infrastruktur Nachhaltig | Sale | 1/26/2024 | (3,684) | 493.2800 |
| UniInstitutional Aktien Infrastruktur Nachhaltig | Sale | 2/14/2024 | (3,146) | 515.2526 |
| MKD-Union-Fonds | Purchase | 4/6/2022 | 1,192 | 518.2200 |
| MKD-Union-Fonds | Purchase | 2/15/2023 | 462 | 490.0965 |
| MKD-Union-Fonds | Purchase | 3/17/2023 | 490 | 469.8015 |
| MKD-Union-Fonds | Purchase | 7/14/2023 | 2,793 | 474.8512 |
| MKD-Union-Fonds | Purchase | 10/16/2023 | 1,215 | 543.0000 |
| MKD-Union-Fonds | Sale | 5/9/2022 | (1,264) | 490.4000 |
| MKD-Union-Fonds | Sale | 1/27/2023 | (1,208) | 489.7580 |
| MKD-Union-Fonds | Sale | 6/14/2023 | (2,213) | 453.5000 |
| MKD-Union-Fonds | Sale | 11/3/2023 | (738) | 530.1603 |
| UniKlassikMix | Purchase | 5/5/2022 | 691 | 508.6275 |
| UniKlassikMix | Purchase | 9/28/2022 | 1,065 | 506.4800 |
| UniKlassikMix | Sale | 1/30/2023 | (1,122) | 487.9583 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniKlassikMix | Sale | 2/21/2023 | (3,082) | 496.7000 |
| DEVIF-Fonds Nr. 349 | Purchase | 1/31/2024 | 1,150 | 512.6961 |
| TraditionsFonds 1872 | Purchase | 4/13/2023 | 227 | 523.9100 |
| TraditionsFonds 1872 | Purchase | 11/13/2023 | 171 | 542.5700 |
| UIN-Fonds Nr. 798 | Purchase | 12/5/2022 | 270 | 534.8706 |
| UIN-Fonds Nr. 798 | Purchase | 12/29/2022 | 120 | 532.5400 |
| UIN-Fonds Nr. 798 | Purchase | 7/26/2023 | 230 | 511.5400 |
| UIN-Fonds Nr. 798 | Sale | 2/14/2023 | (120) | 494.4400 |
| UIN-Fonds Nr. 950 | Purchase | 12/5/2022 | 265 | 534.8706 |
| UIN-Fonds Nr. 950 | Purchase | 12/29/2022 | 120 | 532.5400 |
| UIN-Fonds Nr. 950 | Purchase | 7/26/2023 | 230 | 511.5400 |
| UIN-Fonds Nr. 950 | Sale | 2/14/2023 | (120) | 494.4133 |
| DEVIF-Fonds Nr. 487 NordFonds | Purchase | 12/20/2023 | 400 | 523.8500 |
| DEVIF-Fonds Nr. 487 NordFonds | Purchase | 12/27/2023 | 100 | 522.3150 |
| UIN-Fonds Nr. 618 | Purchase | 11/14/2023 | 662 | 539.8950 |
| UIN-Fonds Nr. 618 | Sale | 1/23/2024 | (662) | 516.1011 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 7/20/2023 | 782 | 502.5437 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 10/16/2023 | 45 | 543.0000 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 10/26/2023 | 254 | 529.5299 |
| Werte Fonds Münsterland Nachhaltig | Sale | 1/30/2024 | (399) | 503.4568 |
| Werte Fonds Münsterland Nachhaltig | Sale | 2/6/2024 | (157) | 503.9400 |
| Werte Fonds Münsterland Nachhaltig | Sale | 2/20/2024 | (34) | 524.2100 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Purchase | 3/25/2022 | 175 | 516.2287 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Purchase | 2/21/2023 | 205 | 495.5654 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Purchase | 10/6/2023 | 400 | 519.1745 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Purchase | 1/10/2024 | 245 | 537.5739 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| <u>Fund</u> | <u>Transaction</u> | <u>Date</u> | <u>Shares</u> | <u>Price</u> |
|---|---|---|---|---|
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Sale | 9/26/2022 | (320) | 508.3600 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Sale | 1/11/2023 | (220) | 493.4000 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Sale | 4/26/2023 | (375) | 478.4860 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Sale | 11/29/2023 | (235) | 530.9000 |
| DEVIF-Fonds Nr. 45 / UIN-EMBA | Sale | 12/22/2023 | (255) | 519.8800 |
| DEVIF-Fonds Nr. 355 | Purchase | 1/9/2023 | 1,450 | 492.4100 |
| DEVIF-Fonds Nr. 355 | Purchase | 8/4/2023 | 710 | 507.2743 |
| DEVIF-Fonds Nr. 355 | Sale | 3/17/2023 | (333) | 469.6401 |
| DEVIF-Fonds Nr. 355 | Sale | 11/13/2023 | (222) | 541.1500 |
| UniMultiAsset Chance II Nachhaltig | Purchase | 7/20/2023 | 505 | 502.5437 |
| UniMultiAsset Chance II Nachhaltig | Purchase | 10/16/2023 | 36 | 543.0000 |
| UniMultiAsset Chance II Nachhaltig | Purchase | 10/26/2023 | 165 | 529.5299 |
| UniMultiAsset Chance II Nachhaltig | Sale | 1/30/2024 | (261) | 503.4568 |
| UniMultiAsset Chance II Nachhaltig | Sale | 2/6/2024 | (105) | 503.9400 |
| UIN-Fonds Nr. 1035 | Purchase | 1/9/2023 | 669 | 492.4100 |
| UIN-Fonds Nr. 1035 | Purchase | 4/11/2023 | 55 | 516.1400 |
| UIN-Fonds Nr. 1035 | Purchase | 8/4/2023 | 348 | 508.3632 |
| UIN-Fonds Nr. 1035 | Sale | 1/30/2023 | (41) | 488.4500 |
| UIN-Fonds Nr. 1035 | Sale | 3/17/2023 | (145) | 468.2638 |
| UIN-Fonds Nr. 1035 | Sale | 11/13/2023 | (74) | 541.1500 |
| BBBank Nachhaltigkeit Union | Purchase | 12/21/2022 | 277 | 523.6300 |
| UIN-EBBA | Purchase | 9/26/2022 | 320 | 508.3600 |
| UIN-EBBA | Purchase | 2/21/2023 | 90 | 495.5050 |
| UIN-EBBA | Purchase | 3/23/2023 | 165 | 469.9100 |
| UIN-EBBA | Purchase | 10/6/2023 | 250 | 520.3556 |
| UIN-EBBA | Purchase | 1/10/2024 | 160 | 537.8238 |
| UIN-EBBA | Sale | 1/11/2023 | (100) | 493.4000 |
| UIN-EBBA | Sale | 4/26/2023 | (230) | 480.4800 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UIN-EBBA | Sale | 11/29/2023 | (145) | 530.9000 |
| UIN-EBBA | Sale | 12/22/2023 | (170) | 519.8800 |
| DEVIF-Fonds Nr. 89 | Purchase | 12/5/2022 | 160 | 534.2888 |
| DEVIF-Fonds Nr. 89 | Purchase | 7/26/2023 | 110 | 511.5400 |
| UniMultiAsset Chance III Nachhaltig | Purchase | 7/20/2023 | 326 | 502.5437 |
| UniMultiAsset Chance III Nachhaltig | Purchase | 10/16/2023 | 25 | 543.0000 |
| UniMultiAsset Chance III Nachhaltig | Purchase | 10/26/2023 | 102 | 529.5299 |
| UniMultiAsset Chance III Nachhaltig | Sale | 1/30/2024 | (167) | 503.4568 |
| UniMultiAsset Chance III Nachhaltig | Sale | 2/6/2024 | (67) | 503.9400 |
| UniMultiAsset Chance I Nachhaltig | Purchase | 7/20/2023 | 333 | 502.5437 |
| UniMultiAsset Chance I Nachhaltig | Purchase | 10/16/2023 | 21 | 543.0000 |
| UniMultiAsset Chance I Nachhaltig | Purchase | 10/26/2023 | 102 | 529.5299 |
| UniMultiAsset Chance I Nachhaltig | Sale | 1/30/2024 | (171) | 503.4568 |
| UniMultiAsset Chance I Nachhaltig | Sale | 2/6/2024 | (64) | 503.9400 |
| UniNachhaltig Aktien Dividende | Purchase | 8/4/2023 | 153 | 507.3486 |
| UniNachhaltig Aktien Dividende | Purchase | 10/16/2023 | 31 | 543.0000 |
| UniNachhaltig Aktien Dividende | Purchase | 11/20/2023 | 19 | 533.6100 |
| UniNachhaltig Aktien Dividende | Purchase | 2/23/2024 | 18 | 527.2400 |
| DEVIF-Fonds Nr. 422 | Purchase | 8/3/2023 | 650 | 502.5856 |
| DEVIF-Fonds Nr. 422 | Purchase | 10/24/2023 | 130 | 528.8515 |
| DEVIF-Fonds Nr. 422 | Purchase | 12/14/2023 | 87 | 538.8543 |
| DEVIF-Fonds Nr. 422 | Sale | 9/27/2022 | (230) | 511.8200 |
| DEVIF-Fonds Nr. 422 | Sale | 12/6/2022 | (501) | 535.2766 |
| DEVIF-Fonds Nr. 422 | Sale | 1/24/2023 | (349) | 486.3801 |
| DEVIF-Fonds Nr. 422 | Sale | 4/18/2023 | (165) | 501.5633 |
| DEVIF-Fonds Nr. 422 | Sale | 9/18/2023 | (200) | 484.3708 |
| DEVIF-Fonds Nr. 422 | Sale | 1/2/2024 | (189) | 532.5200 |
| DEVIF-Fonds Nr. 422 | Sale | 1/23/2024 | (219) | 513.4600 |
| BVK 3 | Purchase | 4/8/2022 | 150 | 539.0000 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| BVK 3 | Purchase | 4/26/2022 | 165 | 524.2400 |
| BVK 3 | Purchase | 6/28/2022 | 657 | 514.9272 |
| BVK 3 | Purchase | 1/31/2024 | 209 | 508.1060 |
| | | | | |
| BVK 3 | Sale | 7/12/2022 | (78) | 515.2682 |
| BVK 3 | Sale | 11/14/2022 | (138) | 520.2200 |
| BVK 3 | Sale | 12/21/2022 | (756) | 519.4881 |
| UIN-Fonds Nr. 775 | Purchase | 12/30/2022 | 170 | 530.1800 |
| UIN-Fonds Nr. 775 | Purchase | 5/3/2023 | 325 | 494.4000 |
| UIN-Fonds Nr. 775 | Purchase | 7/14/2023 | 105 | 460.1100 |
| UIN-Fonds Nr. 775 | Purchase | 7/18/2023 | 210 | 490.0000 |
| UIN-Fonds Nr. 775 | Purchase | 8/7/2023 | 110 | 505.7400 |
| | | | | |
| UIN-Fonds Nr. 775 | Sale | 3/15/2022 | (150) | 497.9100 |
| UIN-Fonds Nr. 775 | Sale | 3/15/2022 | (630) | 497.9100 |
| UIN-Fonds Nr. 775 | Sale | 1/23/2023 | (405) | 485.8100 |
| UIN-Fonds Nr. 775 | Sale | 6/20/2023 | (115) | 456.7500 |
| UIN-Fonds Nr. 775 | Sale | 11/13/2023 | (100) | 541.1500 |
| Demografiefonds | Purchase | 12/27/2022 | 198 | 532.3781 |
| Demografiefonds | Purchase | 6/20/2023 | 100 | 463.6000 |
| | | | | |
| Demografiefonds | Sale | 5/10/2022 | (320) | 495.2328 |
| Demografiefonds | Sale | 7/11/2022 | (59) | 515.6654 |
| Demografiefonds | Sale | 9/13/2022 | (58) | 519.7755 |
| Demografiefonds | Sale | 4/27/2023 | (100) | 488.3649 |
| Demografiefonds | Sale | 11/30/2023 | (40) | 541.4400 |
| UIN-Fonds Nr. 1095 | Purchase | 11/30/2022 | 400 | 529.7200 |
| UIN-Fonds Nr. 1095 | Purchase | 3/31/2023 | 300 | 471.5200 |
| UIN-Fonds Nr. 1095 | Purchase | 7/26/2023 | 300 | 511.5400 |
| UIN-Fonds Nr. 1095 | Purchase | 9/20/2023 | 250 | 482.7500 |
| UIN-Fonds Nr. 1095 | Purchase | 12/19/2023 | 150 | 524.5900 |
| UIN-Fonds Nr. 1095 | Purchase | 1/25/2024 | 200 | 484.0500 |
| | | | | |
| UIN-Fonds Nr. 1095 | Sale | 5/5/2023 | (150) | 494.0600 |
| UIN-Fonds Nr. 1095 | Sale | 9/18/2023 | (200) | 488.4100 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UIN-Fonds Nr. 1095 | Sale | 10/19/2023 | (200) | 536.8200 |
| UIN-Fonds Nr. 1095 | Sale | 2/20/2024 | (300) | 524.2100 |
| UIN-Fonds Nr. 970 | Purchase | 8/17/2023 | 200 | 497.4062 |
| UIN-Fonds Nr. 970 | Sale | 11/3/2022 | (50) | 543.3501 |
| UIN-Fonds Nr. 970 | Sale | 1/9/2023 | (210) | 494.8557 |
| UIN-Fonds Nr. 970 | Sale | 2/10/2023 | (140) | 489.1400 |
| UIN-Fonds Nr. 970 | Sale | 8/7/2023 | (100) | 510.7400 |
| DEVIF-Fonds Nr. 74 | Purchase | 8/17/2023 | 540 | 497.4062 |
| DEVIF-Fonds Nr. 74 | Sale | 12/1/2022 | (190) | 539.0921 |
| DEVIF-Fonds Nr. 74 | Sale | 1/9/2023 | (540) | 494.8557 |
| UIN-Fonds Nr. 799 | Purchase | 5/3/2023 | 290 | 494.4000 |
| UIN-Fonds Nr. 799 | Purchase | 7/18/2023 | 170 | 490.0000 |
| UIN-Fonds Nr. 799 | Purchase | 8/10/2023 | 80 | 508.9263 |
| UIN-Fonds Nr. 799 | Sale | 3/15/2022 | (90) | 497.9100 |
| UIN-Fonds Nr. 799 | Sale | 12/28/2022 | (235) | 528.4500 |
| UIN-Fonds Nr. 799 | Sale | 1/23/2023 | (200) | 485.8100 |
| UIN-Fonds Nr. 799 | Sale | 2/16/2023 | (80) | 491.1500 |
| UIN-Fonds Nr. 799 | Sale | 7/3/2023 | (80) | 476.6600 |
| UIN-Fonds Nr. 799 | Sale | 11/13/2023 | (65) | 541.1500 |
| UniInstitutional Konservativ Nachhaltig | Purchase | 1/19/2023 | 609 | 484.6573 |
| UniInstitutional Konservativ Nachhaltig | Purchase | 7/28/2023 | 124 | 503.5694 |
| UniInstitutional Konservativ Nachhaltig | Purchase | 8/9/2023 | 744 | 504.1000 |
| UniInstitutional Konservativ Nachhaltig | Sale | 7/17/2023 | (125) | 481.1100 |
| UniInstitutional Konservativ Nachhaltig | Sale | 1/31/2024 | (587) | 508.4074 |
| UIN-Fonds Nr. 1045 | Purchase | 7/19/2023 | 13 | 507.5400 |

**Union Asset Management Holding AG**
**Transactions in UnitedHealth Group Inc.**

| <ins>Fund</ins> | <ins>Transaction</ins> | <ins>Date</ins> | <ins>Shares</ins> | <ins>Price</ins> |
|---|---|---|---|---|
| UIN-Fonds Nr. 1045 | Sale | 10/10/2022 | (50) | 505.6000 |