# EXHIBIT D

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT INSTITUTIONAL GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Bernhard Kraus and Nicolas Freyer, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under German law by UIN.

3. On behalf of UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against UnitedHealth Group Inc. ("UnitedHealth") and certain of its senior executives on or around 15 July 2024; (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of UnitedHealth. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of July, 2024 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

_____        _____
Bernhard Kraus                          Nicolas Freyer
Managing Director                       Managing Director


For Union Asset Management Holding AG (Assignee):

_____        _____
Jochen Riechwald                        Julia Luther
Assistant General Counsel               Senior Legal Counsel

## Schedule A

DEVIF-Fonds Nr. 76
DEVIF-Fonds Nr. 38
UIN-Fonds Nr. 759
SV-Union-Fonds
DEVIF-Fonds Nr. 278
DEVIF-Fonds Nr. 35
UIN-Fonds Nr. 727
MKD-Union-Fonds
DEVIF-Fonds Nr. 349
UIN-Fonds Nr. 798
UIN-Fonds Nr. 950
DEVIF-Fonds Nr. 487 NordFonds
UIN-Fonds Nr. 618
DEVIF-Fonds Nr. 45 / UIN-EMBA
DEVIF-Fonds Nr. 355
UIN-Fonds Nr. 1035
UIN-EBBA
DEVIF-Fonds Nr. 89
DEVIF-Fonds Nr. 422
BVK 3
UIN-Fonds Nr. 775
Demografiefonds
UIN-Fonds Nr. 1095
UIN-Fonds Nr. 970
DEVIF-Fonds Nr. 74
UIN-Fonds Nr. 799
UIN-Fonds Nr. 1045

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT PRIVATFONDS GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Benjardin Gärtner and Carola Schroeder, hereby declare as follows:

1. We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under German law by UIP.

3. On behalf of UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against UnitedHealth Group Inc. ("UnitedHealth") and certain of its senior executives on or around 15 July 2024; (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of UnitedHealth. Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of July, 2024 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

Benjardin Gärtner
Managing Director

Carola Schroeder
Managing Director

For Union Asset Management Holding AG (Assignee):

Jochen Riechwald
Assistant General Counsel

Julia Luther
Senior Legal Counsel

## Schedule A

UniFavorit: Aktien
UniGlobal
UniNachhaltig Aktien Global
UniGlobal-net-
UniRak
UniRak Konservativ
Invest Global
VR Mainfranken Nachhaltig
KinderZukunftsFonds
UniInstitutional Aktien Infrastruktur Nachhaltig
UniKlassikMix
Werte Fonds Münsterland Nachhaltig
UniMultiAsset Chance II Nachhaltig
UniMultiAsset Chance III Nachhaltig
UniMultiAsset Chance I Nachhaltig

### DECLARATION OF ASSIGNMENT BY
### UNION INVESTMENT LUXEMBOURG S.A.
### TO UNION ASSET MANAGEMENT HOLDING AG

We, Klaus Bollmann and Kai Nemec, hereby declare as follows:

1. We are Managing Directors of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under Luxembourg law by UIL.

3. On behalf of UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against UnitedHealth Group Inc. ("UnitedHealth") and certain of its senior executives on or around 15 July 2024; (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of UnitedHealth. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of July, 2024 in Luxembourg, Luxembourg/Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____          _____
Klaus Bollmann                      Kai Nemec
Managing Director                   Managing Director


For Union Asset Management Holding AG (Assignee):

_____          _____
Jochen Riechwald                    Julia Luther
Assistant General Counsel           Senior Legal Counsel

## Schedule A

UniRak Nachhaltig Konservativ
**UniAusschüttung**
UniGlobal II
UniInstitutional Global Equities Concentrated
**UniMarktführer**
PrivatFonds: Nachhaltig
**UniAusschüttung** Konservativ
UniThemen Aktien
TraditionsFonds 1872
BBBank Nachhaltigkeit Union
UniNachhaltig Aktien Dividende
UniInstitutional Konservativ Nachhaltig