# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-ECW<br><br>CLASS ACTION |

**[PROPOSED ORDER] APPOINTING UNION ASSET MANAGEMENT HOLDING AG AS LEAD PLAINTIFF AND APPROVING ITS <u>SELECTION OF LEAD COUNSEL</u>**

Upon consideration of the (1) Motion of Union Asset Management Holding AG ("Union") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Gregg M. Fishbein and all exhibits attached thereto; and (4) all other pleadings and argument submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Union's Motion is **GRANTED**.

2. Union is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Union's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action shall be **CONSOLIDATED** for all purposes.

5. This action shall be captioned "*In re UnitedHealth Group Inc. Securities Litigation*" and the file shall be maintained under Master File No. 0:24-cv-01743-JMB-ECW.

**IT IS SO ORDERED**

Dated: _____, 2024

_____
  HON. ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE