**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 0:24-cv-01743-JMB-ECW<br><br>CLASS ACTION<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4874-2759-8287.v1

California Public Employees' Retirement System ("CalPERS") hereby moves this Court for an order: (1) appointing CalPERS as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B); and (2) approving CalPERS' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel. This Motion is based upon the Notice of Hearing, the Memorandum of Law, the Declaration of James Poradek and exhibits attached thereto, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED: July 15, 2024            Respectfully submitted,

SOMERMEYER SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)

s/ James Poradek
JAMES PORADEK

225 South Sixth Street, Suite 3900
Minneapolis, MN  55402
Telephone:  612/643-3486
tsullivan@somsull.com
jporadek@somsull.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dmyers@rgrdlaw.com

- 1 -

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4874-2759-8287.v1