# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>                Defendants. | Civ. No. 0:24-cv-01743-JMB-ECW<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF JAMES PORADEK IN SUPPORT OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL |

4890-0524-6415.v1

I, James Poradek, declare as follows:

1.   I am an attorney licensed to practice law before the courts of the State of Minnesota and am admitted to practice in this Court. I am Of Counsel with Somermeyer Sullivan PLLC, local counsel for California Public Employees' Retirement System ("CalPERS") in the above-captioned securities class action. I make this declaration in support of CalPERS' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of class action published on *Business Wire*, a national business-oriented publication, dated May 14, 2024;

Exhibit B:   CalPERS' Certification;

Exhibit C:   Estimate of CalPERS' financial interest, prepared by counsel; and

Exhibit D:   Declaration of CalPERS' General Counsel Matthew Jacobs.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July 2024 in Ramsey County, Minnesota.

                                                            s/ James Poradek
                                                      JAMES PORADEK

4890-0524-6415.v1