# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| California Public Employees' Retirement System | 03/23/2022 | 10,819 | $504.08 | $5,453,675.06 | held | 1,871,748 | $488.34 | $914,047,908.85 | |
| | 03/31/2022 | 35,348 | $515.31 | $18,215,206.16 | | | | | |
| | 04/04/2022 | 55 | $510.02 | $28,051.10 | | | | | |
| | 04/20/2022 | 10,192 | $544.92 | $5,553,822.60 | | | | | |
| | 05/04/2022 | 43 | $495.99 | $21,327.57 | | | | | |
| | 05/05/2022 | 50,047 | $493.80 | $24,713,103.50 | | | | | |
| | 05/12/2022 | 20 | $478.80 | $9,576.00 | | | | | |
| | 05/12/2022 | 53 | $478.80 | $25,376.40 | | | | | |
| | 05/12/2022 | 88 | $478.80 | $42,134.40 | | | | | |
| | 05/12/2022 | 1,334 | $478.80 | $638,719.20 | | | | | |
| | 07/14/2022 | 54,925 | $502.43 | $27,595,967.75 | | | | | |
| | 07/19/2022 | 36,001 | $533.45 | $19,204,733.45 | | | | | |
| | 07/28/2022 | 49,782 | $541.49 | $26,956,455.18 | | | | | |
| | 08/04/2022 | 30,758 | $533.75 | $16,417,082.50 | | | | | |
| | 08/10/2022 | 36 | $537.72 | $19,357.92 | | | | | |
| | 08/23/2022 | 34,978 | $535.80 | $18,741,212.40 | | | | | |
| | 09/08/2022 | 52,384 | $527.51 | $27,633,083.84 | | | | | |
| | 09/16/2022 | 59 | $521.02 | $30,740.18 | | | | | |
| | 09/16/2022 | 140 | $521.02 | $72,942.80 | | | | | |
| | 09/16/2022 | 1,080 | $521.02 | $562,701.60 | | | | | |
| | 09/16/2022 | 1,113 | $521.02 | $579,895.26 | | | | | |
| | 09/16/2022 | 13,665 | $521.02 | $7,119,738.30 | | | | | |
| | 09/16/2022 | 20,394 | $521.02 | $10,625,681.88 | | | | | |
| | 09/30/2022 | 32,170 | $505.04 | $16,247,136.80 | | | | | |
| | 11/16/2022 | 19 | $511.52 | $9,718.88 | | | | | |
| | 11/16/2022 | 20 | $511.52 | $10,230.40 | | | | | |
| | 12/09/2022 | 184,000 | $539.20 | $99,212,800.00 | | | | | |
| | 12/16/2022 | 6,654 | $523.70 | $3,484,699.80 | | | | | |
| | 12/16/2022 | 12,787 | $523.70 | $6,696,551.90 | | | | | |
| | 12/16/2022 | 15,537 | $523.70 | $8,136,726.90 | | | | | |
| | 12/16/2022 | 69,698 | $523.70 | $36,500,842.60 | | | | | |
| | 12/16/2022 | 70,247 | $523.70 | $36,788,353.90 | | | | | |
| | 01/04/2023 | 117 | $504.50 | $59,026.50 | | | | | |
| | 01/04/2023 | 191 | $504.50 | $96,359.50 | | | | | |
| | 01/04/2023 | 536 | $504.50 | $270,412.00 | | | | | |
| | 05/10/2023 | 137 | $490.07 | $67,139.59 | | | | | |
| | 06/20/2023 | 1,123 | $469.27 | $526,987.96 | | | | | |
| | 07/10/2023 | 113 | $463.05 | $52,324.65 | | | | | |
| | 07/26/2023 | 9,840 | $508.00 | $4,998,720.00 | | | | | |
| | 08/02/2023 | 12,532 | $504.80 | $6,326,153.60 | | | | | |
| | 08/08/2023 | 3,549 | $505.86 | $1,795,297.14 | | | | | |
| | 08/08/2023 | 3,862 | $505.86 | $1,953,631.32 | | | | | |
| | 08/10/2023 | 10,500 | $503.48 | $5,286,540.00 | | | | | |
| | 08/14/2023 | 35,000 | $510.93 | $17,882,550.00 | | | | | |
| | 08/18/2023 | 27,490 | $498.44 | $13,702,115.60 | | | | | |
| | 08/21/2023 | 876 | $497.71 | $435,995.89 | | | | | |
| | 09/05/2023 | 80 | $480.81 | $38,464.80 | | | | | |
| | 09/15/2023 | 1,037 | $486.70 | $504,707.90 | | | | | |
| | 09/15/2023 | 1,380 | $486.70 | $671,646.00 | | | | | |

Movant's Purchases and Losses     CASE 0:24-cv-01743-JMB-DTS    Doc. 21-3    Filed 07/15/24    Page 3 of 3     UnitedHealth Group Inc.

Class Period: 03/14/2022 - 02/27/2024

| Date | Shares | Price | Amount |
|---|---|---|---|
| 09/15/2023 | 81,876 | $486.70 | $39,849,049.20 |
| 09/27/2023 | 10,671 | $503.73 | $5,375,302.83 |
| 09/29/2023 | 129 | $504.19 | $65,040.51 |
| 10/05/2023 | 5,313 | $516.23 | $2,742,729.99 |
| 10/16/2023 | 57 | $538.03 | $30,667.71 |
| 10/17/2023 | 180 | $536.65 | $96,597.00 |
| 10/17/2023 | 1,787 | $536.65 | $958,993.55 |
| 10/17/2023 | 3,809 | $536.65 | $2,044,099.85 |
| 10/17/2023 | 9,986 | $536.65 | $5,358,986.90 |
| 11/07/2023 | 270,000 | $537.83 | $145,214,100.00 |
| 11/29/2023 | 185,000 | $534.98 | $98,971,300.00 |
| 12/01/2023 | 181,000 | $547.16 | $99,035,960.00 |
| 12/11/2023 | 182,000 | $543.68 | $98,949,760.00 |
| 12/15/2023 | 820 | $531.12 | $435,518.40 |
| 12/15/2023 | 1,691 | $531.12 | $898,123.92 |
| 12/15/2023 | 5,551 | $531.12 | $2,948,247.12 |
| 12/15/2023 | 28,924 | $531.12 | $15,362,114.88 |
| 12/27/2023 | 130 | $522.79 | $67,962.70 |
| 12/28/2023 | 15 | $524.90 | $7,873.50 |

**Movant's Total**     **1,871,748**     **$990,428,146.74**     **1,871,748**     **$914,047,908.85**     **($76,380,237.89)**

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $488.34 as of May 24, 2024 for common stock.

Prices listed are rounded up to two decimal places.