UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>                      Defendants. | Civ. No. 0:24-cv-01743-JMB-ECW<br><br>CLASS ACTION<br><br>MEET-AND-CONFER STATEMENT REGARDING CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4864-2457-0063.v1

I, James Poradek, am Of Counsel with Somermeyer Sullivan PLLC, local counsel for proposed lead plaintiff California Public Employees' Retirement System ("CalPERS") in the above-captioned action. Based on the procedures set out in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B)(i), any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" may file a motion seeking appointment as lead plaintiff by July 15, 2024. Because the identities of potential movants are currently unknown, CalPERS' counsel cannot meet and confer with the unidentified parties regarding CalPERS' motion for appointment as lead plaintiff before filing its motion. As a result, CalPERS' counsel respectfully requests that compliance with LR 7.1(a)'s conferral requirement be waived in this narrow instance. After all the parties moving for appointment as lead plaintiff are known, CalPERS' counsel will meet and confer with them and supplement this meet-and-confer statement.

DATED: July 15, 2024               Respectfully submitted,

                                   SOMERMEYER SULLIVAN PLLC
                                   TIM SULLIVAN, MN 391528
                                   JAMES PORADEK, MN 290488 (OF COUNSEL)

                                           s/ James Poradek
                                   _____
                                           JAMES PORADEK

                                   225 South Sixth Street, Suite 3900
                                   Minneapolis, MN  55402
                                   Telephone:  612/643-3486
                                   tsullivan@somsull.com
                                   jporadek@somsull.com

                                   Local Counsel

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -