**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>        Defendants. | Civ. No. 0:24-cv-01743-JMB-ECW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4892-1607-5983.v1

Having considered California Public Employees' Retirement System's ("CalPERS") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of James Poradek in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      The file in Case No. 0:24-cv-01743 shall be the master file for the action.  All securities class actions arising out of the same facts and claims on behalf of purchasers of UnitedHealth Group Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to any provision of this Order must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.      CalPERS is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.      CalPERS' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the briefing and argument of any and all motions; the conduct of any and all discovery proceedings including depositions; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; the preparation and filing of all

- 1 -

- 2 -

pleadings; and the supervision of all other matters concerning the prosecution or resolution of the action.

       IT IS SO ORDERED.

DATED: _____     _____

                        THE HONORABLE ELIZABETH COWAN WRIGHT
                        UNITED STATES MAGISTRATE JUDGE

4892-1607-5983.v1