# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Hollywood Firefighters' Pension Fund, *individually and on behalf of all others similarly situated*, | Case No. 24-cv-1743 (JMB/ECW) |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| UnitedHealth Group Inc. et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter.

DATED: July 17, 2024
                                        *s/Elizabeth Cowan Wright*
                                        ELIZABETH COWAN WRIGHT
                                        United States Magistrate Judge