UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

City of Hollywood Firefighters' Pension Fund,
*Individually and on behalf of all others similarly situated*,
      Plaintiff,

v.                                               Case No. 24-cv-01743 (JMB/DTS)

UnitedHealth Group Inc., Andrew Witty,
Stephen Hemsley, Brian Thompson,
California Public Employees' Retirement System,

      Defendants.

_____

Portia McCollum,
*Derivatively on Behalf of Nominal Defendant*
*UnitedHealth Group Incorporated,*

      Plaintiff,

v.                                               Case No. 24-cv-02643 (PJS/TNL)

Andrew P. Witty; Stephen Hemsley;
Charlie Baker; Timothy P. Flynn;
Paul R. Garcia; Kristen L. Gill;
Michele J. Hooper; F. William McNabb, III;
Valerie Montgomery Rice;
John H. Noseworthy; Brian Thompson;
UnitedHealth Group Incorporated;

      Defendants.

_____

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

    Case No. 24-cv-1743 (JMB/DTS) having been assigned to Judge Jeffrey M. Bryan and Magistrate Judge David T.Schultz; and Case No. 24-cv-2643 (PJS/TNL) having later

been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Tony N. Leung; and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 24-cv-2643 (PJS/TNL) be assigned to Judge Jeffrey M. Bryan and Magistrate Judge David T. Schultz nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  July 17, 2024                                  s/ *Jeffrey M. Bryan*
                                                       Judge Jeffrey M. Bryan
                                                       United States District Court


Dated:  July 18, 2024                                  s/Patrick J. Schiltz
                                                       Chief Judge Patrick J. Schiltz
                                                       United States District Court