## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-ECW<br><br><u>CLASS ACTION</u> |

## NOTICE OF NON-OPPOSITION OF
## UNION ASSET MANAGEMENT HOLDING AG

Union Asset Management Holding AG ("Union") respectfully submits this notice with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On July 15, 2024, Union filed a motion for an order appointing it as Lead Plaintiff and approving its selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel of the Class, citing the loss of more than $28 million it had incurred. *See* ECF Nos. 14 at 2; 15-2. In addition to Union, one other Class member filed a motion by the statutory deadline: the California Public Employees' Retirement System ("CalPERS"), which claims to have incurred a loss of approximately $63.2 million. *See* ECF No. 20 at 3 n.1.

Union has reviewed the Lead Plaintiff motion filed by CalPERS and it appears that Union does not have the largest financial interest in this action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Accordingly, Union does not oppose CalPERS's motion to be appointed as Lead Plaintiff. Nevertheless, Union remains ready, willing, and able to serve as Lead Plaintiff or Class representative if the Court declines to appoint the other movant seeking Lead Plaintiff status, or at any point in the future decides the other movant is no longer suitable to represent the Class in this action. Union reserves any and all rights to share in any recovery in this action as a member of the Class.

Dated: July 22, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gregg M. Fishbein*
　　　　　　　　　　　　　　　　　　　　Gregg M. Fishbein, MN No. 202009
　　　　　　　　　　　　　　　　　　　　**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
　　　　　　　　　　　　　　　　　　　　100 Washington Avenue S, Suite 2200
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 596-4044
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 339-0981
　　　　　　　　　　　　　　　　　　　　gmfishbein@locklaw.com

　　　　　　　　　　　　　　　　　　　　*Liaison Counsel for Proposed Lead Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Union Asset Management Holding AG*


　　　　　　　　　　　　　　　　　　　　Gerald H. Silk
　　　　　　　　　　　　　　　　　　　　Avi Josefson
　　　　　　　　　　　　　　　　　　　　Scott R. Foglietta
　　　　　　　　　　　　　　　　　　　　**BERNSTEIN LITOWITZ BERGER**
　　　　　　　　　　　　　　　　　　　　　**& GROSSMANN LLP**
　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 554-1400
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 554-1444
　　　　　　　　　　　　　　　　　　　　jerry@blbglaw.com
　　　　　　　　　　　　　　　　　　　　avi@blbglaw.com
　　　　　　　　　　　　　　　　　　　　scott.foglietta@blbglaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Proposed Lead Plaintiff Union*
　　　　　　　　　　　　　　　　　　　　*Asset Management Holding AG and Proposed*
　　　　　　　　　　　　　　　　　　　　*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ Gregg M. Fishbein*
Gregg M. Fishbein, MN No. 202009
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4044
Facsimile: (612) 339-0981
gmfishbein@locklaw.com

*Liaison Counsel for Proposed Lead Plaintiff Union Asset Management Holding AG*