**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>　　　　　　　Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br><u>CLASS ACTION</u><br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF UNOPPOSED MOTION |

PLEASE TAKE NOTICE THAT Proposed Lead Plaintiff California Public Employees' Retirement System ("CalPERS") respectfully gives notice that its Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") (ECF 18) is unopposed. *See* ECF 30 ("Union does not oppose CalPERS's motion to be appointed as Lead Plaintiff.").

As noted in its Motion, CalPERS has a substantial interest in the relief sought by the class, having suffered approximately $76.3 million in losses as a result of the alleged wrongdoing. *See* ECF 21-3. CalPERS has demonstrated its typicality and adequacy, confirming that it has a proven record of successfully serving as a lead plaintiff in securities class action cases. *See* ECF 20 at 3-5. In addition, CalPERS selected competent, experienced, and qualified counsel – Robbins Geller Rudman & Dowd LLP – to represent the putative class as Lead Counsel. *Id.* at 5-7. Robbins Geller will be ably assisted by the lawyers at Somermeyer Sullivan PLLC as local counsel. *Id.* at 7.

Accordingly, as CalPERS satisfies the PSLRA's requirements for appointment as lead plaintiff and its Motion is unopposed, the Motion should be granted.

DATED: July 22, 2024    SOMERMEYER SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)

s/ James Poradek
JAMES PORADEK

225 South Sixth Street, Suite 3900
Minneapolis, MN  55402
Telephone:  612/643-3486
tsullivan@somsull.com
jporadek@somsull.com

- 1 -

Local Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff