UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Hollywood Firefighters' Pension Fund, *individually and on behalf of all others similarly situated,* | Case No. 24-cv-1743 (JMB/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealth Group Inc. et al., | |
| Defendants. | |

California Public Employees' Retirement System's (CalPERS) moves for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. Dkt. No. 18. CalPERS argues it is the "most adequate plaintiff" because it has the largest financial interest in the action, in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(iii). Dkt. No. 20. The motion is unopposed.[1] *See* Dkt. Nos. 30-31. Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:**

1. CalPERS' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, Dkt. No. 18, is **GRANTED**.

2. Union Asset Management Holding AG's Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel, Dkt. No. 12, is **DENIED**.

---

[1] Union Asset Management Holding AG also moved to serve as Lead Plaintiff, Dkt. No. 12, but it later filed a notice that it does not oppose CalPERS's motion because CalPERS has the largest financial interest in this action. *See* Dkt. No. 30.

3. CalPERS is appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u4(a)(3)(B)(iii).

4. CalPERS' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

Dated: July 29, 2024                                    ___s/David T. Schultz___
                                                                                                                           DAVID T. SCHULTZ
                                                                                                                           U.S. Magistrate Judge

CASE 0:24-cv-01743-JMB-DTS   Doc. 32   Filed 07/29/24   Page 2 of 2