# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>　　　　　　　　　Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br><u>CLASS ACTION</u><br><br>STIPULATION REGARDING SCHEDULE FOR CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING |

4885-0779-3366.v1

Lead Plaintiff California Public Employees Retirement System ("CalPERS") and UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson (collectively, "Defendants") (and together with CalPERS, the "Parties"), by and through their undersigned counsel, stipulate and agree and jointly request that the Court approve the Parties' proposed schedule set forth below:

WHEREAS, a putative class action was filed against Defendants on May 14, 2024 styled *City of Hollywood Firefighters' Pension Fund, et al. v. UnitedHealth Group Inc., et. al.*, No. 0:24-cv-01743 (D. Minn.) (ECF 1);

WHEREAS, by Order dated June 6, 2024, the Court required that the Parties shall submit to the Court a proposed schedule within 14 days of the entry of an order appointing lead plaintiff and lead counsel (ECF 7);

WHEREAS, by Order dated July 29, 2024, the Court appointed CalPERS to serve as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel in this litigation (ECF 32);

WHEREAS, Defendants expressly reserve all rights and defenses, including any objections to the Court's jurisdiction, and nothing in this Stipulation shall be construed as a waiver of any right or defense available to them;

WHEREAS, the Parties, through their undersigned counsel, have met and conferred to discuss a schedule for the filing of a consolidated complaint, Defendants' response thereto, and a briefing schedule for any motion to dismiss, and have agreed to the schedule set forth below.

IT IS ACCORDINGLY STIPULATED, subject to this Court's approval, that:

1. CalPERS shall file a consolidated complaint on or before October 4, 2024;

2. Defendants shall answer, move, or otherwise respond to CalPERS' consolidated complaint on or before December 3, 2024;

3. CalPERS shall file an opposition to any motion to dismiss filed by Defendants on or before February 3, 2025;

4. Defendants shall file a reply on or before March 5, 2025.

Stipulated by and between:

DATED: August 9, 2024         ROBBINS GELLER RUDMAN & DOWD LLP
                              DARREN J. ROBBINS (CA 168593)
                              (admitted *pro hac vice*)
                              SAM S. SHELDON (CA 190502)
                              (admitted *pro hac vice*)
                              LAURIE L. LARGENT (CA 153493)
                              (admitted *pro hac vice*)
                              ROBERT R. HENSSLER JR. (CA 216165)
                              (admitted *pro hac vice*)
                              JEFFREY J. STEIN (CA 265268)
                              (admitted *pro hac vice*)
                              JACK ABBEY GEPHART (CA 345398)
                              (admitted *pro hac vice*)

                                    s/ ROBERT R. HENSSLER JR.
                                    ROBERT R. HENSSLER JR.

                              655 West Broadway, Suite 1900
                              San Diego, CA  92101
                              Telephone:  619/231-1058
                              darrenr@rgrdlaw.com
                              ssheldon@rgrdlaw.com
                              llargent@rgrdlaw.com
                              bhenssler@rgrdlaw.com
                              jstein@rgrdlaw.com
                              jgephart@rgrdlaw.com

                              Lead Counsel for Lead Plaintiff California Public Employees Retirement System

                    SOMERMEYER SULLIVAN PLLC
                    TIM SULLIVAN, MN 391528
                    JAMES PORADEK, MN 290488 (OF COUNSEL)
                    225 South Sixth Street, Suite 3900
                    Minneapolis, MN  55402
                    Telephone:  612/643-3486
                    tsullivan@somsull.com
                    jporadek@somsull.com

                    Local Counsel for Lead Plaintiff California Public Employees Retirement System

DATED:  August 9, 2024      FAEGRE DRINKER BIDDLE & REATH LLP
                    PETER C. MAGNUSON
                    MATTHEW KILBY


                            s/ PETER C. MAGNUSON
                              PETER C. MAGNUSON

                    2200 Wells Fargo Center
                    90 South Seventh Street
                    Minneapolis, Minnesota 55402
                    Telephone:  612/766-7000
                    612/766-1600 (fax)
                    peter.magnuson@faegredrinker.com
                    matthew.kilby@faegredrinker.com

                    Attorneys for Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson

4885-0779-3366.v1