**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 24-cv-1743 (JMB/DTS)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER REGARDING SCHEDULE FOR CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING |

4894-2595-2726.v1

This matter comes before the Court on a stipulation regarding the schedule for consolidated complaint and motion to dismiss briefing, entered into by Lead Plaintiff California Public Employees Retirement System ("CalPERS") and UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson (collectively, "Defendants") (together with CalPERS, the "Parties").  In consideration of the Parties' stipulation (ECF 40),

**IT IS HEREBY ORDERED:**

1.      CalPERS shall file a consolidated complaint on or before October 4, 2024;

2.      Defendants shall answer, move, or otherwise respond to CalPERS' consolidated complaint on or before December 3, 2024;

3.      CalPERS shall file an opposition to any motion to dismiss filed by Defendants on or before February 3, 2025; and

4.      Defendants shall file a reply on or before March 5, 2025.

**IT IS SO ORDERED**

DATED: _____    _____
                                    THE HONORABLE DAVID T. SCHULTZ
                                    UNITED STATES MAGISTRATE JUDGE

- 1 -

4894-2595-2726.v1