UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

City of Hollywood Firefighters' Pension Fund,
*Individually and on behalf of all others similarly situated*,
    Plaintiff,

v.    Case No. 24-cv-01743 (JMB/DTS)

UnitedHealth Group Inc., Andrew Witty,
Stephen Hemsley, Brian Thompson,
California Public Employees' Retirement System,

    Defendants.

_____

Gerald Joseph Lovoi
*derivatively on behalf of UnitedHealth Group Inc.,*

    Plaintiff,

v.    Case No. 24-cv-03236 (PJS/DLM)

Andrew P. Witty; Charles Baker;
Timothy P. Flynn; Paul Garcia;
Kristen Gil; Stephen Hemsley;
Michele Hooper; F. William McNabb, III;
Valerie Montgomery Rice;
John Noseworthy; Brian Thompson;
UnitedHealth Group Inc.,
*Nominal Defendant, a Delaware Corporation*;

    Defendants.

_____

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

    Case No. 24-cv-1743 (JMB/DTS) having been assigned to Judge Jeffrey M. Bryan and Magistrate Judge David T. Schultz; and Case No. 24-cv-3236 (PJS/DLM) having later

been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Douglas L. Micko; and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 24-cv-3236 (PJS/DLM) be assigned to Judge Jeffrey M. Bryan and Magistrate Judge David T. Schultz nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 14, 2024                              s/ *Jeffrey M. Bryan*
                                                    Judge Jeffrey M. Bryan
                                                    United States District Court


Dated: August 15, 2024                              s/Patrick J. Schiltz
                                                    Chief Judge Patrick J. Schiltz
                                                    United States District Court