**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

City of Hollywood Firefighters'
Pension Fund, et al.,

      Plaintiff,

vs.

Unitedhealth Group Inc., et al.,

      Defendants.

Case No. 24-cv-1743 (JMB/DTS)

**ORDER REGARDING SCHEDULE
FOR CONSOLIDATED COMPLAINT
AND MOTION TO DISMISS
BRIEFING**

---

This matter comes before the Court on a stipulation regarding the schedule for consolidated complaint and motion to dismiss briefing, entered into by Lead Plaintiff California Public Employees Retirement System (CalPERS) and UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson (collectively, "Defendants") (together with CalPERS, the "Parties"). In consideration of the Parties' stipulation (Dkt. No. 40),

**IT IS HEREBY ORDERED:**

1.    CalPERS shall file a consolidated complaint on or before October 4, 2024;

2.    Defendants shall answer, move, or otherwise respond to CalPERS' consolidated complaint on or before December 3, 2024;

3.    CalPERS shall file an opposition to any motion to dismiss filed by Defendants on or before February 3, 2025; and

4.    Defendants shall file a reply on or before March 5, 2025.

Dated: August 22, 2024

                                      _____s/David T. Schultz_____
                                      DAVID T. SCHULTZ
                                      U.S. Magistrate Judge