# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>　　　　　　　　　Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>DECLARATION OF TIM SULLIVAN IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4868-5007-6413.v1

I, TIM SULLIVAN, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of Minnesota. I am a member of the law firm of Somermeyer Sullivan PLLC, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached hereto as Exhibit A is a true and correct redline copy of the [Proposed] Supplemental Consolidated Complaint for Violations of the Federal Securities Laws showing the proposed supplemental additions. Exhibit A includes numbered Exhibits 1-11, with the new OIG report and two new investigative reports as Exhibits 5-6 and 10.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 22, 2024, at Minneapolis, Minnesota.

                                                                             s/ TIM SULLIVAN
                                                                              TIM SULLIVAN

4868-5007-6413.v1