# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>                Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4875-7233-8174.v1

Having considered Lead Plaintiff California Public Employees' Retirement System's ("Plaintiff") Unopposed Motion for Leave to File Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (the "Motion") (ECF 46), the Notice of Hearing, the Memorandum of Law, the Declaration of Tim Sullivan in support thereof and Exhibit A attached thereto, and good cause appearing therefor, the Court ORDERS as follows:

1. Plaintiff's Motion is GRANTED.

2. Plaintiff is hereby authorized to file as a separate docket entry a clean version of the Supplemental Consolidated Complaint for Violations of the Federal Securities Laws previously submitted to the Court as Exhibit A to the Declaration of Tim Sullivan in support of the Motion, including Exhibits 1-11 attached thereto.

3. Within seven days after entry of this order, the parties shall meet and confer and propose a new schedule to the Court for the filing of Defendants' response to the supplemental consolidated complaint, including any motion(s) to dismiss.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE DAVID T. SCHULTZ
UNITED STATES MAGISTRATE JUDGE