UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

City of Hollywood Firefighters' Pension Fund,

    Plaintiff,

vs.

UnitedHealth Group Inc., et al.,

    Defendants.

Case No. 24-cv-1743 (JMB/DTS)

**ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Having considered Lead Plaintiff California Public Employees' Retirement System's (Plaintiff) Unopposed Motion for Leave to File Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (the "Motion") (Dkt. No. 46), the Notice of Hearing, the Memorandum of Law, the Declaration of Tim Sullivan in support thereof and Exhibit A attached thereto; **IT IS HEREBY ORDERED:**

    1.    Plaintiff's Motion is **GRANTED**.

    2.    Plaintiff is hereby authorized to file as a separate docket entry a clean version of the Supplemental Consolidated Complaint for Violations of the Federal Securities Laws previously submitted to the Court as Exhibit A to the Declaration of Tim Sullivan in support of the Motion, including Exhibits 1-11 attached thereto.

    3.    Within seven days after entry of this order, the parties shall meet and confer and propose a new schedule to the Court for the filing of Defendants' response to the supplemental consolidated complaint, including any motion(s) to dismiss.

Dated: November 25, 2024

                                                         __s/David T. Schultz____
                                                         DAVID T. SCHULTZ
                                                         U.S. Magistrate Judge