# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>　　　　　　　　Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>STIPULATION REGARDING AMENDED SCHEDULE FOR MOTION TO DISMISS BRIEFING |

4910-8567-9616.v1

Lead Plaintiff California Public Employees' Retirement System ("CalPERS") and UnitedHealth Group, Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson (collectively, "Defendants") (together with CalPERS, the "Parties"), by and through their undersigned counsel, stipulate and agree and jointly request that the Court approve the Parties' proposed schedule set forth below:

WHEREAS, on November 22, 2024, CalPERS filed Lead Plaintiff's Unopposed Motion for Leave to File Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (ECF 46) (the "Motion");

WHEREAS, by order dated November 25, 2024, the Court granted CalPERS' Motion, and CalPERS filed its Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (ECF 54) (the "Supplemental Complaint") with the Court on November 25, 2024;

WHEREAS, Defendants expressly reserve all rights and defenses, including any objections to the Court's jurisdiction, and nothing in this Stipulation shall be construed as a waiver of any right or defense available to them;

WHEREAS, pursuant to the Court's November 25, 2024 order, the Parties, through their undersigned counsel, met and conferred via email to discuss an amended briefing schedule for the filing of Defendants' response to the Supplemental Complaint, including any motion(s) to dismiss, and have agreed to the schedule set forth below.

IT IS ACCORDINGLY STIPULATED, subject to this Court's approval, that:

1. Defendants shall answer, move, or otherwise respond to CalPERS' Supplemental Complaint on or before December 23, 2024;

2. CalPERS shall file an opposition to any motion to dismiss filed by Defendants on or before February 28, 2025; and

3. Defendants shall file a reply on or before March 28, 2025.

Stipulated by and between:

DATED: November 26, 2024	ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS (admitted *pro hac vice*)
SAM S. SHELDON (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
JEFFREY J. STEIN (admitted *pro hac vice*)
JACK ABBEY GEPHART (admitted *pro hac vice*)


s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff California Public Employees' Retirement System

SOMERMEYER SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)
225 South Sixth Street, Suite 3900
Minneapolis, MN  55402
Telephone:  612/643-3486
tsullivan@somsull.com
jporadek@somsull.com

|   |   |
|---|---|
|   | Local Counsel for Lead Plaintiff California Public Employees' Retirement System |
| DATED:  November 26, 2024 | FAEGRE DRINKER BIDDLE & REATH LLP<br>PETER C. MAGNUSON<br>MATTHEW KILBY |
|   | s/ PETER C. MAGNUSON<br>PETER C. MAGNUSON |
|   | 2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone:  612/766-7000<br>612/766-1600 (fax)<br>peter.magnuson@faegredrinker.com<br>matthew.kilby@faegredrinker.com |
|   | Attorneys for Defendants UnitedHealth Group, Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson |

- 3 -

4910-8567-9616.v1