# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>　　　　　　　　Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING AMENDED SCHEDULE FOR MOTION TO DISMISS BRIEFING |

4935-6372-7104.v1

This matter comes before the Court on a stipulation regarding the amended schedule for motion to dismiss briefing (ECF 55), entered into by Lead Plaintiff California Public Employees' Retirement System ("CalPERS") and UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson (collectively, "Defendants") (together with CalPERS, the "Parties").  In consideration of the Parties' stipulation,

**IT IS HEREBY ORDERED**:

1. Defendants shall answer, move, or otherwise respond to CalPERS' Supplemental Complaint for Violations of the Federal Securities Laws (ECF 54) on or before December 23, 2024;

2. CalPERS shall file an opposition to any motion to dismiss filed by Defendants on or before February 28, 2025; and

3. Defendants shall file a reply on or before March 28, 2025.

**IT IS SO ORDERED**

DATED: _____          _____
                                          THE HONORABLE DAVID T. SCHULTZ
                                          UNITED STATES MAGISTRATE JUDGE