UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| City of Hollywood Firefighters' Pension Fund, | Case No. 24-cv-1743 (JMB/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealth Group Inc., et al., | |
| Defendants. | |

---

The parties filed a stipulation, Dkt. No. 55, to give Defendants an extension of time to Answer or otherwise respond to the Amended Complaint and have extended briefing for a dispositive motion. **IT IS HEREBY ORDERED:**

1. The stipulation is approved in part.

2. Defendants shall Answer or otherwise respond to the Amended Complaint on or before March 1, 2025.

3. Briefing deadlines for a motion to dismiss in lieu of an answer shall follow the Federal Rules of Civil Procedure.

Dated: December 4, 2024       　s/David T. Schultz　　　
　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　U.S. Magistrate Judge