**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM THE PSLRA DISCOVERY STAY TO OBTAIN DOCUMENTS ALREADY PRODUCED TO THE DEPARTMENT OF JUSTICE<br><br>DATE:    February 27, 2025<br>TIME:    2:00 P.M. EST<br>CTRM:   9E |

4908-3130-3191.v1

Lead Plaintiff California Public Employees' Retirement System ("Plaintiff") hereby moves this Court for an order requiring Defendants in the above-captioned matter to produce to Plaintiff all documents and ESI (electronically stored information) produced to the Department of Justice ("DOJ") relating to the DOJ investigation that began in October 2023.[1] This motion is based upon the subsequently filed Notice of Hearing, Memorandum of Law and Declaration with attached exhibit in support thereof, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED:  February 10, 2025          Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS (admitted *pro hac vice*)
SAM S. SHELDON (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
JEFFREY J. STEIN (admitted *pro hac vice*)
JACK ABBEY GEPHART (admitted *pro hac vice*)


s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

---

[1]     "Defendants" are UnitedHealth Group, Inc., Andrew Witty, and Stephen Hemsley. This motion is not filed against defendant Brian Thompson because he is deceased and his estate has not yet been named.

- 1 -

4908-3130-3191.v1

- 2 -

SOMERMEYER SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)
225 South Sixth Street, Suite 3900
Minneapolis, MN  55402
Telephone:  612/643-3486
tsullivan@somsull.com
jporadek@somsull.com

Local Counsel

4908-3130-3191.v1