**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civ. No. 24-cv-1743 (JMB/DTS)

<u>CLASS ACTION</u>

DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM THE PSLRA DISCOVERY STAY TO OBTAIN DOCUMENTS ALREADY PRODUCED TO THE DEPARTMENT OF JUSTICE

DATE:  February 27, 2025
TIME:  2:00 P.M. EST
CTRM:  9E

4906-0739-9959.v1

I, ROBERT R. HENSSLER JR., declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before all of the courts of the State of Minnesota.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for California Public Employees' Retirement System in the above-captioned securities class action.  I make this declaration in support of Plaintiff's Motion for Partial Relief from the PSLRA Discovery Stay to Obtain Documents Already Produced to the Department of Justice.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the following investigative report: Tara Bannow, *DOJ seeks interviews with former UnitedHealth Group Doctors*, STAT News (Jan. 12, 2025).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 10, 2025, at San Diego, California.

s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

- 1 -

4906-0739-9959.v1