**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br> v. <br> UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON, <br><br> *Defendants.* | Case No. 0:24-cv-01743-JMB-DTS |

**LOCAL RULE 7.1 CERTIFICATE OF**
**WORD-COUNT COMPLIANCE**

I, Timothy Perla, hereby certify that Defendants' Opposition to Lead Plaintiffs' Motion for Partial Relief from the PSLRA Discovery Stay complies with Local Rule 7.1(f) and (h).  I further certify that, in preparation of the Opposition, I used Microsoft® Office Word 365 and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced Opposition contains 3,891 words, exclusive of the caption and signature block.

Dated: February 18, 2025                    */s/ Timothy Perla*

                                **WILMER CUTLER PICKERING**
                                **HALE AND DORR LLP**

Michael G. Bongiorno
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Michael.Bongiorno@wilmerhale.com
Phone: 212-230-8800
Facsimile: 212-230-8888

Timothy J. Perla
Sonia Sujanani
Dan Willey
60 State Street
Boston, MA 02109
Timothy.Perla@wilmerhale.com
Sonia.Sujanani@wilmerhale.com
Dan.Willey@wilmerhale.com
Phone: 617-526-6000
Facsimile: 617-526-5000


**FAEGRE DRINKER BIDDLE &
REATH LLP**

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com


*Attorneys for Defendants*