**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

California Public Employees' Retirement
System, *Individually and on Behalf of*
*All Others Similarly Situated*,

     Plaintiff,

v.

UnitedHealth Group Inc., et al.,

     Defendants.

Case No. 24-cv-1743 (JMB/DTS)

**ORDER**

---

The Parties filed a stipulation to amend the case caption. Dkt. No. 76. On May 14, 2024, the City of Hollywood Firefighters' Pension Fund filed the initial Complaint. Dkt. No. 1. On July 15, 2024, the California Public Employees' Retirement System (CalPERS) moved to be appointed lead plaintiff. Dkt. No. 18. The motion was granted. Dkt. No. 32. CalPERS then filed an Amended Complaint that still reflects, inaccurately, that the City of Hollywood Firefighters' Pension Fund is the plaintiff in this matter. *See* Dkt. No. 54 at 1.

     **IT IS HEREBY ORDERED:**

     1.     The case caption shall be updated to:

          California Public Employees' Retirement
          System, *Individually and on Behalf of*
          *All Others Similarly Situated*,

               Plaintiff,

          v.

UnitedHealth Group Inc., et al.,

Defendants.

2.      CalPERS shall file a copy of the Supplemental Consolidated Complaint for

Violations (Dkt. No. 54) that reflects the corrected caption.


Dated: February 21, 2025                        s/ David T. Schultz
                                                DAVID T. SCHULTZ
                                                U.S. Magistrate Judge