**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

California Public Employees' Retirement
System, *Individually and on Behalf of
All Others Similarly Situated*,

      Plaintiff,

v.

UnitedHealth Group Inc., et al.,

      Defendants.

Case No. 24-cv-1743 (JMB/DTS)

**ORDER**

---

    Plaintiff California Public Employees' Retirement System (CalPERS) moves for leave to file a reply in support of its motion to partially lift the discovery stay. Dkt. No. 80. CalPERS filed a proposed reply and declaration as an exhibit. *See* Dkt. No. 84-1. **IT IS HEREBY ORDERED:** CalPERS motion (Dkt. No. 80) is **GRANTED**. CalPERS shall promptly file its proposed reply and supporting declaration.

Dated: February 26, 2025

                        ___s/ David T. Schultz_____
                        DAVID T. SCHULTZ
                        U.S. Magistrate Judge