# EXHIBIT B
## [*REDACTED*]

# THE CAPITOL FORUM

**Vol. 13 No. 95    February 10, 2025**

## Almost Half of UnitedHealth Group's Revenue Faces Legislative and Regulatory Risk, According to Capitol Forum Analysis

*© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

2

*© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

**DOJ monopolization investigation risk: $105.3 billion in revenue threatened.** A *Capitol Forum* analysis estimates that roughly $105 billion of annual UnitedHealth revenue is at risk from the likely areas of focus in the DOJ's monopolization investigation.

The Biden-era DOJ's Antitrust Division was reportedly months away from filing a monopolization case against the company, sources familiar with the matter said. That speaks to the investigation's fairly late stage—DOJ issued a civil investigative demand to UnitedHealth Group about 11 months ago, *The Capitol Forum* has reported. Given the advanced stage of the investigation, the sources said they believe there is little incentive for the Trump administration's nominee to lead the Antitrust Division, Gail Slater, to abandon the probe.

3

© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

4

*© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.