IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>    *Defendants.* | Case No. 0:24-cv-01743-JMB-DTS |

## DEFENDANTS'[1] MOTION TO DISMISS
## PLAINTIFF'S SUPPLEMENTAL CONSOLIDATED COMPLAINT

  Defendants UnitedHealth Group Incorporated, Andrew Witty, and Stephen Hemsley (collectively, "Defendants"), by and through their undersigned counsel of record, respectfully move this Court for an Order, pursuant to 15 U.S.C. §78u-4 and Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 79) with prejudice.  As set forth in Defendants' accompanying Memorandum of Law in Support of their Motion to Dismiss, filed contemporaneously with this Motion, the Complaint fails to state a claim upon which relief may be granted.

---

[1] The Motion to Dismiss is brought by Defendants UnitedHealth Group Incorporated, Andrew Witty, and Stephen Hemsley.  Defendant Brian Thompson is deceased.

This Motion is based upon all the files, records, and proceedings in this action, and upon Defendants' Memorandum of Law in Support of their Motion to Dismiss and the Declaration of Michael G. Bongiorno and accompanying exhibits submitted herewith.

Date:  February 28, 2025

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Michael G. Bongiorno*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
michael.bongiorno@wilmerhale.com
Telephone: 212-230-8800
Facsimile: 212-230-8888

Timothy J. Perla*
Sonia Sujanani*
Dan Willey*
60 State Street
Boston, MA 02109
timothy.perla@wilmerhale.com
sonia.sujanani@wilmerhale.com
dan.willey@wilmerhale.com
Telephone: 617-526-6000
Facsimile: 617-526-5000

**Faegre Drinker Biddle & Reath LLP**

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com

anderson.tuggle@faegredrinker.com
Telephone: 612-766-7000
Facsimile: 612-766-1600

*Counsel for Defendants*
*\* Admitted Pro Hac Vice*