**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>*Defendants.* | Case No. 0:24-cv-01743-JMB-DTS |

**LOCAL RULE 7.1 CERTIFICATE OF
WORD-COUNT COMPLIANCE**

I, Michael G. Bongiorno, hereby certify that Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Supplemental Consolidated Complaint complies with Local Rule 7.1(f) and (h), as modified by the text order (ECF No. 58) entered by the Court on January 23, 2025.

I further certify that, in preparation of this Memorandum, I used Microsoft® Word for Microsoft 365 MSO and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 10,262 words, exclusive of the caption, table of contents, table of authorities, and signature block.

Date:  February 28, 2025

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno

**WILMER CUTLER PICKERING
HALE AND DORR LLP**

Michael G. Bongiorno*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
michael.bongiorno@wilmerhale.com
Telephone: 212-230-8800
Facsimile: 212-230-8888

Timothy J. Perla*
Sonia Sujanani*
Dan Willey*
60 State Street
Boston, MA 02109
timothy.perla@wilmerhale.com
sonia.sujanani@wilmerhale.com
dan.willey@wilmerhale.com
Telephone: 617-526-6000
Facsimile: 617-526-5000

**Faegre Drinker Biddle & Reath LLP**

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com
Telephone: 612-766-7000
Facsimile: 612-766-1600

*Counsel for Defendants*
*\* Admitted Pro Hac Vice*