# Exhibit 8

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| THOMPSON BRIAN R | UNITEDHEALTH GROUP INC [ UNH ] | Director | 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O UNITEDHEALTH GROUP INCORPORATED | 3. Date of Earliest Transaction (Month/Day/Year) 02/16/2024 | CEO, UnitedHealthcare | |
| 9900 BREN ROAD EAST | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| MINNETONKA  MN   55343 | | X Form filed by One Reporting Person | |
| (City)   (State)   (Zip) | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/16/2024 | | M | | 6,535 | A | $160.31 | 38,162.688 | D | |
| Common Stock | 02/16/2024 | | F | | 4,074 | D | $521.07 | 34,088.688 | D | |
| Common Stock | 02/16/2024 | | M | | 17,681 | A | $226.64 | 51,769.688 | D | |
| Common Stock | 02/16/2024 | | F | | 12,246 | D | $521.13 | 39,523.688 | D | |
| Common Stock | 02/16/2024 | | M | | 21,377 | A | $262.98 | 60,900.688 | D | |
| Common Stock | 02/16/2024 | | F | | 15,616 | D | $521.24 | 45,284.688 | D | |
| Common Stock | 02/16/2024 | | M | | 13,008 | A | $243.2 | 58,292.688 | D | |
| Common Stock | 02/16/2024 | | F | | 9,234 | D | $521.175 | 49,058.688 | D | |
| Common Stock | 02/16/2024 | | M | | 23,747 | A | $302.2 | 72,805.688 | D | |
| Common Stock | 02/16/2024 | | F | | 18,320 | D | $521.18 | 54,485.688 | D | |
| Common Stock | 02/16/2024 | | S | | 28,943 | D | $521[(1)] | 25,542.688 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Options (right to buy) | $160.31 | 02/16/2024 | | M | | | 6,535 | [(2)] | 02/08/2027 | Common Stock | 6,535 | $0 | 0 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Options (right to buy) | $226.64 | 02/16/2024 | | M | | | 17,681 | (3) | 02/13/2028 | Common Stock | 17,681 | $0 | 0 | D | |
| Non-Qualified Stock Options (right to buy) | $262.98 | 02/16/2024 | | M | | | 21,377 | (4) | 02/26/2029 | Common Stock | 21,377 | $0 | 0 | D | |
| Non-Qualified Stock Options (right to buy) | $243.2 | 02/16/2024 | | M | | | 13,008 | (5) | 08/12/2029 | Common Stock | 13,008 | $0 | 0 | D | |
| Non-Qualified Stock Options (right to buy) | $302.2 | 02/16/2024 | | M | | | 23,747 | (6) | 02/13/2030 | Common Stock | 23,747 | $0 | 0 | D | |

**Explanation of Responses:**

1. This transaction was executed in multiple trades ranging from $520.320 to $522.420 per share. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer, or a security holder of the issuer full information regarding the number of shares and prices at which the transactions were effected.

2. The non-qualified stock options vested at a rate of 25% annually on February 8 from the years 2018 through 2021.

3. The non-qualified stock options vested at a rate of 25% annually on February 13 from the years 2019 through 2022.

4. The non-qualified stock options vested at a rate of 25% annually on February 26 from the years 2020 through 2023.

5. The non-qualified stock options vested at a rate of 25% annually on August 12 from the years 2020 through 2023.

6. The non-qualified stock options vested at a rate of 25% annually on February 13 from the years 2021 through 2024.

**Remarks:**

Faraz A. Choudhry, Attorney-in-Fact for Brian R. Thompson    02/20/2024

\*\* Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**