# Exhibit 11

| From: | Josephson, Timothy G [tim.josephson@optum.com] |
|---|---|
| Sent: | 1/28/2021 5:43:06 PM |
| To: | Dumont, Peter [peter.dumont@optum.com] |
| Subject: | FW: ORx Data Access Request Form_DUR300147 |

| Flag: | Follow up |
|---|---|

Peter,

It looks like we might have a few UHC users.  I was not aware of the restrictions on access to the non-UHC Optum Rx claims. Is this something that would warrant us to immediate cut off access or can we take our due diligence and work on restricting only the small group of UHC that might have access?

Thank You,
Tim Josephson

**From:** Hawkins, Caitlin <caitlin.hawkins@optum.com>
**Sent:** Thursday, January 28, 2021 3:47 PM
**To:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Love, Michelle <michelle_love@uhc.com>; Wehber, Kevin <kwehber@uhg.savvysherpa.com>; Corban, Dave <DaveCorban@UHG.Savvysherpa.com>
**Cc:** Josephson, Timothy G <tim.josephson@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

+ Tim

Tim is going to confirm with NHI Ops team that we are in compliance on this as we do have a handful of users with UHC in their email or business justification.

**From:** Kura, Vijay <vkura@uhg.com>
**Sent:** Thursday, January 28, 2021 12:57 PM
**To:** Hawkins, Caitlin <caitlin.hawkins@optum.com>; Love, Michelle <michelle_love@uhc.com>; Wehber, Kevin <kwehber@uhg.savvysherpa.com>; Corban, Dave <DaveCorban@UHG.Savvysherpa.com>
**Subject:** FW: ORx Data Access Request Form_DUR300147

FYI See below blue, regarding Care out business data access for Optum RX Data.

**From:** "Hoskins, Kevin C" <kevin.hoskins@optum.com>
**Date:** Thursday, January 28, 2021 at 12:53 PM
**To:** "zKura, Vijay" <vkura@uhg.com>, "Avadhanula, Kalyan S" <kalyan_avadhanula@optum.com>, "Kampally, Nagi Reddy" <nagireddy_kampally@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Only Optum employees are allowed to see the carve out business.  Any employees from UHC E&I, UHC M&R, and UHC C&S are restricted to only see the claims for their businesses.

**From:** Kura, Vijay <vkura@uhg.com>
**Sent:** Thursday, January 28, 2021 11:32 AM
**To:** Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>; Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Hoskins, Kevin C <kevin.hoskins@optum.com>
**Subject:** Re: ORx Data Access Request Form_DUR300147

Can you answer below yellow question?

UHG-2R-0002330617

**From:** "Hawkins, Caitlin" <caitlin.hawkins@optum.com>
**Date:** Wednesday, January 27, 2021 at 4:23 PM
**To:** "Binkley, Daniel" <daniel.binkley@optum.com>, "zKura, Vijay" <vkura@uhg.com>, "Love, Michelle" <michelle_love@uhc.com>, "Romrell, Greg" <GregRomrell@uhg.com>, "Rasner, Lara" <LaraRasner@uhg.com>, "Wehber, Kevin" <kwehber@uhg.com>
**Cc:** "Avadhanula, Kalyan S" <kalyan_avadhanula@optum.com>, "Haggerty, John T" <Jack.Haggerty@optum.com>, "Hoskins, Kevin C" <kevin.hoskins@optum.com>, "Kampally, Nagi Reddy" <nagireddy_kampally@optum.com>, "Franke, James G" <data.use.and.rights@optum.com>, "Josephson, Timothy G" <tim.josephson@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Apologies, …. one follow up question!

When you mention UHC employees below, is that strictly UHC employees, UHG and UHC employees, or all employees across UHC, UHG, Optum, etc.?

**From:** Hawkins, Caitlin
**Sent:** Wednesday, January 27, 2021 4:20 PM
**To:** Binkley, Daniel <daniel.binkley@optum.com>; zKura, Vijay <vkura@uhg.savvysherpa.com>; Love, Michelle <michelle_love@uhc.com>; Romrell, Greg <GregRomrell@UHG.Savvysherpa.com>; Rasner, Lara <LaraRasner@uhg.savvysherpa.com>; Wehber, Kevin <kwehber@uhg.savvysherpa.com>
**Cc:** Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>; Haggerty, Jack <Jack.Haggerty@optum.com>; Hoskins, Kevin C <kevin.hoskins@optum.com>; Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Data Use and Rights <data.use.and.rights@optum.com>; Josephson, Timothy G <tim.josephson@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Within the NHI ecosystem, we have restricted access based on what the source system says we are able to load as well as what is restricted by DGTS. We do this as part of the load process in some cases and as part of the views that users have access to in others. I would expect the same to be the case in the Data Factory environment.

I've added Tim Josephson from the NHI team who can provide more color on how this is handled on the NHI side for this specific data source if you need it.

**From:** Binkley, Daniel <daniel.binkley@optum.com>
**Sent:** Monday, January 25, 2021 10:18 AM
**To:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Love, Michelle <michelle_love@uhc.com>; Romrell, Greg <GregRomrell@UHG.Savvysherpa.com>; Rasner, Lara <LaraRasner@uhg.savvysherpa.com>; Wehber, Kevin <kwehber@uhg.savvysherpa.com>; Hawkins, Caitlin <caitlin.hawkins@optum.com>
**Cc:** Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>; Haggerty, Jack <Jack.Haggerty@optum.com>; Hoskins, Kevin C <kevin.hoskins@optum.com>; Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Data Use and Rights <data.use.and.rights@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

+Data Use and Rights Inbox for tracking

**From:** Kura, Vijay <vkura@uhg.com>
**Sent:** Monday, January 25, 2021 11:15 AM
**To:** Love, Michelle <michelle_love@uhc.com>; Binkley, Daniel <daniel.binkley@optum.com>; Romrell, Greg <GregRomrell@UHG.Savvysherpa.com>; Rasner, Lara <LaraRasner@uhg.savvysherpa.com>; Wehber, Kevin

UHG-2R-0002330618

<kwehber@uhg.savvysherpa.com>; Hawkins, Caitlin <caitlin.hawkins@optum.com>
**Cc:** Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>; Haggerty, Jack <Jack.Haggerty@optum.com>; Hoskins, Kevin C <kevin.hoskins@optum.com>; Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Subject:** Re: ORx Data Access Request Form_DUR300147

+ Greg and Lara from my leadership regarding the yellow highlighted line and my response in red.


Kevin and Caitlin,

Can you answer blue highlighted question?

Thanks
Vijay

---

**From:** "Hoskins, Kevin C" <kevin.hoskins@optum.com>
**Date:** Monday, January 25, 2021 at 10:01 AM
**To:** "Kampally, Nagi Reddy" <nagireddy_kampally@optum.com>, "Love, Michelle" <michelle_love@uhc.com>, "Binkley, Daniel" <daniel.binkley@optum.com>
**Cc:** "zKura, Vijay" <vkura@uhg.com>, "Avadhanula, Kalyan S" <kalyan_avadhanula@optum.com>, "Haggerty, John T" <Jack.Haggerty@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

I have some questions and concerns about this request:

1)      Are there UHC employees who will have access to non-UHC book 1 data?  UHC employees are not allowed to see or use the non-UHC book of business per our client contracts so granting access would violate our contracts.  Book 2 is fine but Book 1 has a lot of OptumRx carve out business so it would need to be limited to the UHC C&S & UHC M&R data.

2)      Why are we going against the corporate strategy?  Optum is moving to Azure so if there is a push to move data to Google cloud I feel that has to go through Jack/Francois.

SavvySherpa now it called as Optum Labs and UHG R&D has gone through exercise and compared among Azure, AWS and GCP (Google Cloud).

**Google's BigQuery stands out among various options for its high performance, low administrative burden and scalability.**

Below criteria is used before google cloud is choose.
Priced in a way that benefits our use patterns
Cheap storage (Large data volume)
Per-use cost is low (High query volume)
Cheap long-term storage (Many infrequently updated sources)
Allows high level of configurable security
At a minimum table level access (For 1st floor projects)
Even better to have row level restrictions (For limited use data like UHG Employees)
Performs well for research style queries
Has low administrative burden
Scales to large datasets


Not sure if a higher level call needs to be schedule as I haven't ever heard of this initiative.

UHG-2R-0002330619

**From:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Sent:** Monday, January 25, 2021 8:12 AM
**To:** Hoskins, Kevin C <kevin.hoskins@optum.com>; Love, Michelle <michelle_love@uhc.com>; Binkley, Daniel <daniel.binkley@optum.com>
**Cc:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

+Kevin

Hi Kevin,

Can you please review the below and help with the next steps on this request? Please let me know if a meeting is required to understand more on the data usage, etc…. Thanks.

Regards,
Nagi

---

**From:** Love, Michelle <michelle_love@uhc.com>
**Sent:** Saturday, January 23, 2021 1:31 AM
**To:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Binkley, Daniel <daniel.binkley@optum.com>
**Cc:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147
**Importance:** High

Daniel and Nagi,

Is there something that I can do to expedite this process? This is creating a roadblock for a critical project and I will need to involve leadership if we can't resolve it.

Thank you so much,
Michelle

---

**From:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Sent:** Thursday, January 21, 2021 7:38 AM
**To:** Love, Michelle <michelle_love@uhc.com>
**Cc:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Not yet Michelle. Sent a reminder today to our business executive sponsor for his go on this. If needed, will schedule a meeting with Vijay and you along with our team to go over any further questions.

Regards,
Nagi

---

**From:** Love, Michelle <michelle_love@uhc.com>
**Sent:** Thursday, January 21, 2021 7:05 PM
**To:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Cc:** zKura, Vijay <vkura@uhg.savvysherpa.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Any word, Nagi?

UHG-2R-0002330620

Thank you,
Michelle

**From:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Sent:** Wednesday, January 13, 2021 11:15 PM
**To:** Love, Michelle <michelle_love@uhc.com>; zKura, Vijay <vkura@uhg.savvysherpa.com>; Babu, Satish J <satish_j_babu@optum.com>; Binkley, Daniel <daniel.binkley@optum.com>; Reuvers, Riley R <riley.reuvers@optum.com>; Massart, Stephanie <stephanie.massart@optum.com>; Ostergaard, Kristina <kristina.ostergaard@optum.com>
**Cc:** Chavez, Daniel <DanielChavez@uhg.savvysherpa.com>; Hawkins, Caitlin <caitlin.hawkins@optum.com>; Shaffer, Elizabeth E <eve.shaffer@optum.com>; Josephson, Timothy G <tim.josephson@optum.com>; Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

We are checking with our senior leadership on the same and get back to you soon.


Regards,
Nagi

On January 14, 2021 at 12:32:16 AM GMT+5:30, Love, Michelle <michelle_love@uhc.com> wrote:

Nagi,

Do you require any additional information for approval?  We are trying to get this DUR as soon as possible.

Thank you!
Michelle

**From:** Kura, Vijay <vkura@uhg.com>
**Sent:** Tuesday, January 12, 2021 11:04 AM
**To:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Love, Michelle <michelle_love@uhc.com>; Babu, Satish J <satish_j_babu@optum.com>; Binkley, Daniel <daniel.binkley@optum.com>; Reuvers, Riley R <riley.reuvers@optum.com>; Massart, Stephanie <stephanie.massart@optum.com>; Ostergaard, Kristina <kristina.ostergaard@optum.com>
**Cc:** Chavez, Daniel <DanielChavez@uhg.savvysherpa.com>; Hawkins, Caitlin <caitlin.hawkins@optum.com>; Shaffer, Elizabeth E <eve.shaffer@optum.com>; Josephson, Timothy G <tim.josephson@optum.com>; Avadhanula, Kalyan S <kalyan_avadhanula@optum.com>
**Subject:** Re: ORx Data Access Request Form_DUR300147

Yes, we interested in non UHC Pharmacy Claim data of the external clients.

Vijay

**From:** "Kampally, Nagi Reddy" <nagireddy_kampally@optum.com>
**Date:** Tuesday, January 12, 2021 at 10:47 AM
**To:** "Love, Michelle" <michelle_love@uhc.com>, "zKura, Vijay" <vkura@uhg.com>, "Babu, J S" <satish_j_babu@optum.com>, "Binkley, Daniel" <daniel.binkley@optum.com>, "Reuvers, Riley R" <riley.reuvers@optum.com>, "Massart, Stephanie" <stephanie.massart@optum.com>, "Ostergaard, Kristina R" <kristina.ostergaard@optum.com>
**Cc:** "Chavez, Daniel" <DanielChavez@uhg.com>, "Hawkins, Caitlin" <caitlin.hawkins@optum.com>, "Shaffer, Elizabeth E" <eve.shaffer@optum.com>, "Josephson, Timothy G" <tim.josephson@optum.com>, "Avadhanula, Kalyan S"

UHG-2R-0002330621

<kalyan_avadhanula@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Thanks Vijay for the details. As you are looking for the UHC data, RX1 contains most of non UHC Pharmacy Claim data of the external clients. Are you are interested with them too ?

Regards,
Nagi

---

**From:** Love, Michelle <michelle_love@uhc.com>
**Sent:** Tuesday, January 12, 2021 10:09 PM
**To:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Babu, Satish J <satish_j_babu@optum.com>; Binkley, Daniel <daniel.binkley@optum.com>; Reuvers, Riley R <riley.reuvers@optum.com>; Massart, Stephanie <stephanie.massart@optum.com>; Ostergaard, Kristina <kristina.ostergaard@optum.com>
**Cc:** Chavez, Daniel <DanielChavez@uhg.savvysherpa.com>; Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Hawkins, Caitlin <caitlin.hawkins@optum.com>; Shaffer, Elizabeth E <eve.shaffer@optum.com>; Josephson, Timothy G <tim.josephson@optum.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Thank you, Vijay… Nagi, do you need anything more?

---

**From:** Kura, Vijay <vkura@uhg.com>
**Sent:** Tuesday, January 12, 2021 10:34 AM
**To:** Babu, Satish J <satish_j_babu@optum.com>; Binkley, Daniel <daniel.binkley@optum.com>; Reuvers, Riley R <riley.reuvers@optum.com>; Massart, Stephanie <stephanie.massart@optum.com>; Ostergaard, Kristina <kristina.ostergaard@optum.com>
**Cc:** Chavez, Daniel <DanielChavez@uhg.savvysherpa.com>; Kampally, Nagi Reddy <nagireddy_kampally@optum.com>; Love, Michelle <michelle_love@uhc.com>; Hawkins, Caitlin <caitlin.hawkins@optum.com>; Shaffer, Elizabeth E <eve.shaffer@optum.com>; Josephson, Timothy G <tim.josephson@optum.com>
**Subject:** Re: ORx Data Access Request Form_DUR300147

See my comments in red.

Caitlin,
        Any thing to add for yellow highlighted question.

Thanks
Vijay

---

**From:** "Babu, Satish J" <satish_j_babu@optum.com>
**Date:** Tuesday, January 12, 2021 at 10:12 AM
**To:** "Binkley, Daniel" <daniel.binkley@optum.com>, "Reuvers, Riley R" <riley.reuvers@optum.com>, "Massart, Stephanie" <stephanie.massart@optum.com>, "Ostergaard, Kristina R" <kristina.ostergaard@optum.com>
**Cc:** "zKura, Vijay" <vkura@uhg.com>, "Chavez, Daniel" <DanielChavez@uhg.com>, "Kampally, Nagi Reddy" <nagireddy_kampally@optum.com>, "Love, Michelle" <michelle_love@uhc.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

+ Data Governance Team


Regards

UHG-2R-0002330622

**Satish Babu J** I DS - Data Governance
 Optum Technology I PEDS — Data Solutions I UnitedHealth Group
+91-9700133599(M) I ☎4030895285 I ᐃsatish_j_babu@optum.com I www.optum.com

**From:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Sent:** Tuesday, January 12, 2021 9:37 PM
**To:** Love, Michelle <michelle_love@uhc.com>
**Cc:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Babu, Satish J <satish_j_babu@optum.com>; Chavez, Daniel <DanielChavez@uhg.savvysherpa.com>
**Subject:** RE: ORx Data Access Request Form_DUR300147

Hi Michelle,

Can you please help with the below ?

1.      Who are the end consumers of this data ?

Researchers, Data Scientists, Academic Users, Internal, External with deidentification. Unless there are agreement or approval to identify, All the data stored in lock box environment.

2.      Frequency you would be extracting this data from Data Lake ?

Realtime if RAW topics exists or Daily (basically at the same frequency as lake updates)

3.      How much data you would be extracting ?

Entire history going back to 7 years if Lake has it.

4.      Any reason why this is moving to Google cloud instead Azure ?

**Google's BigQuery stands out among various options for its high performance, low administrative burden and scalability.**

Below criteria is used before google cloud is choose.
Priced in a way that benefits our use patterns
Cheap storage (Large data volume)
Per-use cost is low (High query volume)
Cheap long-term storage (Many infrequently updated sources)
Allows high level of configurable security
At a minimum table level access (For 1st floor projects)
Even better to have row level restrictions (For limited use data like UHG Employees)
Performs well for research style queries
Has low administrative burden
Scales to large datasets

5.      Does this needed for any specific client or need all the data from Rx1 and Rx2 ?

As of now all clients data for the patients (UHC)

6.      Are there any encryptions/tokenization applied for the PHI/PII while moving to Google Cloud ?

Yes, data will be tokenized while moving.

UHG-2R-0002330623

Regards,
Nagi

**From:** Love, Michelle <michelle_love@uhc.com>
**Sent:** Tuesday, January 12, 2021 1:24 AM
**To:** Kampally, Nagi Reddy <nagireddy_kampally@optum.com>
**Cc:** zKura, Vijay <vkura@uhg.savvysherpa.com>; Babu, Satish J <satish_j_babu@optum.com>; Chavez, Daniel <DanielChavez@uhg.savvysherpa.com>
**Subject:** ORx Data Access Request Form_DUR300147

Nagi,

The UHG R&D team has opened a DUR for the sake of this project that requires your approval.

Please let me know if you have any questions at your earliest convenience.


Best,
Michelle

**Michelle Love | UnitedHealth Group**
Research & Development – Principle Data Analyst
----------------------------------------------
**T** 952/562.1419
**M** 952/457.0336
**E** michelle_love@uhc.com
----------------------------------------------
5995 Opus Parkway Minnetonka, MN 55343
unitedhealthgroup.com

*Citizens are often slow to realize that their democracy is being dismantled—even as it happens before their eyes.* ~ Steven Levitsky


This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or

UHG-2R-0002330624

proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

UHG-2R-0002330625