# Exhibit 13

UNITEDHEALTH GROUP

# DATA GOVERNANCE AUDIT

## 2021 Internal Audit

### Technology

### Process & Controls Assessment Report

Circulation outside of Distribution List by permission only

**Internal Audit & Advisory Services**

Confidential

UHG-LIT-00671326

# Technology – 2021 Data Governance Internal Audit
# Executive Summary

**Audit Background**

Data Governance, in the purview of the Enterprise Data Management Office (EDMO), is a collection of processes, roles, policies, standards, and metrics that ensure the efficient use of information enabling an organization to achieve its goals. In practice, elements of Data Governance are currently performed and managed by several different areas of the enterprise, each with a particular focus on an aspect(s) of Data Governance.

At UnitedHealth Group, the (EDMO) resides in Optum Technology and is primarily responsible within the Data Lake for the technology aspects of the comprehensive collection of practices, policies and processes that enable acquisition, control, protection, and delivery of data by enhancing value throughout the data lifecycle while supporting business needs and the user community. This includes components of Summary Data, Data Quality Management, Reference Data Management, Master Data Management, and Information Lifecycle Management.

**Audit Approach**

This audit focused on the Technology aspects of Data Governance managed by the EDMO as they relate to the quality of data, how data is accessed (with primary focus on access to the Data Lake), the role of the Data Stewards, and the data maturity assessments.

IAAS conducted this audit in accordance with the International Standards for the Professional Practice of Internal Auditing. These standards require that IAAS plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives.

**ICFR Impact/Implications**

No ICFR impacts observed as a result of this audit.

**Conclusion**

Certain data governance process observations were identified in the areas managed by the EDMO, which may result in less-than-optimal mitigation of associated risks. Given the potential pervasiveness and severity of the observations noted during the assessment of process/control design and testing, IAAS assigned a rating of Needs Improvement to the Data Governance internal audit.

2

Confidential

# Technology – 2021 Data Governance Internal Audit
# Appendix A – UHG Enterprise Rating Definitions

**Summary Audit Results**

| Audited Areas | Summary of Observations * | | | |
|---|---|---|---|---|
| Policy & Data Governance Structure | - | 1 | - | - |
| Data Access, Use, and Storage Policies | 1 | 2 | - | - |
| Regulatory Requirements | - | - | - | - |
| Training & Awareness | 1 | - | - | - |

| Overall Audit Rating * | Needs Improvement |
|---|---|

### Summary of Observation Categories *



- People
- Process
- Technology

### Observation Themes

- **Program Maturity** – The Enterprise Data Management Office is a new group, and the program is in its early development stages. Due to this, a lot of key program components are not yet operational.
- **Data Stewardship Program** – Performance of data stewards is not actively evaluated and monitored. In addition, formal training of data stewards is not required.
- Management action plans scheduled to be completed by October 31, 2022.

### Action Plan Completion Timeframes



### Areas of Strength

- Roadmap of the program reveals majority of identified gaps already in flight or planned for next year.
- Data use and rights (DUR) process is strong with an integration into Secure provisioning to ensure appropriate data use.

### Summary of Controls



- Effective Controls
- Design Gaps
- Ineffective Controls

*See Appendix A for a definition of the Overall Audit Report rating, Individual Observation ratings, and observation categories.

3

UHG-LIT-00671328

# Technology – 2021 Data Governance Internal Audit
## Appendix A – UHG Enterprise Rating Definitions

### Policy & Data Governance Structure

| Observation Summary & Potential Business Impact | Rating / Category | Agreed-Upon Action Plan |
|---|---|---|
| **1. The Data Stewardship program, as defined the EDMO and as it relates to data management practices with EDMO oversight needs to be strengthened.**<br><br>Data stewards are not defined at an enterprise level. Data stewards are responsible for management and oversight of data in their related area. Currently, there is no framework in place to review performance of data stewards and intervene when appropriate. Ownership and authority are up to the individual business areas regarding when they go through a maturity assessment.<br><br>**Potential Business Impact**<br>Without a strong data stewardship program, there is a heightened risk of data being mismanaged due to gaps in performance that could be addressed via a review. |  | **Executive Owner:** Bob Peck<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 6/30/2022<br>A program will be designed for data stewards in conjunction with other enterprise Data Governance stakeholders.<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 9/30/2022<br>At least one data steward aligned to each defined external segment will be identified. 50% of external segments identified will have a data steward with a completed review according to the developed review process. |

### Data Access, Use, and Storage Policies

| Observation Summary & Potential Business Impact | Rating / Category | Agreed-Upon Action Plan |
|---|---|---|
| **2. The Data Classification Program needs to be enhanced to ensure appropriate data classification.**<br><br>There is no verification mechanism in place to ensure data is classified/labeled correctly. Currently, data is classified primarily by end-users, with a small amount of auto-classification in place by Microsoft. A process to establish a consistent classification policy is being developed through additional engineering capabilities, but is not yet operational.<br><br>**Potential Business Impact**<br>Without improvements to the data classification and auto-classification capabilities via Microsoft, data is being classified mostly by users which allows for a large opportunity for classification errors and inconsistency and subsequent treatment of PHI and PII data. |  | **Executive Owner:** Gretchen Block<br><br>This action plan will focus on two primary areas: the Azure Tenant and the UHG Data Lake. Management is working to define a strategy/methodology/tool set for each of these areas. Targets on the percent of data to be classified using the selected tools cannot be determined until the methodology and tool are selected. Internal stakeholders, including the CPOs/Privacy Offices will be consulted.<br><br>**Action Plan Owner:** Conan Sandberg<br>**Action Plan Completion Date:** 2/28/2022<br>Part 1: Determine and begin implementation of strategy/methodology/tool set for the Azure tenant.<br><br>**Action Plan Owner:** Conan Sandberg<br>**Action Plan Completion Date:** 10/31/2022<br>Part 2: Determine and begin implementation of strategy/methodology/tool set for the UHG Data Lake. |

4

UHG-LIT-00671329

# Technology – 2021 Data Governance Internal Audit
## Appendix A – UHG Enterprise Rating Definitions

| | | |
|---|---|---|
| **3. The Data Quality program for data management practices with EDMO oversight needs to be strengthened**<br><br>There is no defined data quality performance baseline to which owners of sources within the data lake are held. Completeness, timeliness, consistency of data is tracked, but no action is taken based upon the results. Enterprise Data Quality Management (EDQM) monitors a dashboard to review participant data usage, and patterns do emerge from those reviews; however, these patterns are not discussed nor shared with data owners, leadership, or other key stakeholders.<br><br>**Potential Business Impact**<br>Without measuring data quality and observing the results against a baseline, there is no means to conclude if data quality is consistent across the organization or meeting quality goals. |  | **Executive Owner:** Bob Peck<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 2/28/2022<br>A data quality performance baseline for data owners will be defined by the EDQM team<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 5/31/2022<br>Reporting of data sources of the data lake who are below the data quality performance baseline will be reported to stakeholders. Appropriate enterprise-wide data governance stakeholders will be identified and consulted. Tenants below the baseline will provide evidence of their actions to remediate. |
| **4. A process for data misuse related to data management practices with EDMO oversight does not exist.**<br><br>The EDMO helps guide and instruct business units regarding how to appropriately use data, but has no effective means of enforcement if or when data misuse is discovered or reported.<br><br><br>**Potential Business Impact**<br>Without an appropriate data misuse enforcement process, there is a risk that the EDMO will be unable to effectively intervene and reinforce data management practices. |  | **Executive Owner:** Bob Peck<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 3/31/2022<br>EDMO will develop a process for engagement when misuse is discovered or reported. This will include the engagement of the Data Use Rights Governance Council and all other appropriate contacts, particularly the Security Incident Response (SIR) team and Privacy Office.<br><br>As part of this process, EDMO will define when to open a SIR ticket or Privacy Incident report when applicable. |

Confidential

UHG-LIT-00671330

# Technology – 2021 Data Governance Internal Audit
## Appendix A – UHG Enterprise Rating Definitions

### Training & Awareness

| Observation Summary & Potential Business Impact | Rating / Category | Agreed-Upon Action Plan |
|---|---|---|
| 5. **The EDMO training program is not centralized in the enterprise tool, LearnSource, which does not allow the EDMO to appropriately track training completed by data stewards.**<br><br>The EDMO's training courses are currently not offered in LearnSource, instead are held via Teams meetings. Moving trainings to LearnSource would allow the EDMO to track who has taken trainings and potentially make trainings required for data roles in the future.<br><br>**Potential Business Impact**<br>Training for data stewards needs to be within the enterprise tool LearnSource to allow for proper tracking and reporting of course completion. Without this, data stewards could be mishandling data due to lack of education. | | **Executive Owner:** Bob Peck<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 2/28/2022<br>The EDMO team will expand their trainings and certifications to the LearnSource platform. The EDMO team will set a target on training completion goal for the coming year.<br><br>**Action Plan Owner:** Lisa Hodne<br>**Action Plan Completion Date:** 5/31/2022<br>The EDMO will report their progress toward the completion goal of how many data steward trainees have taken the training once it is in LearnSource to appropriate business leaders. |

6

Confidential

UHG-LIT-00671331

# Technology – 2021 Data Governance Internal Audit
## Appendix A – UHG Enterprise Rating Definitions

The rating for individual observations is derived by assessing both the pervasiveness and severity of the observation as illustrated below. For reports containing a dual rating, severity and pervasiveness is evaluated at both the UHG Enterprise and Business Segment level.

| Severity | | | |
|---|---|---|---|
| **High** | Medium | High | Critical |
| **Medium** | Low | Medium | High |
| **Low** | Low | Low | Medium |
| | Low | Medium | High |
| | **Pervasiveness** | | |

**Severity – Measure of the control weakness**

**High -** Observations for which management should take immediate and sustained action because the observation(s) represent one or more of the following: (i) a control weakness which undermines the overall integrity of a key system or process; (ii) critical controls have not been implemented (i.e., are non-existent), have not been appropriately designed or are not operating effectively; or (iii) the process or function under audit requires immediate basic improvements with ongoing management involvement until controls substantially improve.

**Medium -** Observations that management should resolve in a reasonable time frame because the observation(s) represent one or more of the following: (i) a control weakness which undermines the overall integrity of a system or process; (ii) relevant controls have not been implemented, (i.e., are non-existent), have not been appropriately designed or are not operating effectively (however, mitigating controls exist and are operating as intended; or (iii) opportunities exist for significant cost savings (e.g., inefficient processes and or controls).

**Low -** Observations are less significant or minor potential process improvements have been recommended (e.g., enhancements to existing processes, systems or controls to improve effectiveness and or efficiency, cost-saving measures identified).

**Pervasiveness – Extent of potential exposure introduced by observation.**

**High -** Risk exposure introduced by the observation could be significant to multiple business segments. For dual rated reports, segment risk exposure impacts all, or the vast majority of, processes, products, or functional areas within the business area and/or its customer base.

**Medium -** Risk exposure introduced by the observation relates to more than one business unit, legal entity, or functional area, and could be significant to one business segment. For dual rated reports, segment risk exposure impacts more than one, but not all, processes, or functional areas within the business area and/or its customer base.

**Low -** Risk exposure introduced by the observation is confined to a single business unit, legal entity, or functional area. For dual rated reports, segment risk exposure impacts one process, product, or functional area within the business area and/or its customer base.

**Observation Category – High level root cause of observation (what did/did not occur in the audited area(s))**

**People -** Observation related to execution (accidental and/or intentional). Examples of *people* observations include, but are not limited to; adherence to existing policies and procedures, training, communication, clarity of roles and responsibilities.

**Process -** Observation related to a process that is not appropriately designed or operating as intended. Examples of *process* observations include, but are not limited to; unclear processes/documentation, missing key control(s), timely review/updating communication of policies and procedures, error/exception resolution, completeness/ accuracy/timeliness of data/data transfer.

**Technology-** Observation relates to a technology utilized or relied on for an in-scope process. Examples of *technology* observations include, but are not limited to; access, security and protection of data/information, configuration, system/technology change management (e.g., lack of approval/testing/evidence).

**Overall audit rating** is primarily derived from frequency and severity of observations raised. When assessing the severity of the audit observations, the auditor must consider the potential impact (residual risk) of the process and control observations. The audit rating may also be influenced by other criteria such as adequacy of management supervision and control consciousness, management's responsiveness to previous audit recommendations, as well as existing risks and the management of them. Because of the unique conditions and requirements encountered in each audit, the auditor may – using his or her professional judgment – consider some criteria to be more important than others in assigning the audit rating. The overall audit rating will be assessed as follows:

**Overall Audit Rating Definitions****

| | |
|---|---|
| Compliance/Advisory | Control environment was not rated during engagement. |
| Satisfactory | Indicates the control environment for in-scope areas was well controlled. Minor enhancements recommended to improve control environment. |
| Needs Improvement | Indicates the control environment needs a moderate level of improvement. The combination of severity of observations and impact to UHG enterprise are not significant. |
| Needs Significant Improvement | Indicates the control environment needs significant improvement. The combination of severity of observations and impact to UHG enterprise put the company at risk, if mitigation is not taken by management. |
| Unsatisfactory | Indicates the control environment was unsatisfactory. The combination of severity of observations and impact to UHG enterprise is high. Immediate mitigation is necessary. |

**For a dual rated report, audits are rated at the UHG enterprise level and at the business segment level.

7

Confidential

UHG-LIT-00671332

# Technology – 2021 Data Governance Internal Audit
## Appendix B – Report Distribution

## Executive Owners
- Bob Peck
- Matthew Shilts
- Gretchen Block

## Process Owners
- Lisa Hodne
- Conan Sandberg

## Executive Leadership
- Andrew Witty
- Dan J Schumacher
- Dirk C McMahon
- John C Santelli
- John F Rex
- Pete W Rainey
- Tom E Roos

## Segment Leadership
### UHG
- Brian Soller

### UHC
- Brian D Brueckman
- Brian R Thompson
- Carissa Rollins
- Jeff T Putnam
- Paul D Hansen

### UHC E&I
- Brian E McGuire
- Dan Kueter
- Laura L Ness
- Maura Mcenroe
- Nick Maglio
- William J Golden

**UHC M&R**
- Ben N Eklo
- Brian H St. Martin
- Paul Weymouth
- Rashmita Mistry
- Tim J Noel

**UHC C&S**
- Blake Berquist
- Paul Weymouth
- Rashmita Mistry
- Susan Corcoran
- Tim Spilker

**Optum**
- Jean Benson
- Jeff A Dallager
- John M Prince
- Phil McKoy

**OptumRx**
- Heather Cianfrocco
- Jeff Grosklags
- Jon Mahrt
- Mathew Trok
- Natalie A Pons
- Santiago Abraham

**OptumHealth**
- Clint Egenes
- Jason Patten
- Mark J Flakne
- Mouli Venkatesan
- Wyatt W Decker

**OptumInsight**
- Alyssa Francis
- Benjamin R Goodman
- Rick Hardy

- Vivek Bhatt

**Optum Financial Services**
- Alex Blyakhman
- Eileen Strasters

**Optum Global Advantage**
- Irina Jinks
- Laura Ciavola

**Optum Technology**
- Dan Makoski
- Dirk Anderson
- Francois Charette
- James G Franke
- Keith Tanski
- Matthew Mosher

## Governance, Risk, QA, and Compliance
- Bill J Otteson
- Michele M Duncan
- Sheila M Colgan
- Monica Avram
- Dustin Thompson
- Chris Zaetta

**Technology**
- Aimee Cardwell
- Allison Miller
- Barrett Gobeyn
- Robert E Booker

## Additional Distribution Contacts
- Josh Ness (ICFR Governance)
- Lindsay Bickler (Deloitte)
- Tom Billings (external)

Return to Executive Summary
Ernst & Young assisted in a joint project, and the results of Ernst & Young's work are included in this report. However, this report is the responsibility of UnitedHealth Group Internal Audit & Advisory Services.

8

Confidential

UHG-LIT-00671333

# Technology – 2021 Data Governance Internal Audit
# Appendix B – Report Distribution

**Audit Oversight Team**
- Dennis A Stankiewicz
- Joseph Oppong (EY)
- Kendall A Bishop
- Matthew D Albert
- Mark Archer

**Audit Execution Team**
- Jim Larsen
- Jessa Ferrazzo
- Michael Lynch
- Shaun Conrad (EY)

Return to Executive Summary
Ernst & Young assisted in a joint project, and the results of Ernst & Young's work are included in this report. However, this report is the responsibility of UnitedHealth Group Internal Audit & Advisory Services.

9

Confidential

UHG-LIT-00671334

# Technology – 2021 Data Governance Internal Audit
## Appendix C – Audit Scope

### Policy & Data Governance Structure

- Roles and Responsibilities (EDMO)
- Identification, Classification, & Data Mapping Practices
- EDMO Framework and Activities
- Benchmarking
- Data Standards

### Data Access, Use, and Storage Policies

- Protection
- Quality
- Retention
- Deletion

### Training & Awareness

- Content and Frequency
- Participation at all Levels

Return to Executive Summary

10

Confidential

UHG-LIT-00671335