# Exhibit 14

| | |
|---|---|
| **From:** | Witty, Andrew [andrew@uhg.com] |
| **Sent:** | 1/3/2022 1:46:58 PM |
| **To:** | Mcmahon, Dirk C [dirk@uhc.com] |
| **Subject:** | FW: 2021 IAAS Technology Data Governance Audit Final Report |
| **Attachments:** | 2021 IAAS Technology Data Governance Report.pdf |

Dirk

A lot to do here .. when you are ready would appreciate a review with you and the right team thx

**From:** Minette, Patricia A <patricia_minette@uhg.com> **On Behalf Of** Stankiewicz, Dennis A
**Sent:** Friday, 17 December, 2021 14:02
**To:** Abraham, Santiago M <santiago_abraham@optum.com>; Albert, Matthew D <matt_albert@uhg.com>; Anderson, Dirk R <dirk.anderson@optum.com>; Archer, Mark E <mark_e_archer@uhg.com>; Avram, Monica S <monica.avram@optum.com>; Benson, Jean C <jean_benson@optum.com>; Berquist, Blake D <blake_d_berquist@uhc.com>; Bhatt, Vivek <vivek.bhatt@optum.com>; Bishop, Kendall A <kendall_a_bishop@uhg.com>; Block, Gretchen D <gretchen_d_block@optum.com>; Blyakhman, Alex <alex.blyakhman@optum.com>; Booker, Robert E <robert.booker@optum.com>; Brueckman, Brian D <brian.brueckman@uhc.com>; Cardwell, Aimee K <aimee@uhg.com>; Charette, Francois <francois.charette@optum.com>; Cianfrocco, Heather <heather.cianfrocco@optum.com>; Ciavola, Laura <laura.ciavola@optum.com>; Colgan, Sheila M <sheila_colgan@uhg.com>; Corcoran, Susan <susan_corcoran@uhc.com>; Dallager, Jeffrey A <jeffrey.dallager@optum.com>; Dan Makoski <dan.makoski@uhg.com>; Decker, Wyatt W <wyatt.decker@optum.com>; Duncan, Michele M <michele.m.duncan@uhg.com>; Egenes, Clint <clint.egenes@optum.com>; Eklo, Benjamin N <benjamin_n_eklo@uhc.com>; Ferrazzo, Jessica L <jessica_ferrazzo@uhg.com>; Flakne, Mark J <flakne@optum.com>; Francis, Alyssa <alyssa.francis@optum.com>; Franke, James G <james.franke@optum.com>; Gobeyn, Barrett J <barrett.gobeyn@optum.com>; Golden, William J <bill_j_golden@uhc.com>; Goodman, Benjamin R <benjamin.goodman@optum.com>; Grosklags, Jeffrey <jeffrey.grosklags@optum.com>; Hansen, Paul D <paul_d_hansen@uhc.com>; Hardy, Richard D <rick.hardy@optum.com>; Hodne, Lisa A <lisa.a.hodne@optum.com>; Jinks, Irina <irina.jinks@optum.com>; joseph.oppong@ey.com; Kueter, Daniel <dan.kueter@uhc.com>; Larsen, Jim <james_larsen@uhg.com>; Lindsay Bickler <lbickler@deloitte.com>; Lynch, Michael T <michael_lynch@uhg.com>; Maglio, Nicholas J <nick_maglio@uhc.com>; Mahrt, Jon <jon.mahrt@optum.com>; Mcenroe, Maura <maura_mcenroe@optum.com>; Mcguire, Brian E <brian_e_mcguire@uhc.com>; McKoy, Phil [From RallyHealth] <philip.mckoy@rallyhealth.com>; Mcmahon, Dirk C <dirk@uhc.com>; Miller, Allison L <allison.miller@optum.com>; Mistry, Rashmita <rashmita.mistry@uhc.com>; Mosher, Matthew S <matthew.mosher@optum.com>; Ness, Josh <josh.ness@uhg.com>; Ness, Laura L <laura.ness@uhc.com>; Noel, Timothy J <timothy_j_noel@uhc.com>; Otteson, William J <william.otteson@uhg.com>; Patten, Jason <jason.patten@optum.com>; Peck, Bob <bob_peck@optum.com>; Pons, Natalie A <natalie.pons@optum.com>; Prince, John M <john.prince@optum.com>; Putnam, T Jeffrey <jeff_putnam@uhg.com>; Rainey, Peter W <pete_rainey@uhg.com>; Rex, John F <john.rex@uhg.com>; Rollins, Carissa L <carissa.rollins@uhc.com>; Roos, Thomas E <tom.roos@uhg.com>; Sandberg, Conan <conan.sandberg@optum.com>; Santelli, John C <john.santelli@optum.com>; Schumacher, Daniel J <schu@uhg.com>; Shaun Conrad <shaun.conrad@ey.com>; Shilts, Matthew F <matthew_f_shilts@optum.com>; Soller, Brian <brian_soller@optum.com>; Spilker, Timothy M <tim_spilker@uhc.com>; St Martin, Brian H <brian.st-martin@uhc.com>; Stankiewicz, Dennis A <d.stankiewicz@uhg.com>; Strasters, Eileen <eileen.strasters@optum.com>; Tanski, Keith W <keith.tanski@optum.com>; Thompson, Brian R (UHC CEO) <brian_r_thompson@uhc.com>; Thompson, Dustin G <dustin.thompson@uhg.com>; Tom Billings <TBillings@parsonsbehle.com>; Trok, Matthew P <matt.trok@optum.com>; Venkatesan, Mouli <mouli_venkatesan@optum.com>; Weymouth, Paul D <paul_d_weymouth@optum.com>; Witty, Andrew <andrew@uhg.com>; Zaetta, Christopher R <chris.zaetta@optum.com>; Backes, Danielle N <danielle_backes@uhg.com>; Minette, Patricia A <patricia_minette@uhg.com>
**Subject:** 2021 IAAS Technology Data Governance Audit Final Report

UHG-LIT-00671322

Dear Colleagues,

Please see the Executive Summary and attached Audit Report for the Data Governance Audit.

We wish to thank our business partners for their exceptional collaboration as we executed our audit procedures.  If you have any questions related to the audit or the content of the report, please feel free to reach out to me or any member for the Audit Oversight Team or Audit Execution Team listed in Appendix B of the attached report.

You may notice the new communication format related to the distribution of this audit report; specifically, we've included the executive summary below within the body of the e-mail.  The objective of this is to complement the attached audit report with a brief overview of the audit results which can be easily viewed on any device.

If you have any feedback for us on the format or content, please let us know (by a reply to this message) as we are continually working to evolve the efficiency and effectiveness of our processes.

Kind regards,
Dennis

UHG-LIT-00671323

# UNITEDHEALTH GROUP

## Internal Audit & Advisory Services

| Audit | 2021 IAAS Technology Data Governance |
|---|---|
| Audited Area Background | Data Governance, in the purview of the Enterprise Data Management Office (EDMO), is a collection of processes, roles, policies, standards, and metrics that ensure the efficient use of information enabling an organization to achieve its goals. In practice, elements of Data Governance are currently performed and managed by several different areas of the enterprise, each with a particular focus on an aspect(s) of Data Governance.<br><br>At UnitedHealth Group, the (EDMO) resides in Optum Technology and is primarily responsible within the Data Lake for the technology aspects of the comprehensive collection of practices, policies and processes that enable acquisition, control, protection, and delivery of data by enhancing value throughout the data lifecycle while supporting business needs and the user community. This includes components of Summary Data, Data Quality Management, Reference Data Management, Master Data Management, and Information Lifecycle Management. |
| Scope | This audit focused on the Technology aspects of Data Governance managed by the EDMO as they relate to the quality of data, how data is accessed (with primary focus on access to the Data Lake), the role of the Data Stewards, and the data maturity assessments. |
| Summary of Observation Themes | The Enterprise Data Management Office is a new group, and the program is in its early development stages. Due to this, a lot of key program components are not yet operational. |

| | | |
|---|---|---|
| | Governance | Data Stewardship program, as defined by the EDMO, needs to be strengthened as well as a process for data misuse needs to be developed (2 observations). |
| | Training | The EDMO training program is not centralized in the enterprise tool, LearnSource, which does not allow for appropriate tracking of training completion (1 observation). |
| | Data Governance | Enhancements to the data classification program and data quality program need to be implemented (2 observations). |

| Report Rating | Needs Improvement |
|---|---|
| Remediation Timing | 80% of the actions are planned scheduled to be completed by June 30, 2022, with the remainder to be completed by October 31, 2022. |

**For additional details, please see the attached Internal Audit Report**

Dennis Stankiewicz
Chief Audit Executive Internal Audit & Advisory Services
UnitedHealth Group / MN008-W450
9900 Bren Road E
Minnetonka, MN 55343
T: 952.936.6640 | M 952-290-3466 | F 952-936-4944
d.stankiewicz@uhg.com | unitedhealthgroup.com

Confidential

UHG-LIT-00671324

Please consider the environment before printing this e-mail

**Our** **United Culture. The way forward.**
Integrity Compassion Relationships Innovation Performance

Confidential

UHG-LIT-00671325