# Exhibit 23

**From:**   Schumacher, Daniel J [schu@optum.com]
**Sent:**   3/3/2021 8:31:16 PM
**To:**     Witty, Andrew [andrew@uhg.com]
**Subject:** Leadership Operating Principles

Not sure what I did to Hardy, but he put me on decision-making clarity and paired me w/ Ehlert, Knarr and Prince :)

I think there are 3 things we should do in the zone of operating principles that would be visible signs that things are changing.

1.      Incentives — Share enterprise scorecard and how we are tracking...doing it just at the end of the year would be an improvement...even better to do it 2 or 4x per year.  No one knows why we get what we get.

2.      Transparency
•       Be explicit about what information we are going to share between companies...not just grant permission, but require it
•       Start in a handful of areas...first place would be Rx and UHC...they want $750M in rate improvement...lay bare the p&l, how much can come from the market, how much can be made up in volume...and UHC can show bid implications and what they think they can get from it (acquisition, retention)...and we have a better basis on which to decide
•       3 great outcomes — (1) build trust, (2) make better enterprise decisions, (3) foster enterprise learning (help create generation of enterprise leaders w/o having to do 10 jobs over 20 years to see enough of the place)

3.      Intersegment – You'll hear all the stuff about FMV, forecast process to ensure alignment (as we used to do), speedy resolution process, etc.  Most important thing from my perspective is actually reflecting resolutions in budgets/forecasts.  If this isn't done, the rest of it really doesn't matter.

There are certainly more, but do see these as important ones in shaping behaviors, thinking, culture and more.

UHG-2R-0002475606