# Exhibit 29

## *UnitedHealth Stock Falls After Report Says the Justice Department Has Launched an Antitrust Investigation -- Barrons.com*

Dow Jones Institutional News

February 28, 2024 Wednesday 3:51 PM GMT

Copyright 2024 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2024, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 254 words

**Byline:** By Angela Palumbo

## Body

UnitedHealth Group stock fell Wednesday after a Wall Street Journal report said the Justice Department has launched an antitrust investigation into the health insurer.

UnitedHealth stock was the worst performer in the S&P 500 and the Dow Jones Industrial Average on Wednesday. Shares slid 4.8% to $488.84 in recent trading, and were on pace for their largest one-day percentage decrease since June 14, 2023. The stock has gained 3% over the last 12 months.

Neither UnitedHealth nor the DOJ immediately responded to a Barron's request for comment.

According to people familiar with the matter cited by The Journal, DOJ investigators have been interviewing healthcare-industry representatives in sectors where UnitedHealth competes.

Investigators have asked these interviewees about relationships between the company's UnitedHealthcare insurance unit and Optum, a healthcare service provider owned by UnitedHealth. The report also says interviewees have been asked about the possible effects of UnitedHealth's acquisitions of doctor-groups on its rivals and consumers.

This is not the first time the DOJ has investigated UnitedHealth. In September 2022, a federal judge denied the DOJ's request to block the company's acquisition of Change Healthcare.

Write to Angela Palumbo at *angela.palumbo@dowjones.com*

This content was created by Barron's, which is operated by Dow Jones & Co. Barron's is published independently from Dow Jones Newswires and The Wall Street Journal.

(END) Dow Jones Newswires

February 28, 2024 10:51 ET (15:51 GMT)

Shir Eilam

UnitedHealth Stock Falls After Report Says the Justice Department Has Launched an Antitrust Investigation -- Barrons.com

## Notes

PUBLISHER: Dow Jones & Company, Inc.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newswire

**Journal Code:** DJDN

**Subject:** INVESTIGATIONS (92%); JUSTICE DEPARTMENTS (92%); ANTITRUST & TRADE LAW (91%); BUSINESS INVESTIGATIONS (91%); LAW ENFORCEMENT (91%); CRIMINAL INVESTIGATIONS (90%); FINANCIAL MARKET UPDATES (90%); NEGATIVE BUSINESS NEWS (90%); STOCK INDEXES (90%); CONSUMERS (78%); FEDERAL INVESTIGATIONS (78%); RESEARCH REPORTS (75%); ACQUISITIONS (67%); c15 Financial Performance (%); c1522 Share Price Movement/Disruptions (%); c34 Anti-Competition Issues (%); ccat Corporate/Industrial News (%); ncat Content Types (%); neqac Equities Asset Class News (%); nfact Factiva Filters (%); nfce C&E Exclusion Filter (%); nfcpin C&E Industry News Filter (%); nfiac Fixed Income Asset Class News (%); PROVIDER TERMS: I/INL, I/INP, I/INS, I/XDJGI, I/XDJI, I/XDJLC, I/XFFX, I/XGDW, I/XHCT, I/XNYA, I/XRUS, I/XSLI, I/XSP1, I/XSP5 (%)

**Company:**  WALL STREET JOURNAL (93%);  UNITEDHEALTH GROUP INC (92%);  DOW JONES & CO INC (84%);  DOW JONES NEWSWIRES (51%); uhelc UnitedHealth Group Incorporated

**Organization:** US DEPARTMENT OF JUSTICE (96%)

**Ticker:** UNH (NYSE) (92%)

**Company-Number:** DJ Ticker: I/INL, I/INP, I/INS, I/XDJGI, I/XDJI, I/XDJLC, I/XFFX, I/XGDW, I/XHCT, I/XNYA, I/XRUS, I/XSLI, I/XSP1, I/XSP5; ISIN: I/INL, I/INP, I/INS, I/XDJGI, I/XDJI, I/XDJLC, I/XFFX, I/XGDW, I/XHCT, I/XNYA, I/XRUS, I/XSLI, I/XSP1, I/XSP5

**Industry:** NAICS524114 DIRECT HEALTH & MEDICAL INSURANCE CARRIERS (92%); SIC6324 HOSPITAL & MEDICAL SERVICE PLANS (92%); SIC6321 ACCIDENT & HEALTH INSURANCE (92%); SIC2711 NEWSPAPERS: PUBLISHING, OR PUBLISHING & PRINTING (84%); FINANCIAL MARKET UPDATES (90%); INSURANCE (90%); STOCK INDEXES (90%); i82 Insurance (%); i82003 Non-life Insurance (%); i8200301 Health/Medical Insurance (%); ifinal Financial Services (%); ihmo Health Maintenance Organizations (%); iprivhea Private Health Insurance (%); PROVIDER TERMS: I/INL, I/INP, I/INS, I/XDJGI, I/XDJI, I/XDJLC, I/XFFX, I/XGDW, I/XHCT, I/XNYA, I/XRUS, I/XSLI, I/XSP1, I/XSP5 (%)

UnitedHealth Stock Falls After Report Says the Justice Department Has Launched an Antitrust Investigation -- Barrons.com

**Geographic:** NORTH AMERICA (79%); UNITED STATES (79%); namz North America; usa United States

**Load-Date:** August 2, 2024

**End of Document**