# Exhibit 30

## Markets Coverage
The latest news & analysis

● **LIVE**    **Across the Markets**    **Inflation**    **Streetwise**    **Stocks**    **Quick Takes**    **Market Dat**

LIVE UPDATES | CONCLUDED

‹    Stock Market News, Feb. 28, 2024: Nasdaq Leads Indexes Lower; Bitcoin Extends Rally
Last Updated: Feb 28, 2024, 7:26 PM EST

Feb. 28, 2024 at 10:18 AM

# UnitedHealth Stock Slides, Weighs on the Dow

*By WSJ Staff*



UnitedHealth's shares were recently the Dow's worst performers. (Gabby Jones/Bloomberg News)

Shares of UnitedHealth fell Wednesday morning, extending a retreat sparked late yesterday by news that the Justice Department has launched an antitrust investigation into the company.

UnitedHealth, owner of the biggest U.S. health insurer, a leading manager of drug benefits and a sprawling network of doctor groups, was recently off nearly 5% and on pace for its worst day since June.

The move weighed on the S&P 500's healthcare sector, which was falling a bit more than the broader index. The shares were also the worst performers in the Dow industrials.

UnitedHealth shares are down 7% this year. A close at recent levels would mark the stock's lowest close since September.

CASE 0:24-cv-01743-JMB-JFD    Doc. 93-30    Filed 02/28/25

**Share-price and index performance, past 6 months**



Source: FactSet

**UnitedHealth Group Inc.**  UNH (U.S.: NYSE)

**$533.24 USD**  -0.13  -0.03% 🔴

↗ **Share**

Back to Live Updates

ADVERTISEMENT