## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs,*<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>      *Defendants.* | Case No. 0:24-cv-01743-JMB-DTS |

### DEFENDANTS'[1] MEET-AND-CONFER STATEMENT

I, Michael G. Bongiorno, counsel for Defendants UnitedHealth Group Incorporated, Andrew Witty, and Stephen Hemsley (collectively, "Defendants") in accordance with Local Civil Rule 7.1(a), hereby certify that counsel for Defendants conferred by telephone with counsel for Plaintiff on November 15, 2024, and that the parties were unable to agree to a resolution to all or part of Defendants' Motion to Dismiss Plaintiff's Supplemental Consolidated Complaint.

---

[1] The Motion to Dismiss is brought by Defendants UnitedHealth Group Incorporated, Andrew Witty, and Stephen Hemsley.  Defendant Brian Thompson is deceased.

Date:  February 28, 2025

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno

**WILMER CUTLER PICKERING
HALE AND DORR LLP**

Michael G. Bongiorno*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
michael.bongiorno@wilmerhale.com
Telephone: 212-230-8800
Facsimile: 212-230-8888

Timothy J. Perla*
Sonia Sujanani*
Dan Willey*
60 State Street
Boston, MA 02109
timothy.perla@wilmerhale.com
sonia.sujanani@wilmerhale.com
dan.willey@wilmerhale.com
Telephone: 617-526-6000
Facsimile: 617-526-5000

**Faegre Drinker Biddle & Reath LLP**

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com
Telephone: 612-766-7000
Facsimile: 612-766-1600

*Counsel for Defendants*
*\* Admitted Pro Hac Vice*