# EXHIBIT 14

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

California Public Employees' Retirement System ("Plaintiff") declares:

1.  Plaintiff has reviewed the complaint filed in this matter.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.  Plaintiff has not sought to serve or served as a representative party in a class action filed under the federal securities laws within the three-year period prior to the date of this Certification except as listed below:

*Cupat v. Palantir Technologies Inc.*, No. 1:22-cv-02384 (D. Colo.)
*Kachrodia v. Acadia Healthcare Company*, No. 3:24-cv-01238 (M.D. Tenn.)

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  21st  day of March, 2025.

California Public Employees' Retirement System

By:  *Matthew Jacobs*
Matthew G. Jacobs, General Counsel

UNITEDHEALTH

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/28/2021 | 24 | $455.44 |
| 12/17/2021 | 32 | $487.12 |
| 12/17/2021 | 218 | $487.12 |
| 12/17/2021 | 268 | $487.12 |
| 12/17/2021 | 341 | $487.12 |
| 01/07/2022 | 16,633 | $459.89 |
| 01/10/2022 | 8,538 | $461.01 |
| 01/13/2022 | 29,150 | $469.85 |
| 01/25/2022 | 46,084 | $454.47 |
| 02/09/2022 | 9,257 | $498.46 |
| 02/10/2022 | 24,474 | $489.38 |
| 02/25/2022 | 25,533 | $472.39 |
| 02/28/2022 | 29,769 | $471.69 |
| 03/23/2022 | 10,819 | $504.08 |
| 03/31/2022 | 35,348 | $515.31 |
| 04/04/2022 | 55 | $510.02 |
| 04/20/2022 | 10,192 | $544.92 |
| 05/04/2022 | 43 | $495.99 |
| 05/05/2022 | 50,047 | $493.80 |
| 05/12/2022 | 20 | $478.80 |
| 05/12/2022 | 53 | $478.80 |
| 05/12/2022 | 88 | $478.80 |
| 05/12/2022 | 1,334 | $478.80 |
| 07/14/2022 | 54,925 | $502.43 |
| 07/19/2022 | 36,001 | $533.45 |
| 07/28/2022 | 49,782 | $541.49 |
| 08/04/2022 | 30,758 | $533.75 |
| 08/10/2022 | 36 | $537.72 |
| 08/23/2022 | 34,978 | $535.80 |
| 09/08/2022 | 52,384 | $527.51 |
| 09/16/2022 | 59 | $521.02 |
| 09/16/2022 | 140 | $521.02 |
| 09/16/2022 | 1,080 | $521.02 |
| 09/16/2022 | 1,113 | $521.02 |
| 09/16/2022 | 13,665 | $521.02 |
| 09/16/2022 | 20,394 | $521.02 |
| 09/30/2022 | 32,170 | $505.04 |
| 11/16/2022 | 19 | $511.52 |
| 11/16/2022 | 20 | $511.52 |
| 12/09/2022 | 184,000 | $539.20 |
| 12/16/2022 | 6,654 | $523.70 |
| 12/16/2022 | 12,787 | $523.70 |
| 12/16/2022 | 15,537 | $523.70 |
| 12/16/2022 | 69,698 | $523.70 |
| 12/16/2022 | 70,247 | $523.70 |
| 01/04/2023 | 117 | $504.50 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/04/2023 | 191 | $504.50 |
| 01/04/2023 | 536 | $504.50 |
| 05/10/2023 | 137 | $490.07 |
| 06/20/2023 | 1,123 | $469.27 |
| 07/10/2023 | 113 | $463.05 |
| 07/26/2023 | 9,840 | $508.00 |
| 08/02/2023 | 12,532 | $504.80 |
| 08/08/2023 | 3,549 | $505.86 |
| 08/08/2023 | 3,862 | $505.86 |
| 08/10/2023 | 10,500 | $503.48 |
| 08/14/2023 | 35,000 | $510.93 |
| 08/18/2023 | 27,490 | $498.44 |
| 08/21/2023 | 876 | $497.71 |
| 09/05/2023 | 80 | $480.81 |
| 09/15/2023 | 1,037 | $486.70 |
| 09/15/2023 | 1,380 | $486.70 |
| 09/15/2023 | 81,876 | $486.70 |
| 09/27/2023 | 10,671 | $503.73 |
| 09/29/2023 | 129 | $504.19 |
| 10/05/2023 | 5,313 | $516.23 |
| 10/16/2023 | 57 | $538.03 |
| 10/17/2023 | 180 | $536.65 |
| 10/17/2023 | 1,787 | $536.65 |
| 10/17/2023 | 3,809 | $536.65 |
| 10/17/2023 | 9,986 | $536.65 |
| 11/07/2023 | 270,000 | $537.83 |
| 11/29/2023 | 185,000 | $534.98 |
| 12/01/2023 | 181,000 | $547.16 |
| 12/11/2023 | 182,000 | $543.68 |
| 12/15/2023 | 820 | $531.12 |
| 12/15/2023 | 1,691 | $531.12 |
| 12/15/2023 | 5,551 | $531.12 |
| 12/15/2023 | 28,924 | $531.12 |
| 12/27/2023 | 130 | $522.79 |
| 12/28/2023 | 15 | $524.90 |
| 02/29/2024 | 9 | $493.60 |
| 02/29/2024 | 32 | $493.60 |
| 02/29/2024 | 35 | $493.60 |
| 03/15/2024 | 853 | $490.82 |
| 03/15/2024 | 4,838 | $490.82 |
| 03/15/2024 | 46,277 | $490.82 |
| 03/19/2024 | 3 | $493.32 |
| 03/19/2024 | 11 | $493.32 |
| 04/05/2024 | 141 | $455.30 |
| 04/08/2024 | 5,686 | $455.31 |
| 06/28/2024 | 47 | $509.26 |
| 06/28/2024 | 11,261 | $509.26 |
| 07/18/2024 | 1,645 | $564.34 |
| 09/20/2024 | 168 | $575.00 |
| 09/20/2024 | 252 | $575.00 |
| 09/20/2024 | 1,746 | $575.00 |
| 09/30/2024 | 52 | $584.68 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/30/2024 | 5,333 | $584.68 |
| 10/21/2024 | 130 | $571.47 |
| 10/21/2024 | 1,292 | $571.47 |
| 12/31/2024 | 3,514 | $505.86 |
| 01/14/2025 | 1,881 | $543.74 |
| 02/18/2025 | 28,557 | $501.77 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/26/2021 | 14,410 | $454.64 |
| 11/23/2021 | 12,897 | $447.13 |
| 12/27/2021 | 13,564 | $499.50 |
| 12/31/2021 | 39,813 | $502.14 |
| 01/26/2022 | 16,210 | $458.43 |
| 02/23/2022 | 26,440 | $459.62 |
| 03/18/2022 | 53 | $506.12 |
| 03/18/2022 | 1,372 | $506.12 |
| 03/18/2022 | 20,851 | $506.12 |
| 03/31/2022 | 57,569 | $509.97 |
| 04/25/2022 | 18,876 | $524.27 |
| 04/27/2022 | 3,042 | $512.20 |
| 05/25/2022 | 41,209 | $498.09 |
| 06/17/2022 | 21 | $452.06 |
| 06/17/2022 | 76 | $452.06 |
| 06/17/2022 | 996 | $452.06 |
| 06/17/2022 | 6,601 | $452.06 |
| 06/17/2022 | 41,734 | $452.06 |
| 06/23/2022 | 9,330 | $498.32 |
| 06/24/2022 | 62,406 | $493.53 |
| 07/01/2022 | 2,052 | $507.63 |
| 08/12/2022 | 25,038 | $541.71 |
| 08/15/2022 | 28,201 | $544.73 |
| 09/21/2022 | 2,002 | $512.08 |
| 10/27/2022 | 5,529 | $541.80 |
| 12/14/2022 | 28,493 | $538.86 |
| 12/21/2022 | 652 | $527.54 |
| 01/11/2023 | 27,192 | $493.40 |
| 01/30/2023 | 10,712 | $485.79 |
| 02/09/2023 | 34,151 | $485.73 |
| 02/16/2023 | 23,820 | $487.35 |
| 02/23/2023 | 58,471 | $491.69 |
| 03/08/2023 | 19,539 | $470.60 |
| 03/17/2023 | 2 | $469.50 |
| 03/17/2023 | 5 | $469.50 |
| 03/17/2023 | 7 | $469.50 |
| 03/17/2023 | 10 | $469.50 |
| 03/27/2023 | 45,846 | $481.90 |
| 04/25/2023 | 32,699 | $491.92 |
| 05/25/2023 | 1,864 | $477.70 |
| 05/25/2023 | 22,422 | $477.70 |
| 06/16/2023 | 868 | $458.49 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/16/2023 | 898 | $458.49 |
| 06/16/2023 | 1,604 | $458.49 |
| 06/30/2023 | 29,783 | $480.64 |
| 09/29/2023 | 18,165 | $504.19 |
| 10/20/2023 | 742 | $527.03 |
| 10/26/2023 | 27,987 | $528.36 |
| 10/31/2023 | 147 | $535.56 |
| 11/08/2023 | 192 | $536.73 |
| 11/27/2023 | 32,382 | $543.59 |
| 11/30/2023 | 31 | $552.97 |
| 12/29/2023 | 83 | $526.47 |
| 12/29/2023 | 164 | $526.47 |
| 02/12/2024 | 119,000 | $517.64 |
| 02/26/2024 | 12,936 | $525.32 |
| 03/07/2024 | 9,929 | $478.78 |
| 03/26/2024 | 26,043 | $492.31 |
| 03/28/2024 | 218 | $494.70 |
| 03/28/2024 | 612 | $494.70 |
| 04/04/2024 | 181,000 | $455.38 |
| 04/16/2024 | 8,762 | $468.89 |
| 04/16/2024 | 14,036 | $468.89 |
| 04/23/2024 | 195 | $486.18 |
| 04/26/2024 | 8,091 | $495.35 |
| 04/26/2024 | 11,933 | $495.35 |
| 05/08/2024 | 19,378 | $503.29 |
| 05/13/2024 | 616 | $511.42 |
| 05/15/2024 | 11,718 | $517.55 |
| 05/15/2024 | 15,008 | $517.55 |
| 05/21/2024 | 11,049 | $523.55 |
| 05/29/2024 | 9,811 | $484.72 |
| 06/05/2024 | 13,998 | $503.12 |
| 06/12/2024 | 8,502 | $493.07 |
| 06/21/2024 | 2,621 | $482.59 |
| 06/21/2024 | 3,043 | $482.59 |
| 06/21/2024 | 11,951 | $482.59 |
| 06/28/2024 | 328 | $509.26 |
| 07/11/2024 | 13,422 | $504.36 |
| 07/12/2024 | 2,722 | $511.53 |
| 07/12/2024 | 2,796 | $511.53 |
| 07/12/2024 | 14,812 | $510.74 |
| 07/15/2024 | 22,342 | $516.45 |
| 07/26/2024 | 13,475 | $569.72 |
| 08/27/2024 | 20,571 | $587.35 |
| 10/03/2024 | 4,722 | $591.27 |
| 10/17/2024 | 21,960 | $565.55 |
| 10/28/2024 | 23,834 | $565.24 |
| 10/31/2024 | 36,598 | $564.50 |
| 11/12/2024 | 23,066 | $616.26 |
| 11/22/2024 | 23,079 | $590.87 |
| 12/20/2024 | 24,760 | $500.13 |
| 12/31/2024 | 509 | $505.86 |
| 01/02/2025 | 13,922 | $504.47 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 01/28/2025 | 111 | $542.48 |
| 01/28/2025 | 3,665 | $542.48 |
| 01/28/2025 | 16,087 | $542.48 |

Prices listed are rounded up to two decimal places.

*Opening position of 2,130,594 shares.