# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>STIPULATION REGARDING AMENDED SCHEDULE FOR MOTION TO DISMISS BRIEFING |

4901-0842-7308.v1

Lead Plaintiff California Public Employees' Retirement System ("CalPERS") and defendants UnitedHealth Group Inc., Andrew Witty, and Stephen Hemsley (collectively, "Defendants")[1] (together with CalPERS, the "Parties"), by and through their undersigned counsel, stipulate and agree and jointly request that the Court approve the Parties' proposed schedule set forth below:

WHEREAS, on February 28, 2025, Defendants filed their Motion to Dismiss Plaintiff's Supplemental Consolidated Complaint ("Motion to Dismiss") (ECF 90-95);

WHEREAS, 21 days after Defendants filed their Motion to Dismiss, on March 21, 2025, CalPERS filed its First Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF 97) (the "FACC"), pursuant to Federal Rule of Civil Procedure 15(a)(1)(B);

WHEREAS, Defendants expressly reserve all rights and defenses, including any objections to the Court's jurisdiction, and nothing in this Stipulation shall be construed as a waiver of any right or defense available to them;

WHEREAS, the FACC is 158 pages long, and includes 18 exhibits comprising nearly 250 pages. Moreover, the FACC pleads claims arising under the federal securities laws, and raises numerous complex issues of law and fact;

WHEREAS, in a similar procedural posture, parties in this District have "stipulated to and were granted" an extended briefing schedule for defendants' motion to dismiss and plaintiffs' response where plaintiffs filed "an Amended Complaint as of right pursuant to

---

[1] This stipulation is not filed on defendant Brian Thompson's behalf because he is deceased and his estate has not presently been named.

- 1 -

Fed. R. Civ. P. 15(a)(1)(B)." *See Sacks v. Univ. of Minn.*, 600 F. Supp. 3d 915, 928 (D. Minn. 2022); and

WHEREAS, the Parties, through their undersigned counsel, met and conferred to discuss an amended briefing schedule for Defendants' motion to dismiss the FACC, and have agreed to the schedule set forth below.

IT IS ACCORDINGLY STIPULATED, subject to this Court's approval, that:

1. Defendants shall file their motion to dismiss the FACC on or before May 20, 2025;

2. CalPERS shall file an opposition to Defendants' motion to dismiss on or before July 18, 2025; and

3. Defendants shall file a reply on or before August 20, 2025.

Stipulated by and between:

DATED:  March 21, 2025         TM SULLIVAN PLLC
                               TIM SULLIVAN, MN 391528
                               JAMES PORADEK, MN 290488 (OF COUNSEL)


                                        s/ Tim Sullivan
                                       TIM SULLIVAN

                               225 South Sixth Street, Suite 3900
                               Minneapolis, MN  55402
                               Telephone:  773/919-8667
                               tim@tmsull.com
                               jporadek@tmsull.com

                               Local Counsel for Lead Plaintiff

- 2 -

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN & DOWD LLP<br>DARREN J. ROBBINS (admitted *pro hac vice*)<br>SAM S. SHELDON (admitted *pro hac vice*)<br>LAURIE L. LARGENT (admitted *pro hac vice*)<br>ROBERT R. HENSSLER JR. (admitted *pro hac vice*)<br>JEFFREY J. STEIN (admitted *pro hac vice*)<br>JACK ABBEY GEPHART (admitted *pro hac vice*)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>darrenr@rgrdlaw.com<br>ssheldon@rgrdlaw.com<br>llargent@rgrdlaw.com<br>bhenssler@rgrdlaw.com<br>jstein@rgrdlaw.com<br>jgephart@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff |
| DATED: March 21, 2025 | FAEGRE DRINKER BIDDLE & REATH LLP<br>PETER C. MAGNUSON<br>MATTHEW KILBY<br><br>       s/ Peter C. Magnuson<br>       PETER C. MAGNUSON<br><br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: 612/766-7000<br>peter.magnuson@faegredrinker.com<br>matthew.kilby@faegredrinker.com<br><br>Attorneys for Defendants UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley, and Brian Thompson |

- 3 -