# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>  Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4934-7561-7085.v1

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff California Public Employees' Retirement System ("CalPERS") hereby moves this Court for an order permitting CalPERS to file a Supplemental First Amended Consolidated Complaint for Violations of the Federal Securities Laws. This Motion is based upon the Notice of Hearing, the Memorandum of Law, the Declaration of Tim Sullivan and Exhibit A attached thereto, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED: May 5, 2025

TM SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)

s/ TIM SULLIVAN
TIM SULLIVAN

225 South Sixth Street, Suite 3900
Minneapolis, MN 55402
Telephone: 773/919-8667
tim@tmsull.com
jporadek@tmsull.com

Local Counsel for Lead Plaintiff

- 1 -

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS (admitted *pro hac vice*)
SAM S. SHELDON (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
JEFFREY J. STEIN (admitted *pro hac vice*)
JACK ABBEY GEPHART (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4934-7561-7085.v1