**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>DECLARATION OF TIM SULLIVAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4921-1024-0061.v1

- 1 -

I, TIM SULLIVAN, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of Minnesota.  I am a member of the law firm of TM Sullivan PLLC, one of the counsel of record for Lead Counsel for California Public Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct redline copy of the [Proposed] Supplemental First Amended Consolidated Complaint for Violations of the Federal Securities Laws showing the proposed supplemental additions.  Exhibit A includes numbered Exhibits 1-20, with two new investigative reports as Exhibits 16 and 19.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 5, 2025, at Minneapolis, Minnesota.

s/ TIM SULLIVAN
TIM SULLIVAN

4921-1024-0061.v1