# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) UNITEDHEALTH GROUP INC., et al., ) ) Defendants. ) ) | Civ. No. 24-cv-1743 (JMB/DTS) <br><br> CLASS ACTION <br><br> MEET-AND-CONFER STATEMENT REGARDING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4927-6179-8973.v1

In accordance with Local Rule 7.1(a), I, Tim Sullivan, certify that on May 2, 2025, counsel for Lead Plaintiff California Public Employees' Retirement System ("CalPERS") in the above-captioned matter met and conferred with Defendants' counsel regarding CalPERS' concurrently filed Motion for Leave to File a Supplemental First Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Motion" and the supplement, the "SFAC"). Defendants did not take a position on CalPERS' Motion during the May 2, 2025 meet and confer, and stated that they would like an opportunity to review CalPERS' proposed SFAC prior to doing so.

The parties agree that, following the filing of CalPERS' Motion, which includes as an attachment the proposed SFAC and exhibits thereto, Defendants' will review CalPERS' filings. The parties will then meet and confer within seven days after the filing of CalPERS' Motion, at which point in time they will inform the Court of Defendants' position.

DATED: May 5, 2025

TM SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)

s/ TIM SULLIVAN
TIM SULLIVAN

225 South Sixth Street, Suite 3900
Minneapolis, MN 55402
Telephone: 773/919-8667
tim@tmsull.com
jporadek@tmsull.com

Local Counsel for Lead Plaintiff

- 1 -

4927-6179-8973.v1

- 2 -

        ROBBINS GELLER RUDMAN & DOWD LLP
        DARREN J. ROBBINS (admitted *pro hac vice*)
        SAM S. SHELDON (admitted *pro hac vice*)
        LAURIE L. LARGENT (admitted *pro hac vice*)
        ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
        JEFFREY J. STEIN (admitted *pro hac vice*)
        JACK ABBEY GEPHART (admitted *pro hac vice*)
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        darrenr@rgrdlaw.com
        ssheldon@rgrdlaw.com
        llargent@rgrdlaw.com
        bhenssler@rgrdlaw.com
        jstein@rgrdlaw.com
        jgephart@rgrdlaw.com

        Lead Counsel for Lead Plaintiff

4927-6179-8973.v1