**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM, individually and
on behalf of all others similarly situated,

          *Plaintiffs,*

v.

UNITEDHEALTH GROUP INC.,
ANDREW WITTY, STEPHEN
HEMSLEY, and BRIAN
THOMPSON,

          *Defendants.*

Case No. 0:24-cv-01743-JMB-DTS

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO**
**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT**

Plaintiff California Public Employees' Retirement System ("CalPERS") filed a motion for leave to file a supplemental first amended consolidated complaint on May 5, 2025 (the "Motion"). ECF No. 102. Defendants[1] do not oppose the Motion. However, this is Plaintiff's third time amending or supplementing the complaint over the course of six months, and one of those occurred after a motion to dismiss had been filed. ECF Nos. 46, 97, 102. In the event a motion to dismiss is granted, there should be no further leave to amend.

Date: May 9, 2025                    Respectfully submitted,

---

[1] The non-opposition is filed by Defendants UnitedHealth Group Incorporated, Andrew Witty, and Stephen Hemsley. Defendant Brian Thompson is deceased.

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Michael G. Bongiorno*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
michael.bongiorno@wilmerhale.com
Telephone: 212-230-8800
Facsimile: 212-230-8888

Timothy J. Perla*
Sonia Sujanani*
Dan Willey*
60 State Street
Boston, MA 02109
timothy.perla@wilmerhale.com
sonia.sujanani@wilmerhale.com
dan.willey@wilmerhale.com
Telephone: 617-526-6000
Facsimile: 617-526-5000

**Faegre Drinker Biddle & Reath LLP**

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com
Telephone: 612-766-7000
Facsimile: 612-766-1600

*Counsel for Defendants*
*\* Admitted Pro Hac Vice*