**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

California Public Employees' Retirement    Case No. 24-cv-1743 (JMB/DTS)
System, *Individually and on Behalf of*
*All Others Similarly Situated*,

     Plaintiff,

v.

UnitedHealth Group Inc., et al.,

     Defendants.

_____

Plaintiff California Public Employees' Retirement System moves for leave to file a supplemental first amended consolidated complaint. Dkt. No. 102. Defendants do not oppose the motion. Dkt. No. 108. **IT IS HEREBY ORDERED**:

1.    Plaintiff's Motion (Dkt. No. 102) is **GRANTED**;

2.    Plaintiff shall promptly file a clean copy of its proposed Supplemental First Amended Consolidated Complaint (Dkt. No. 105-1);[1] and

3.    The Parties shall promptly meet and confer and propose a new schedule for the filing of Defendants' response to the amended complaint, including any motion(s) to dismiss.

Dated: May 14, 2025                __s/ David T. Schultz_____
                                   DAVID T. SCHULTZ
                                   U.S. Magistrate Judge

---

[1] Plaintiff is reminded that this District's Local Rules require "[a]ny motion to amend a pleading [to] be accompanied by: (1) a copy of the proposed amended pleading, **and** (2) a version of the proposed amended pleading that shows — through redlining, underlining, strikeouts, or other similarly effective typographic methods — how the proposed amended pleading differs from the operative pleading." D. Minn. LR 15.1(b) (emphasis added). Plaintiff only filed a redlined version here. *See* Dkt. No. 105-1.