# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>　　　　　　　　　Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S UNOPPOSED MOTION REGARDING NOTICE OF RELATED CASE AND PROPOSED STIPULATED SCHEDULE |

4899-0417-5940.v1

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff California Public Employees' Retirement System ("CalPERS") hereby moves this Court for an order vacating all current deadlines for motion to dismiss briefing, and ordering the Parties to submit to the Court a status update on the motion to transfer pending in the related case *Faller v. UnitedHealth Group Inc.*, No. 1:25-cv-03799-AKH (S.D.N.Y.) by June 18, 2025 (30 days from the date of filing). This Motion is based upon the Notice of Hearing, the Notice of Related Case and Unopposed Motion for Proposed Stipulated Schedule, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED:  May 19, 2025          ROBBINS GELLER RUDMAN & DOWD LLP
                              DARREN J. ROBBINS (admitted *pro hac vice*)
                              SAM S. SHELDON (admitted *pro hac vice*)
                              LAURIE L. LARGENT (admitted *pro hac vice*)
                              ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
                              JEFFREY J. STEIN (admitted *pro hac vice*)
                              JACK ABBEY GEPHART (admitted *pro hac vice*)

                                       s/ Robert R. Henssler Jr.
                                   ROBERT R. HENSSLER JR.

                              655 West Broadway, Suite 1900
                              San Diego, CA  92101
                              Telephone:  619/231-1058
                              darrenr@rgrdlaw.com
                              ssheldon@rgrdlaw.com
                              llargent@rgrdlaw.com
                              bhenssler@rgrdlaw.com
                              jstein@rgrdlaw.com
                              jgephart@rgrdlaw.com

                              Lead Counsel for Lead Plaintiff

4899-0417-5940.v1

- 2 -

        TM SULLIVAN PLLC
        TIM SULLIVAN, MN 391528
        JAMES PORADEK, MN 290488 (OF COUNSEL)
        225 South Sixth Street, Suite 3900
        Minneapolis, MN  55402
        Telephone:  773/919-8667
        tim@tmsull.com
        jporadek@tmsull.com

Local Counsel for Lead Plaintiff