# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>  vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>                   Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S NOTICE OF RELATED CASE AND UNOPPOSED MOTION FOR PROPOSED STIPULATED SCHEDULE |

- 1 -

Having considered Lead Plaintiff's Notice of Related Case and Unopposed Motion for Proposed Stipulated Schedule, the Court ORDERS as follows:

1. All current deadlines for motion to dismiss briefing are vacated; and

2. The parties will submit a status update on the motion to transfer pending in related case *Faller v. UnitedHealth Group Inc.*, No. 1:25-cv-03799-AKH (S.D.N.Y.) by June 18, 2025.

IT IS SO ORDERED.


DATED: _____   _____
                                   THE HONORABLE DAVID T. SCHULTZ
                                   UNITED STATES MAGISTRATE JUDGE