**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITEDHEALTH GROUP INC., et al., )<br><br>Defendants. ) | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4917-2097-9528.v1

I, Tim Sullivan, certify that Lead Plaintiff California Public Employees' Retirement System's Memorandum of Law in Support of Its Motion for Leave to File a Second Supplemental Consolidated Complaint for Violations of the Federal Securities Laws complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, Word 2016 was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  The font is 13 point Times New Roman.

I further certify that the above referenced memorandum contains 4,640 words.

s/ Tim Sullivan
TIM SULLIVAN

- 1 -

4917-2097-9528.v1