**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Civ. No. 24-cv-1743 (JMB/DTS) |
| Plaintiff, | ) CLASS ACTION ) ) LEAD PLAINTIFF'S MOTION TO |
| vs. | ) SERVE A PRESERVATION SUBPOENA ) ON NON-PARTY SEMLER ) SCIENTIFIC, INC. |
| UNITEDHEALTH GROUP INC., et al., | ) ) |
| Defendants. | ) ) |

4919-0281-9403.v1

Lead Plaintiff California Public Employees' Retirement System ("Plaintiff") hereby moves this Court for an order granting **partial** relief from the Private Securities Litigation Reform Act of 1995 (the "PSLRA") discovery stay for the purpose of serving a preservation subpoena on non-party Semler Scientific, Inc.  This motion is based upon the subsequently filed Memorandum of Law and Declaration of Robert R. Henssler with attached exhibit in support thereof, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED:  June 13, 2025

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS (admitted *pro hac vice*)
SAM S. SHELDON (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
JEFFREY J. STEIN (admitted *pro hac vice*)
JACK ABBEY GEPHART (admitted *pro hac vice*)


s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 1 -

4919-0281-9403.v1

- 2 -

TM SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)
225 South Sixth Street, Suite 3900
Minneapolis, MN  55402
Telephone:  773/919-8667
tim@tmsull.com
jporadek@tmsull.com

Local Counsel for Lead Plaintiff

4919-0281-9403.v1