**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITEDHEALTH GROUP INC., et al., )<br><br>Defendants. ) | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO SERVE A PRESERVATION SUBPOENA ON NON-PARTY SEMLER SCIENTIFIC, INC. |

4913-3553-9531.v1

I, Robert R. Henssler Jr., certify that Lead Plaintiff California Public Employees' Retirement System's Memorandum of Law in Support of Its Motion to Serve a Preservation Subpoena on Non-Party Semler Scientific, Inc. complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, Word 2016 was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  The font is 13 point Times New Roman.

I further certify that the above referenced memorandum contains 3,083 words.

DATED:  June 13, 2025                ROBBINS GELLER RUDMAN & DOWD LLP
                                     DARREN J. ROBBINS (admitted *pro hac vice*)
                                     SAM S. SHELDON (admitted *pro hac vice*)
                                     LAURIE L. LARGENT (admitted *pro hac vice*)
                                     ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
                                     JEFFREY J. STEIN (admitted *pro hac vice*)
                                     JACK ABBEY GEPHART (admitted *pro hac vice*)


                                            s/ Robert R. Henssler
                                     ROBERT R. HENSSLER JR.

                                     655 West Broadway, Suite 1900
                                     San Diego, CA  92101
                                     Telephone:  619/231-1058
                                     darrenr@rgrdlaw.com
                                     ssheldon@rgrdlaw.com
                                     llargent@rgrdlaw.com
                                     bhenssler@rgrdlaw.com
                                     jstein@rgrdlaw.com
                                     jgephart@rgrdlaw.com

                                     Lead Counsel for Lead Plaintiff

- 1 -

4913-3553-9531.v1

- 2 -

TM SULLIVAN PLLC
TIM SULLIVAN, MN 391528
JAMES PORADEK, MN 290488 (OF COUNSEL)
225 South Sixth Street, Suite 3900
Minneapolis, MN  55402
Telephone:  773/919-8667
tim@tmsull.com
jporadek@tmsull.com

Local Counsel for Lead Plaintiff

4913-3553-9531.v1