# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO SERVE A PRESERVATION SUBPOENA ON NON-PARTY SEMLER SCIENTIFIC, INC. |

4899-4833-9275.v1

I, ROBERT R. HENSSLER JR., declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before all of the courts of the State of Minnesota. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for California Public Employees' Retirement System ("Plaintiff") in the above-captioned securities class action. I make this declaration in support of Plaintiff's Motion to Serve a Preservation Subpoena on Non-Party Semler Scientific, Inc. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a Proposed Preservation Subpoena issued to Non-Party Semler Scientific, Inc., with "Documents to be Preserved" identified in the Schedule A attached thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2025, at San Diego, California.

s/ Robert R. Henssler Jr.<br>ROBERT R. HENSSLER JR.