## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO SERVE A PRESERVATION SUBPOENA ON NON-PARTY SEMLER SCIENTIFIC, INC. |

4918-3964-2187.v1

- 1 -

Having considered Lead Plaintiff California Public Employees' Retirement System's ("Plaintiff") Motion to Serve a Preservation Subpoena on Non-Party Semler Scientific, Inc. (the "Motion") (ECF 123), the Memorandum of Law and Declaration of Robert R. Henssler with attached exhibit submitted in support thereof, and for good cause appearing therefor, the Court ORDERS as follows:

1.      Plaintiff's Motion is GRANTED.

2.      Within two weeks of the issuance of this Order, Plaintiff shall serve its proposed preservation subpoena on non-party Semler Scientific, Inc.

IT IS SO ORDERED.

DATED: _____   _____
                                 THE HONORABLE DAVID T. SCHULTZ
                                 UNITED STATES MAGISTRATE JUDGE

- 1 -

4918-3964-2187.v1