**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| California Public Employees' Retirement System, *Individually and on Behalf of All Others Similarly Situated*, | Case No. 24-cv-1743 (JMB/DTS) |

     Plaintiff,

v.

UnitedHealth Group Inc., et al.,

     Defendants.

_____

Plaintiff California Public Employees' Retirement System moves for leave to file a second supplemental consolidated complaint. Dkt. No. 117. Defendants contend that the second supplemental consolidated complaint should be construed as both an amended and supplemental complaint. Dkt. No. 129 at 1–3. But "[c]onstrued as such, and, reserving all rights, Defendants do not oppose amendment (and supplementation as to the allegations that are properly considered a supplement) at this time, so the Court can consider all relevant allegations now, subject to Defendants' anticipated motion to dismiss." *Id.* at 3.

    **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion (Dkt. No. 117) is **GRANTED**;

    2.    Plaintiff shall promptly file a clean copy of its proposed Second Supplemental Consolidated Complaint (Dkt. Nos 120-2, 120-3, and 120-4);

    3.    The July 22 hearing at 1:00 PM on Plaintiff's motion (Dkt. No. 118) is **STRICKEN**; and

4.    The Parties shall jointly propose a new schedule to the Court for the filing of Defendants' response to Plaintiff's Second Supplemental Consolidated Complaint by June 30, 2025.


Dated: June 24, 2025                                    s/ David T. Schultz
                                                       DAVID T. SCHULTZ
                                                       U.S. Magistrate Judge

91221429v.1