**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>  Defendants. | Civ. No. 24-cv-1743 (JMB/DTS)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING AMENDED SCHEDULE FOR MOTION TO DISMISS BRIEFING |

4898-1716-3088.v1

- 1 -

This matter comes before the Court on a stipulation regarding the amended schedule for motion to dismiss briefing (ECF 132), entered into by Lead Plaintiff California Public Employees' Retirement System ("CalPERS") and defendants UnitedHealth Group Inc., Andrew Witty, and Stephen Hemsley, (collectively, "Defendants") (together with CalPERS, the "Parties"). In consideration of the Parties' stipulation,

**IT IS HEREBY ORDERED:**

1. Defendants shall file their motion to dismiss the Second Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (ECF 131) on or before August 11, 2025;

2. CalPERS shall file an opposition to Defendants' motion to dismiss on or before September 25, 2025;

3. Defendants shall file a reply on or before October 27, 2025.

IT IS SO ORDERED.

DATED: _____   _____
                                THE HONORABLE JEFFREY M. BRYAN
                                UNITED STATES DISTRICT JUDGE