IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *individually and on behalf of a class of similarly situated persons,*<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Case No. 24-cv-1743 (JMB/DTS)<br><br>**MEET-AND-CONFER STATEMENT** |

In accordance with Local Rule 7.1(a) and the Court's July 18, 2025 correspondence, I certify that counsel for Defendants have met and conferred with counsel for Plaintiff regarding Defendants' Motion to Dismiss Plaintiff's Second Supplemental Consolidated Complaint. The parties were not able to resolve any part of Defendants' motion and have accordingly agreed to brief this matter per the stipulation entered on July 14, 2025 (ECF 137).

Dated: July 22, 2025

*/s/ Peter C. Magnuson*
Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Phone: 612-766-7000
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Jeffrey T. Scott (*pro hac vice*)
Matthew J. Porpora (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Phone: (212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants*