**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| California Public Employees' Retirement System, | Case No. 24-cv-1743 (JMB/DTS) |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| UnitedHealth Group Inc., et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: July 24, 2025

        __s/ David T. Schultz____
        DAVID T. SCHULTZ
        U.S. Magistrate Judge