# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

UNITEDHEALTH GROUP INC., et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. No. 24-cv-1743 (JMB/JFD)

CLASS ACTION

LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD SUPPLEMENTAL CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

4931-6193-9554.v1

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff California Public Employees' Retirement System ("CalPERS") hereby moves this Court for an order permitting CalPERS to file a Third Supplemental Consolidated Complaint for Violations of the Federal Securities Laws.  This Motion is based upon the subsequently filed Notice of Hearing, Memorandum of Law, and Declaration of Tim Sullivan with attached Exhibits A-B in support thereof, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED:  August 25, 2025      TM SULLIVAN PLLC
                             TIM SULLIVAN, MN 391528


                                    s/ Tim Sullivan
                             TIM SULLIVAN

                             225 South Sixth Street, Suite 3900
                             Minneapolis, MN  55402
                             Telephone:  773/919-8667
                             tim@tmsull.com

                             Local Counsel for Lead Plaintiff

- 1 -

4931-6193-9554.v1

- 2 -

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS (admitted *pro hac vice*)
SAM S. SHELDON (admitted *pro hac vice*)
LAURIE L. LARGENT (admitted *pro hac vice*)
ROBERT R. HENSSLER JR. (admitted *pro hac vice*)
MATTHEW I. ALPERT (admitted *pro hac vice*)
JEFFREY J. STEIN (admitted *pro hac vice*)
JACK ABBEY GEPHART (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

4931-6193-9554.v1