**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNITEDHEALTH GROUP INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civ. No. 24-cv-1743 (JMB/JFD)

CLASS ACTION

DECLARATION OF TIM SULLIVAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD SUPPLEMENTAL CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

4927-9801-8146.v1

I, TIM SULLIVAN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Minnesota.  I am a member of the law firm of TM Sullivan PLLC, one of the counsel of record for Lead Counsel for California Public Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct redline copy of the [Proposed] Third Supplemental Consolidated Complaint for Violations of the Federal Securities Laws showing the proposed supplemental additions.

3.      Attached hereto as Exhibit B is a true and correct clean copy of the [Proposed] Third Supplemental Consolidated Complaint for Violations of the Federal Securities Laws, including numbered Exhibits 1-22 attached thereto, with a new investigative report as Exhibit 21.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 25, 2025, at Minneapolis, Minnesota.

s/ Tim Sullivan
_____
TIM SULLIVAN

- 1 -

4927-9801-8146.v1