# EXHIBIT 12

**EXCLUSIVE**

# DOJ seeks interviews with former UnitedHealth Group doctors

Clinicians told STAT that UnitedHealth pressured them to apply lucrative diagnosis codes to patients



Jenn Ackerman for STAT

By **Tara Bannow**   Jan. 12, 2025

Hospitals and Insurance Reporter

The Justice Department is interviewing former UnitedHealth Group physicians about their experiences working at practices owned by the health care giant, two sources with knowledge of the inquiries told STAT.

Representatives from the DOJ reached out recently to at least two physicians who were interviewed for STAT's Health Care's Colossus series. Both doctors described how the quality of patient care deteriorated at their practices after they were acquired by UnitedHealth's Optum subsidiary. A representative from the California Attorney General's office contacted one of the people as well, they said.

The DOJ is investigating UnitedHealth's market power and the relationships between its insurance and provider subsidiaries, the Examiner News, based in New York's Hudson Valley, and the Wall Street Journal reported. It's unclear if the new interviews confirmed by STAT are part of that investigation or a separate inquiry.

California's interest in UnitedHealth hasn't previously been reported.

The outreach comes in the wake of extraordinary public attention on UnitedHealth after the killing last month of UnitedHealthcare CEO Brian Thompson.

Representatives of the DOJ and the office of California's attorney general declined to comment. UnitedHealth did not respond to a request for comment.

UnitedHealth is the country's largest health insurer and has more doctors under its umbrella than any other company, some 90,000 clinicians. Doctors told STAT that after UnitedHealth took over their practices, it placed tremendous pressure on them to apply lucrative diagnosis codes to their Medicare Advantage patients. The government pays insurers more to cover sicker members.

One of the doctors, Susan Baumgaertel, said she was recently contacted to discuss UnitedHealth by an attorney from the DOJ's antitrust division who had read STAT's articles. She said she plans to meet virtually with four government attorneys this week. Baumgaertel, an internal medicine physician, spent 25 years working for The Polyclinic, a large multispeciality group in Seattle that Optum took over in 2018.

Baumgaertel told STAT that UnitedHealth pressured her and her colleagues to apply codes to Medicare Advantage patients for conditions they didn't think were appropriate. She quit in 2021.

"We were not truly caring for patients anymore," she said. "We were just micromanaging their care to bring in money. It just felt so unconscionable."

3/20/25, 8:38 AM
CASE 0:24-cv-01743-JMB-JFD   Doc. 157-12   Filed 08/27/25   Page 4 of 4
DOJ seeks interviews with former UnitedHealth/Optum doctors | STAT

The other physician, who was contacted by both California's attorney general and by the Justice Department, did not want to be public about the conversations with regulators.

Jonathan Kanter, who headed the DOJ's antitrust division for most of Biden's presidency, told STAT in an exclusive interview that government officials need to consider breaking up powerful health care conglomerates that have price-gouged patients and suppressed competition. Under Kanter's watch, the DOJ sued to block two different UnitedHealth acquisitions: that of the home health and hospice company Amedisys, a case that's ongoing, and the technology company Change Healthcare, which the government lost.

"We are at real risk that this sort of platformization concept will result in markets tipping throughout our entire health care system to a very small number," said Kanter, who stepped down last month. "And by very small, I mean one or two companies that have a massive amount of power and control with a small number of also-rans lingering about."