# EXHIBIT 2

CASE 0:24-cv-01743-JMB-JFD   Doc. 158-2   Filed 09/29/25   Page 2 of 6

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/health/healthcare/medicare-advantage-data-methodology-8e54a67c

HEALTH | HEALTHCARE

# How the Journal Analyzed Medicare Advantage Data

By *Christopher Weaver* [Follow]  *and* *Tom McGinty* [Follow]

*July 7, 2024 10:50 pm ET*



The Centers for Medicare and Medicaid Services headquarters in Maryland. PHOTO: ROSEM MORTON FOR WSJ

The Wall Street Journal set out to examine the system under which Medicare Advantage insurers can collect extra federal money for patients with certain conditions.

The Journal reviewed Medicare data under a research agreement with the federal government. The data doesn't include patients' names, but covers details of doctor visits, hospital stays, prescriptions and other care.

For years 2018 through 2021, the Journal studied Medicare Advantage patients who were enrolled in a single plan for the full year and had drug coverage through Medicare.

The analysis excluded those with advanced kidney disease, who received hospice care or who were enrolled in certain types of Medicare plans with atypical payment rules.

Those criteria yielded an average of 20 million enrollees in each year of the analysis, or about 84% of all Medicare Advantage members.

The Journal analyzed roughly two billion diagnoses that those patients received from either doctors, hospitals or their insurance companies. Next, it narrowed those diagnoses to ones listed on claims that qualify under Medicare rules to be considered for so-called risk-adjustment payments—extra payments to Medicare Advantage insurers.

Among those 1.6 billion diagnoses, the Journal determined which ones were added by insurers, either after reviewing doctors' charts or sending medical workers to do assessments in patients' homes. The Journal identified claims resulting from home assessments based on criteria used by other researchers, and counted anyone with up to two such visits.

The next steps were to figure out which diagnoses actually result in extra payments, and among those, which were due only to diagnoses added by insurers.

The Journal then matched up those diagnoses with payment categories set by Medicare, called Hierarchical Condition Categories, or HCCs. Not every diagnosis leads to a payment, and some cancel out others. Insurers, for example, can't get paid extra for a patient's depression if they already are getting paid extra for schizophrenia.

Next, for each category and patient, the Journal checked whether the related diagnoses came just from insurers or included physicians' diagnoses.

To determine how much extra money Medicare paid for the insurer-driven diagnoses, the Journal calculated payments for those HCCs using a formula published by Medicare. The formula includes a base payment amount, a geographic adjustment and some other adjustment factors.

To estimate the base payment amounts, the Journal used plan payment data that Medicare has published through 2021. The Journal estimated the geographic

adjustments using public plan enrollment data and cost data published by Medicare.

The Journal used data from the system Medicare currently uses to calculate Medicare Advantage payments. During the Journal's study period, Medicare used a now mostly retired data system for some of its payment calculations, but researchers say diagnoses were consistent between the two systems.

The Journal then sought to determine whether patients with diagnoses added just by insurers received typical treatments for those conditions at the same rates as those diagnosed by their doctors. The Journal interviewed medical experts to come up with lists of prescription drugs considered standard treatments for most patients with certain diseases.

For each disease, the Journal determined whether each patient had at least one prescription filled for a recommended drug in a calendar year when they received the diagnosis. The Journal then compared the drug-treatment rates for two groups of patients: Medicare Advantage patients with diagnoses only from their insurers, and all Medicare patients who got diagnoses from their doctors.

The Journal also studied questionable diagnoses, such as for diabetic cataracts in people who had already had cataract surgery in both eyes. In that analysis, the Journal identified people for whom insurers had been billed by eye surgeons treating both their left and right eyes, but who had a diagnosis of diabetic cataracts in a calendar year after both eyes had been repaired.

Write to Christopher Weaver at Christopher.Weaver@wsj.com and Tom McGinty at Tom.McGinty@wsj.com

**Further Reading**

**Dr. Oz Criticizes Some Medicare Advantage Business Practices**

**Sen. Grassley Opens Inquiry Into UnitedHealth's Medicare Billing Practices**

OPINION    **American Health Insurance Needs a Check Up**

**Health Insurers Deny 850 Million Claims a Year. The Few Who Appeal Often Win.**

**How Health Insurers Racked Up Billions in Extra Payments From Medicare Advantage**

---

## Videos



## WSJ Opinion: Hits and Misses of the Week

## Highlights: Dr. Oz Confirmation Hearing to Head Medicare and Medicaid

## Musk: 'Waste' in Entitlement Spending Is 'Big One to Eliminate'

## Buy Side from WSJ

Buy Side is independent of The Wall Street Journal newsroom.



**BANKING**

### Here Are Today's Best CD Rates



**BANKING**

### How to Choose the Best High-Yield Savings Account



**BANKING**

### What Is a Money Market Account (MMA)? Rates and Advice



**PERSONAL LOANS**

### Best Debt Consolidation Loans