EXHIBIT 20

5/1/25, 4:13 PM
CASE 0:24-cv-01743-JMB-JFD   Doc. 159-20   Filed 08/29/25   Page 2 of 4
Device maker that helped UnitedHealth collect billions offers to settle with DOJ

**HEALTH TECH**

# Device maker that helped UnitedHealth collect billions offers to settle fraud claims with DOJ

Semler Scientific proposes nearly $30 million, but government could still reject offer



Cleared in 2015 through an FDA pathway that requires limited testing, QuantaFlo calculates artery blood volume by measuring reflected infrared light through sensors placed on a patients' fingers and toes. STAT

**By Lizzy Lawrence**  April 16, 2025

FDA Reporter

Semler Scientific has offered to pay the Department of Justice nearly $30 million to settle federal health care fraud claims related to its peripheral artery disease test, QuantaFlo — a product used by UnitedHealth Group and other large insurers.

Semler revealed the preliminary agreement in <u>an SEC filing</u> Tuesday, but noted the government could still reject the offer. The deal would cap an investigation Semler first <u>disclosed in February</u> into whether federal health programs paid out improper claims based on the use of QuantaFlo, which would violate the False Claims Act. The DOJ began looking into the company in 2017, according to Semler, but re-upped its investigation in late 2024 and early 2025.

"Should the parties not be able to reach settlement and DOJ file a complaint, Semler Sci intends to vigorously defend itself in any such action," Semler wrote.

The company also offered an early, unaudited look into its finances. Semler anticipates reporting just under $9 million in revenue for the first quarter of this year, which would be a 44% decline from the same period last year. Semler did not explain why revenue dropped so much and did not immediately respond to a request for comment from STAT.

The company also has leaned heavily into Bitcoin in recent months, but has lost around $42 million in those holdings since December.

Semler's only product is QuantaFlo, which calculates artery blood volume by measuring reflected infrared light through sensors placed on a patient's fingers and toes. It was cleared by the Food and Drug Administration in 2015 through a pathway that requires limited clinical testing. It is meant to serve as a tool to aid doctors in diagnosing peripheral artery disease, not to be used as a standalone diagnostic device.

But a <u>STAT investigation</u> last year revealed that UnitedHealth Group, which owns the country's largest Medicare Advantage insurer, used QuantaFlo as a standalone diagnostic on patients in their clinics and their homes. The company dramatically boosted Medicare reimbursements by using QuantaFlo to screen patients for vascular disease. Nine clinicians told STAT that many of the diagnoses were not medically useful, either because they were false positives or because they flagged early-stage disease, which isn't typically treated.

Each diagnosis of the disease is worth about $3,000 a year from Medicare. UnitedHealth dramatically scaled up use of QuantaFlo in recent years through its HouseCalls program, in which it sends clinicians to the homes of insured patients to conduct medical examinations for various chronic illnesses. The company also pressed doctors to use QuantaFlo in UnitedHealth-owned clinics.

From 2018 to 2021, UnitedHealth tallied more than 1.3 million unspecified artery disease diagnoses, according to an analysis conducted for STAT by the Lown Institute, a nonpartisan health research organization. Based on the roughly $3,000 value of each diagnosis in Medicare reimbursement, UnitedHealth took in approximately $4 billion in taxpayer money from both valid and questionable peripheral artery disease diagnoses during that four-year stretch.

Medicare began cracking down on the aggressive diagnosis of peripheral artery disease in 2024, removing a diagnostic code from its payment formula that allowed UnitedHealth and other Medicare Advantage insurers to get extra reimbursement for diagnosing patients even if they weren't experiencing symptoms. In the following months, diagnoses of the condition began to decline.

Semler's main customers are UnitedHealth and other private insurers. Signify Health, a company owned by CVS Health that conducts home visits for Medicare Advantage insurers, also used the test on behalf of several large clients.

UnitedHealth did not immediately respond to a request for comment from STAT. In a statement provided in response to STAT's findings last year, UnitedHealth wrote: "Screening patients with an increased risk for PAD aligns with guidance provided by the American Heart Association and the American College of Cardiology, and helps to identify and treat an under-diagnosed condition that, if left unmonitored and untreated, can lead to serious health consequences."