UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-JFD |

**UNITEDHEALTH GROUP INC.'S, ANDREW WITTY'S, AND STEPHEN HEMSLEY'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED SUPPLEMENTAL CONSOLIDATED COMPLAINT**

Defendants UnitedHealth Group Inc. ("UnitedHealth"), Andrew Witty, and Stephen Hemsley, by and through their undersigned counsel of record, respectfully move this Court for an Order, pursuant to 15 U.S.C. § 78u-4 and Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Third Amended Supplemental Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 158) with prejudice. As set forth in Defendants' accompanying Memorandum of Law in Support of their Motion to Dismiss, filed contemporaneously with this Motion, the Complaint fails to state a claim upon which relief may be granted.

This Motion is based upon all the files, records, and proceedings in this action, and upon Defendants' Memorandum of Law in Support of their Motion to Dismiss and the Declaration of Peter C. Magnuson and accompanying exhibits submitted herewith.

Dated:  September 23, 2025

Respectfully Submitted,

*/s/ Peter C. Magnuson*

| | |
|---|---|
| Robert J. Giuffra, Jr. (admitted *pro hac vice*)<br>Jeffrey T. Scott (admitted *pro hac vice*)<br>Matthew J. Porpora (admitted *pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>giuffrar@sullcrom.com<br>scottj@sullcrom.com<br>porporam@sullcrom.com<br><br>Morgan L. Ratner (admitted *pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Washington, D.C. 20006<br>Tel:  (202) 956-7500<br>Fax:  (202) 956-7676<br>ratnerm@sullcrom.com | Peter C. Magnuson<br>Matthew Kilby<br>Jeffrey P. Justman<br>Anderson C. Tuggle<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Tel:  (612) 766-7000<br>Fax:  (612) 766-1600<br>peter.magnuson@faegredrinker.com<br>matthew.kilby@faegredrinker.com<br>jeff.justman@faegredrinker.com<br>anderson.tuggle@faegredrinker.com |

*Attorneys for Defendants UnitedHealth Group Inc., Andrew Witty, and Stephen Hemsley*