# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-JFD<br><br><br>**DECLARATION OF PETER C. MAGNUSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Peter C. Magnuson, hereby declare under penalty of perjury as follows:

1.     I submit this Declaration in support of Defendants UnitedHealth Group Inc. ("UnitedHealth"), Andrew Witty, and Stephen Hemsley's Motion to Dismiss.  The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2.     I am a partner with the law firm Faegre Drinker Biddle & Reath LLP, and I am counsel for Defendants UnitedHealth, Andrew Witty, and Stephen Hemsley in the above-captioned action.

3.     Attached hereto are true and correct copies (excerpted where indicated) of the following exhibits:

**UnitedHealth Disclosures**

Exhibit 1        Chart of Alleged Misstatements

Exhibit 2        Transcript of UnitedHealth's Q3 2021 Earnings Call, dated October 14, 2021

Exhibit 3        UnitedHealth Sustainability Report for 2021, dated June 14, 2022 (excerpts)

Exhibit 4        UnitedHealth 2022 Investor Conference Report, dated November 29, 2022

Exhibit 5        Transcript of UnitedHealth's Q1 2023 Earnings Call, dated April 14, 2023

Exhibit 6        UnitedHealth's Code of Conduct, dated October 2023 (excerpts)

Exhibit 7        UnitedHealth Press Release titled, "UnitedHealth Group's Response to the Wall Street Journal," dated August 8, 2024

Exhibit 8        UnitedHealth's Quarterly Report for Q3 2024 on Form 10-Q, filed with the SEC on November 4, 2024

Exhibit 9        UnitedHealth Press Release titled, "UnitedHealth Group Updates Business Outlook Ahead of Investor Conference," dated December 3, 2024

Exhibit 10       Transcript of UnitedHealth's Q1 2025 Earnings Call, dated April 17, 2025

Exhibit 11       UnitedHealth Proxy Statement, filed with the SEC on April 21, 2025 (excerpts)

Exhibit 12       UnitedHealth Form 8-K, filed with the SEC on July 24, 2025

Exhibit 13       Transcript of UnitedHealth's Q2 2025 Earnings Call, dated July 29, 2025

**Form 4 Filings**

Exhibit 14       Brian Thompson Form 4, filed with the SEC on September 23, 2021

Exhibit 15       Andrew Witty Form 4, filed with the SEC on September 23, 2021

Exhibit 16      Stephen Hemsley Form 4, filed with the SEC on October 19, 2023.

Exhibit 17      Brian Thompson Form 4, filed with the SEC on February 20, 2024

Exhibit 18      Brian Thompson Form 4, filed with the SEC on September 26, 2024

**Change Healthcare Merger Documents**

Exhibit 19      Optum Inc. ("Optum") Press Release titled, "Optum + Change Healthcare Fact Sheet," dated February 24, 2022

Exhibit 20      UnitedHealth's Answer to the Complaint, *United States* v. *UnitedHealth Grp. Inc.*, No. 22-cv-481 (D.D.C.), ECF No. 37, filed on March 11, 2022 (excerpts)

Exhibit 21      Optum Press Release titled "Benefits of Combination with Change Healthcare," dated March 17, 2022

Exhibit 22      UnitedHealth's Amended Pre-Trial Brief, *United States* v. *UnitedHealth Grp. Inc.*, No. 22-cv-481 (D.D.C.), ECF No. 103, filed on July 22, 2022 (excerpts)

Exhibit 23      Plaintiffs' Proposed Findings of Fact and Conclusions of Law, *United States* v. *UnitedHealth Grp. Inc.*, No. 22-cv-481 (D.D.C.), ECF No. 119, filed on September 6, 2022 (excerpts)

Exhibit 24      UnitedHealth's Proposed Findings of Fact and Conclusions of Law, *United States* v. *UnitedHealth Grp. Inc.*, No. 22-cv-481 (D.D.C.), ECF No. 121, filed on September 7, 2022 (excerpts)

Exhibit 25      UnitedHealth's Post-Trial Brief, *United States* v. *UnitedHealth Grp. Inc.*, No. 22-cv-481 (D.D.C.), ECF No. 120, filed on September 7, 2022 (excerpts)

**Other Documents**

Exhibit 26      Christopher Snowbeck, *Report Says UnitedHealth Group Was Top Recipient of Questionable Medicare Payments*, MINN. STAR TRIBUNE, October 19, 2021

Exhibit 27      Christopher Weaver & Anna Wilde Mathews, *UnitedHealth Group is Under Criminal Investigation for Possible Medicare Fraud*, WALL ST. J., dated May 15, 2025

Exhibit 28       Michelle F Davis, Zachary R Mider, et al., *How UnitedHealth Quietly Boosted Earnings with Asset Sales*, BLOOMBERG, dated July 15, 2025

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 23, 2025

*/s/Peter C. Magnuson*
Peter C. Magnuson