# EXHIBIT 6

# UNITEDHEALTH GROUP®

# Code of Conduct

## Our Principles of Ethics & Integrity



**UnitedHealth Group
Code of Conduct:**

**Our Principles of Ethics & Integrity**                    **5**

**Violations of the Code of Conduct and Policies**         **5**

**Waiver and Changes to the Code**                         **5**

**Who to Contact with Questions or Concerns**              **6**

**Integrity**                                              **7**
Act with Integrity                                          8
Integrity of Books and Records                              8
Integrity Challenges                                        9
Associated Policies                                         10

**Accountability**                                         **11**
Be Accountable                                              12
Accountability Challenges                                   13
Associated Policies                                         14

**Fair Competition and Fair Dealing**                      **15**
Comply with Fair Competition Laws and Company Policies      16
Challenges to Competing Fairly                              17
Associated Policies                                         18

**Privacy and Information Security**                       **19**
Protect Personal Information                                20
Protect Privacy, Ensure Security                            20
Privacy and Information Security Challenges                 21
Associated Policies                                         22

**Our Assets and the Environment**                         **23**
Be a Steward of our Assets and the Environment              24
Stewardship Challenges                                      25
Associated Policies                                         26

**Government Interactions**                                **27**
Comply with All Laws Regarding Government Interactions      28
Ensure Appropriate Interactions with Government Officials   29
Government Interaction Challenges                           30
Associated Policies                                         31

**Communications and Marketing**                           **32**
Communicate Effectively and Appropriately                   33
Communication Challenges                                    34
Associated Policies                                         35

**A Safe and Supportive Working Environment**              **36**
Promote a Safe and Supportive Working Environment           37
Work Environment Challenges                                 38
Associated Policies                                         39



**Code of Conduct**

# UnitedHealth Group and Integrity

The people of UnitedHealth Group and its subsidiaries around the world ("UnitedHealth Group" or "the Company") share six values that best describe how we aspire to conduct ourselves and our business: Integrity, Compassion, Inclusion, Relationships, Innovation and Performance. Together, these six values describe the behaviors that are expected of us by the people we interact with and serve. All of us must strive to apply this Code every day, both inside and outside of UnitedHealth Group.

Integrity purposefully leads the list. Integrity means we are reliably honest, fair, and morally responsible, always acting in the best interests of our customers, consumers, and the communities where we live and work.

How we conduct our work day-to-day is important to fulfilling our mission to help people live healthier lives and to help make the health system work better for everyone. Health care is among the most personal, intimate aspects of a person's life, and each individual must be able to trust our commitment to integrity. It is the foundation for each of the five other values and everything we do at UnitedHealth Group.

The UnitedHealth Group Code of Conduct: Our Principles of Ethics & Integrity ("Code," "Code of Conduct," or "Principles of Ethics & Integrity") provides guidelines to help us sustain the highest possible standards of ethical behavior in our work.

# Honor Commitments.

### We Believe

We must be an enterprise that represents the highest level of personal and institutional integrity. With integrity, people and institutions will want to work with us, and our core purpose will not be compromised.

### We Value Integrity

We honor commitments. We never compromise ethics. We are known for living up to the highest standards of ethical behavior. We make honest commitments and consistently honor those commitments.

### We Behave

We speak the truth. We deliver on our promises. We have the courage to acknowledge mistakes and do what is needed to address them.

# Never Compromise Ethics.



**Quality Connects Us**

# Quality means we strive for excellence in everything we do.

Every service delivered. Every home visited. Every pill dispensed.
Every document created, product developed and phone call answered.
Every moment — and decision — is an opportunity to put Quality first.

Quality is...
Caring about people *and* performance.
Making connections *and* building trust.
Taking individual ownership *and* growing together.
Getting it right the first time *and* continuing to improve.

Because when we focus on our Mission and live our Values, we
consistently deliver Quality — to each other and every person we serve.

**4**  UnitedHealth Group

# About the Code of Conduct

## Our Principles of Ethics & Integrity

Every UnitedHealth Group employee, director, and contractor must act with integrity in everything we do. Acting with integrity begins with understanding and abiding by the laws, regulations, Company policies, and contractual obligations that apply to our roles in the Company, our work, and our mission. The UnitedHealth Group Board of Directors has adopted this global Code of Conduct, which applies to all employees, directors, and contractors, to provide guidelines for our decision-making and behavior. This Code is a core element of the Company's compliance program. Each section includes tools to help you understand your responsibilities and find answers to questions: an explanation of each subject addressed by the Code, key considerations, hypothetical challenges, resources, and links to applicable policies. Policies at the enterprise, business, and department levels provide more specific direction.

**Complying with the Code of Conduct**
Because the Code cannot address every situation you might encounter, UnitedHealth Group relies on your good judgment and values to uphold the spirit and intent of the Code. If you are ever unsure about what to do in a particular situation, discuss the issue with your manager and ask questions. We have many resources available to help you.

You must comply with this Code and all policies that apply to you. Managers have an additional responsibility to understand this Code and the policies that apply to your business units so that you may serve as a resource and provide guidance to employees. If you are uncertain as to how this Code or any policies apply to you and your function in the Company, or if you have questions, contact UnitedHealth Group Compliance & Ethics, Employee Center (formerly HRdirect), or your business Legal Representative or Compliance Officer.

**Reporting Misconduct**
If you encounter what you believe to be a potential violation of law, regulation, this Code, or Company policy, speak up. Speaking up is not only the right thing to do, it is also required by Company policy. UnitedHealth Group provides many ways to report ethical, legal, regulatory, and policy concerns, including the Compliance & Ethics HelpCenter. You have the option of reporting anonymously, where permitted by law, and, regardless of how you report, you are protected from intimidation and retaliation whenever you speak up in good faith. All reports will be reviewed and, if necessary, investigated.

Reporting potential Code or policy violations helps the Company address issues quickly and thoroughly. You also help us identify opportunities to provide guidance on how the Code and our policies apply in specific situations. You help us all to live the Company's values and fulfill its mission.

## Violations of the Code of Conduct and Policies

Violating this Code, Company policies, laws and regulations, or our contractual obligations not only has potential legal and regulatory consequences, it also compromises UnitedHealth Group's reputation. Unethical or illegal acts can never be justified. No employee, regardless of his or her position, is ever authorized to commit, or direct another employee to commit, an unethical or illegal act. In addition, employees cannot use any third party to act in any way that is prohibited by law, this Code, any Company policy, or any contractual obligation.

All violations of this Code of Conduct, Company policies, contractual obligations, or laws will be taken seriously and may result in discipline, up to and including termination of employment and possible legal action, including referral to law enforcement.

## Waiver and Changes to the Code

Circumstances may arise where you believe that a waiver of the Code requirements is merited. Requests for waiver of the Code are rarely, if ever, granted. However, you may seek formal waiver of a specific requirement or obligation of this Code by submitting a written request to the UnitedHealth Group Chief Compliance and Ethics Officer. Most waiver requests will be determined by the UnitedHealth Group Chief Compliance and Ethics Officer, while those submitted by certain officers will be forwarded to the Audit Committee of the UnitedHealth Group Board of Directors for review and determination. Any waiver requested by UnitedHealth Group's Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer, Controller, or persons performing similar functions (collectively known as the "Senior Financial Officers"), or any other executive officer or director, that is granted by the Audit Committee will be publicly disclosed on UnitedHealth Group's website to the extent required by U.S. securities rules and the New York Stock Exchange. No action prohibited by this Code should be taken without a written waiver from either the UnitedHealth Group Chief Compliance and Ethics Officer or the Audit Committee.

UnitedHealth Group's Chief Compliance and Ethics Officer may make non-material changes to this Code of Conduct, including updates to the resources, policies, and questions and answers provided. All material changes must be approved by the Audit Committee of the Board of Directors.



# Whom to Contact with Questions or Concerns

## Ask Yourself

When faced with a potential ethical issue, it may help to ask these questions:

- Could this harm the reputation of the Company?
- Am I certain my actions are legal?
- Am I being fair and honest?
- How will my actions appear with the benefit of hindsight?
- How will the situation be described in a newspaper headline?
- Will I sleep soundly tonight?
- What would I counsel a colleague to do?

## Your Manager

Often your first contact for workplace issues.

## Employee Center/HRdirect

**Phone:** 800-561-0861 (U.S.) or find your country's dialing instructions via the link below.
**Online:** https://employeecenter.uhg.com

Your contact for policy guidance and interpretation, workplace issues, compensation, and employee benefit concerns.

## Compliance and Ethics

**Compliance & Ethics HelpCenter**
Available 24 hours a day, 7 days a week.
You can report anonymously, where permitted by law.
**Phone:** 800-455-4521 (U.S.), or find your country's dialing instructions on the HelpCenter portal.
**Online:** uhghelpcenter.ethicspoint.com

Your contact for questions about or advice on interpreting and reporting violations of:
• The Code of Conduct;
• Company policies;
• Laws or regulations.

**UnitedHealth Group Compliance & Ethics**
**Phone:** 952-936-7463 (U.S.)
**Email:** EthicsOffice@uhg.com

Your contact for issues regarding the Code of Conduct, policies, training, and other compliance and ethics-related matters.

## Enterprise Health & Safety

**Phone:** 800-260-1298 (U.S.)
**Email:** healthandsafety@uhg.com

Your contact to report unsafe conditions and workplace hazards.

## Corporate Security

**Phone:** 855-936-8999 (U.S./toll free), or
952-936-8999 (U.S./add +1 for international calls)
**Email:** corporatesecurity@uhg.com

Your contact to report workplace security concerns, including concerns about, or incidents of, workplace violence.

## Employee Assistance Program (EAP)

**Phone:** 866-781-6396 (U.S.)
Employees outside of the United States can find information on the EAP in their country at https://uhgazure.sharepoint.com/sitesEmployee-Resources/SitePages/Employee-Assistance-Program.aspx

Your contact for help with health, family, substance abuse, and other personal issues.

## Your Business Legal Representative or Compliance Officer

Your contact for advice on legal and compliance issues associated with interactions with government officials, contacts with government entities, and political activity.

**Code of Conduct**

# Integrity

**At UnitedHealth Group, we hold ourselves to the highest standards of personal and institutional integrity in our interactions with customers, members, patients, employees, health care professionals, partners, and other stakeholders, including governments and the public. We recognize that appearances matter when it comes to integrity.**



**Our Commitments**

At UnitedHealth Group, we commit to:

- **Reviewing, understanding and complying with UnitedHealth Group's policies and standards of conduct that are applicable to your position and business;**
- **Avoiding making work decisions that affect your personal interests;**
- **Avoiding engaging in behavior that may inappropriately influence the conduct of business, including giving or accepting gifts or benefits.**

## Act with Integrity

- **Recognize and address conflicts of interest.**
  Conflicts occur when you or your immediate family members' personal interests, relationships, outside employment, or activities affect, or appear to affect, your decision-making in your Company role. Conflicts can also occur between the Company's businesses, where one business unit could effectively exclude another business unit from conducting business with the government.

- **Follow UnitedHealth Group's policies on gifts and entertainment involving a business partner or supplier, including government officials and pharmaceutical, medical device, and biologic manufacturers.**
  Giving or receiving gifts or entertainment ("business courtesies"), such as tickets to a sporting event, a meal, or an invitation to a conference, may be inappropriate, and in some cases illegal. International business practices may be subject to additional or different standards and rules due to varying anti-corruption laws and local customs. Where required or if you are uncertain, seek approval from your manager and UnitedHealth Group Compliance & Ethics before giving or receiving gifts or entertainment.

- **Do not buy or sell any stock based on material, non-public information you have received.**
  You must never use or disclose to others material, non-public information about UnitedHealth Group or another company as the basis for buying or selling stock.

- **Do not use Company property, information, or your position for personal gain, or to compete with UnitedHealth Group.**
  Each of us has a duty to advance the Company's interests when an opportunity is presented. You may not use Company property, information, or your position with the Company to take advantage of corporate opportunities for your personal gain, unless the opportunity was first presented to and rejected by the Company, and you will not be competing with the Company's business activities.

- **Each director or employee involved in UnitedHealth Group's disclosure process is responsible for the accuracy and completeness of facts regarding the Company.**
  This includes representations to the Company's independent auditors, governmental regulators, and self-regulatory organizations. Directors and employees must review and critically analyze proposed disclosures or, where appropriate, delegate this task to others.

- **Maintain professional relationships.**
  You are expected to maintain appropriate, professional boundaries with members, patients, their families, and other customers. These boundaries may be determined by applicable laws and regulations, professional licensing boards, and enterprise policies. An employee's failure to maintain appropriate professional boundaries may result in disciplinary action up to and including termination of employment.

### Integrity of Books and Records

UnitedHealth Group is committed to the integrity of its records, books, and financial and other reporting. Employees are responsible for ensuring that all books, records, accounting, and reporting are accurate and complete, and properly reflect the actual transaction event recorded and are retained according to Company policy. In addition, U.S. securities laws impose specific obligations on each director or employee involved in the Company's financial disclosure process, including the Senior Financial Officers. The Senior Financial Officers and the individuals who assist them in the disclosure processes must be familiar with and comply with all controls and procedures that ensure that public reports and documents filed with the U.S. Securities and Exchange Commission meet the Company's obligations under U.S. securities laws and rules.

## Integrity Challenges

**Q.** **I ran into an old friend at a reunion and learned that she now works for a physician group that is part of our network. The following week, the friend left me a message asking to discuss a number of claims the physician group had filed that were rejected and are pending appeal. May I respond to her call?**

**A.** Disclose the contact and your prior relationship to your manager before responding to the call. The Company may direct you to stay out of any business decision involving your friend's employer. Your manager will decide whether it's appropriate for you to respond at all.

**Q.** **I have received an invitation to join one of our regular office supply suppliers at a professional sports event. Can I accept the ticket?**

**A.** Perhaps. Submit your request to your manager, who will consider whether the cost of the ticket is consistent with Company policy, if there is a legitimate business purpose for the event, if the ticket will not influence or appear to influence your business judgment, and if allowed by applicable law. You must also follow any local compliance policies, which may require additional approvals. You may contact UnitedHealth Group Compliance & Ethics for additional guidance.

**Q.** **I have been invited to serve on the board of a nonprofit organization that provides health care policy recommendations that are frequently referenced by insurance regulators and my local legislature. May I accept?**

**A.** Because the organization may make recommendations that could impact UnitedHealth Group's business, there is a potential conflict of interest. Contact your manager and UnitedHealth Group Compliance & Ethics regarding the invitation.

**Q.** **I work on mergers and acquisitions and just received a call from an investment bank asking if UnitedHealth Group wants to participate in an investment syndicate for a small health IT start-up company. I don't know if the Company is interested, but I am. Can I participate in the syndicate myself?**

**A.** As an employee of UnitedHealth Group, you have the obligation to first alert the organization to any business opportunities that arise in connection with enterprise activities. Contact your manager or business Legal Representative or Compliance Officer to determine whether this is an opportunity that must be presented to the Company before you pursue it individually.

**Q.** **One of my work assignments includes a contract with the U.S. federal government for which UnitedHealth Group is paid on a cost basis. My manager told me to bill 75 percent of my time to the government contract – but I only spend 25 percent of my time working on that contract. What should I do?**

**A.** Immediately contact your business Legal Representative or Compliance Officer or the Compliance & Ethics HelpCenter. Accurate time accounting for all work is essential, including for government cost contracts, and failure to maintain accurate time accounting could result in serious fines and penalties for UnitedHealth Group – and perhaps exclusion from future business with the government client.

**Q.** **I'm not involved in the Company's financial disclosure process. Am I responsible if the Company fails to report information accurately because of financial information I record?**

**A.** Yes. Although Senior Financial Officers must sign off on our Company's financial reports, the information you record can affect our financial reports. Always be certain every transaction you record is accurate.

**Q.** **Giving gifts to business partners at certain times of the year is a common and culturally accepted practice in our country. Some of the people we work with are government officials. If we do not participate in this practice, our behavior will be considered rude and it might negatively affect our business and reputation. Can I give gifts to business partners and government officials?**

**A.** As an international company, we recognize that it is customary in certain cultures to give gifts to business partners on certain occasions, such as Christmas, Diwali, and to mark the New Year. Consistent with and subject to the limits and required approvals, specified in both UnitedHealth Group's Gifts and Entertainment and Anti-Corruption policies, you may give gifts to business partners with whom you have a business relationship as long as the values of these gifts are not excessive, are consistent with Company policy, and each gift is reported in the appropriate general ledger account. All gifts to government officials, government employees, and U.S. union officials must be approved by UnitedHealth Group Compliance & Ethics prior to giving or promising the gift.

**Q.** **A friend learned about UnitedHealth Group's generous United for Giving employee matching gift program and asked if I could submit a donation on their behalf. Can I accept funds from my friend, or submit their receipt, and apply for the match on their behalf?**

**A.** No, you may not submit a match request on behalf of a friend or other colleague or accept funds to process a donation on their behalf. All donations and match requests through the United for Giving program must be individual, personal contributions made by eligible UnitedHealth Group employees. Immediately contact your Business Legal Representative or Compliance Officer or the Compliance & Ethics Help Center if you are approached regarding making a request on behalf of a colleague.



## Questions or Concerns Relating to this Section of the Code?

### Contact:

### Resources

- Your **Manager**
- Your business **Legal Representative or Compliance Officer**
- The **Compliance & Ethics HelpCenter**  Available 24 hours a day, 7 days a week.
  You can report anonymously, where permitted by law.
  **Phone:** 800-455-4521 (U.S.) or find your country's dialing instructions on the HelpCenter portal.
  **Online:** uhghelpcenter.ethicspoint.com
- **UnitedHealth Group Compliance & Ethics**
  **Phone:** 952-936-7463 (U.S.)
  **Email:** EthicsOffice@uhg.com
- **International Compliance** InternationalCompliance@uhg.com
- Your business unit's **Interactions with Pharmaceutical, Medical Device or Biologic Manufacturers, Wholesalers or Distributors Policy Liaison**
- Your business unit's **Legal or Compliance Team**
- **UnitedHealth Group Sustainability Report**

### Associated Policies

- **Anti-Corruption**
- **Anti-Kickback**
- **Conflicts of Interest**
- **False Claims Act Compliance**
- **Gifts and Entertainment (Business Courtesies)**
- **Insider Trading**
- **Interactions with Pharmaceutical, Medical Device or Biologic Manufacturers, Wholesalers or Distributors**

- **Outside Directorships**
- **Related-Person Transactions Approval**
- **Travel & Expense**
- **UnitedHealth Group Commitment to Human Rights**
- **U.S. Federal Government Contracting**

**Code of Conduct**

# Accountability

**At UnitedHealth Group, we are each personally responsible for our actions.**



> **Our Commitments**
>
> **We are accountable for complying with all applicable laws, regulations, and contractual obligations, with this Code of Conduct, and with the Company's policies and procedures. When we are accountable, we earn the trust that our members, patients, providers, and other business partners place in us.**

## Be Accountable

We share the responsibility for preventing fraud, waste, and abuse in the health care system. UnitedHealth Group has established processes for identifying, reducing, and combating fraud, waste, and abuse.

Prompt reporting of suspected Code or policy violations and potentially illegal or unethical conduct to an appropriate Company representative requires the courage to acknowledge our mistakes and enables us to do whatever is needed to address them.

**Failing to report suspected violations or to cooperate with the investigation is itself a violation of Company policy and can lead to discipline up to and including termination of employment.**

If you have any concerns about reporting a potential violation to your manager, or if you have already done so but you believe the matter has not been addressed, contact your business Compliance Officer or the Compliance & Ethics HelpCenter. Managers who receive such reports are required to take immediate action, and involve Legal, Compliance, or People Team representatives, as appropriate.

UnitedHealth Group will take all reasonable precautions to maintain the confidentiality of those who report an ethics or compliance concern to the extent allowed by Company policy and the law. **Intimidation and retaliation in any form is prohibited against an individual who, in good faith, reports a suspected violation of this Code, Company policies, the law, or contractual obligations.** You should immediately report any suspected retaliation to Employee Center/HRdirect or the Compliance & Ethics HelpCenter. Making malicious or purposely false reports also violates Company policy and will result in disciplinary action up to and including termination of employment.

- **Hold yourself accountable for your decisions and actions.**
  We must each take responsibility for preserving and enhancing UnitedHealth Group's mission and goals. When we see potential violations of law, regulations, this Code, Company policies, contracts, or standards of conduct, we must report them.

- **Cooperate with all investigations, lawsuits, and other Company legal matters.**
  You are expected to support the investigation of potential violations of this Code, Company policies, and other Company legal matters, including investigations and lawsuits. This includes providing timely, accurate, truthful, and complete information and documentation.

## Accountability Challenges

**Q. I am working on a project team, and I disagree with the Project Manager's interpretation of a legal requirement. She told me that it's not my role to raise these issues. What should I do?**

A. If you are unable to resolve the issue through conversations with the Project Manager, and you believe in good faith that she is acting on an incorrect interpretation of a legal requirement, you should contact your manager or your business Legal Representative or Compliance Officer for assistance. You may also contact the Compliance & Ethics HelpCenter.

**Q. I believe my manager may be involved in misconduct, and I don't know where I should go to report the issue. Whom should I talk to, and will I get in trouble if I'm wrong?**

A. If you believe in good faith that your manager is engaging in misconduct, you have an obligation to report your manager's activity. Contact the Compliance & Ethics HelpCenter. To the extent allowed by Company policy and the law, your name will remain confidential at your request. You also may report anonymously, where permitted by law. If your report is made in good faith, you will not be disciplined even if you are wrong about your manager's activities. The Company has a strict non-retaliation policy that protects you from any adverse employment actions as a result of your good faith report.

**Q. I think my co-worker is violating a provision of the Code of Conduct and Company policy, but I don't want to get her in trouble.**

A. Your wish to protect your colleague is understandable, but you have an obligation to report all potential violations of Company policy to an appropriate person or resource. If you believe your colleague has violated a policy, this Code of Conduct, or any law or regulation, you should contact your manager or the Compliance & Ethics HelpCenter immediately.





## Questions or Concerns Relating to this Section of the Code?

### Contact:

 **Resources**

- Your business **Legal Representative or Compliance Officer**
- The **Compliance & Ethics HelpCenter**  Available 24 hours a day, 7 days a week.
  You can report anonymously, where permitted by law.
  **Phone:**  800-455-4521 (U.S.) or find your country's dialing instructions on the HelpCenter portal.
  **Online:**  uhghelpcenter.ethicspoint.com
- **UnitedHealth Group Compliance & Ethics**
  **Phone:**  952-936-7463 (U.S.)
  **Email:**  EthicsOffice@uhg.com

### Associated Policies

- **Non-Retaliation Policy**
- **Reporting Misconduct**

**Code of Conduct**

# Fair Competition and Fair Dealing

**UnitedHealth Group's success is founded on honest competition.**



> **Our Commitments**
>
> **We seek competitive advantages only through legal and ethical business practices. We succeed by outperforming our competitors honestly and fairly.**

## Comply with Fair Competition Laws and Company Policies

Many laws and regulations define and promote fair business practices to protect the competitive environment. For example, competition laws, known in the U.S. as antitrust laws, protect against practices that interfere with free competition. They are designed to promote a competitive economy in which each business enterprise has an opportunity to compete fairly on the basis of price, quality, and service, and in the employment marketplace. To comply with these laws, each employee, director, and contractor must deal fairly with the Company's customers, service providers, suppliers, competitors, and employees. No employee or director should take advantage of anyone through unfair-dealing practices.

- **Avoid discussions with competitors that may appear to restrain competition unreasonably.**
  Communications or agreements with competitors regarding rates, prices, sales territories, provider reimbursement rates, employee salaries or other terms of compensation, benefits, and other topics related to UnitedHealth Group's businesses may violate applicable competition laws, resulting in severe penalties against the Company and, potentially, you. Although, there may be legitimate business reasons to communicate with a competitor (for example, sometimes competitors are also customers, and we frequently interact with competitors at industry association meetings, educational industry seminars, or conferences that cover issues common to the whole industry), you should always make sure that your discussions in these contexts do not cross into the areas of prohibited subjects or activities. Consult your manager and the Legal Representative assigned to your business to understand the limits that may apply to these conversations in the context of the business you support.

- **Exercise caution at industry seminars and conferences.**
  Attending seminars and conferences with others in our industry is common. Always be cautious when discussing business matters with competitors.

- **Exercise caution when participating in collaborative projects, benchmarking surveys, and information exchanges involving competitors, even when such projects appear to serve the public interest.**
  Consider whether a trade group, association, or other third party can play a role in managing the exchange of information and/or facilitating interactions with competitors in furtherance of the collaborative effort. Be aware of Export Control requirements prior to sharing technical information about our products, services, or equipment with colleagues outside the U.S.

- **Ask questions first.**
  If you are unsure about whether an exchange of information or a communication in a particular situation would be appropriate, consult the Legal Representative assigned to your business.

## Challenges to Competing Fairly

**Q.** **While attending a seminar, I sat next to an employee of a UnitedHealth Group competitor. She started telling me about certain confidential projects that she is working on. What should I do with this information?**

**A.** You should immediately report it to a member of the Legal Department assigned to your business without sharing the information with anyone else at UnitedHealth Group. Do not discuss or share sensitive competitive information (for example, information relating to pricing or market share) with representatives of other companies or industry and trade associations.

**Q.** **Two days ago, a representative of a competitor called me to discuss dividing certain sales territories to maximize revenues for my business and her employer. Does this activity raise any concerns?**

**A.** This suggestion is likely a violation of the competition laws. Conversations like this should be avoided and reported to your business Legal Representative immediately.

**Q.** **I work in Optum Health and received a request from a colleague on my old team at UnitedHealthcare for some information related to reimbursement rates of other payers. May I provide the data since we are part of the same company?**

**A.** Not without consulting your business Legal Representative or Compliance Officer. Optum Health's provider businesses contract with competitors of UnitedHealthcare and may receive competitively-sensitive information, which must be protected, and sharing the data requested without review and approval by legal counsel could be a form of unfair competition. In certain situations, third party information may be shared between segments but there are critical facts necessary to make that legal determination.

**Q.** **The business unit in which I work serves as a supplier for a number of health care companies. I recently received an inquiry about our services from a UnitedHealth Group competitor. Can I return the call?**

**A.** There may be legitimate business reasons to communicate with a competitor, including when that competitor is also a customer for our products or services.

However, if the inquiry is seeking information that is competitively sensitive, you should consult your manager or business Legal or Compliance Representative before responding.

**Q.** **I have a great idea for a public awareness campaign involving a particular health issue. Can I reach out to contacts at a few of our competitors to put together a collaborative project?**

**A.** Such activities may be permissible, but collaboration with competitors carries significant risk. Consult with your Legal Department first or consider involving a trade association as a facilitator.

**Q.** **Recently I was copied on an email in which a colleague referenced that we have an agreement with a competitor not to recruit that company's employees. Is this a problem?**

**A.** It might be. "No-poaching" agreements with competitors may raise issues under antitrust laws. You should report the issue to your business Legal Representative immediately.

**Q.** **One of my colleagues, Barbara, is an orthopedic surgeon who treats a broad range of patients, including Medicare Advantage members. She has developed a close relationship with a local durable medical equipment (DME) supplier where she refers many of her patients for post-surgical equipment. I recently learned that the DME supplier has started providing her free gifts and services, like tickets to sporting events and expensive dinners. Is this okay?**

**A.** Likely, no. Gifts, meals and entertainment in excess of specific limits may be a violation of both the UnitedHealth Group Gifts and Entertainment (Business Courtesies) Policy and U.S. Anti-Kickback Statute, which prohibits providing anything of value for the purpose of influencing patient referrals. Health care decisions should always be based on what is best for the patient and not be influenced by lavish gifts or other financial incentives. Barbara should stop accepting anything from the DME supplier and contact her business legal or compliance resource for guidance. In addition, be sure to follow applicable procurement policies and procedures when purchasing medical equipment or supplies.



## Questions or Concerns Relating to this Section of the Code?

### Contact:

### Resources

- Your business **Legal Representative or Compliance Officer**
- The **Compliance & Ethics HelpCenter**  Available 24 hours a day, 7 days a week.
  You can report anonymously, where permitted by law.
  **Phone:**  800-455-4521 (U.S.) or find your country's dialing instructions on the HelpCenter portal.
  **Online:**  uhghelpcenter.ethicspoint.com
- **UnitedHealth Group Compliance & Ethics**
  **Phone:**  952-936-7463 (U.S.)
  **Email:**  EthicsOffice@uhg.com

### Associated Policies

- **Anti-Kickback**
- **Antitrust**
- **U.S. Federal Government Contracting/Organizational Conflicts of Interest Guidance**