# EXHIBIT 11

**UNITEDHEALTH GROUP**



# 2025 | Proxy Statement

| 1 Board of Directors | 2 Corporate Governance | 3 Executive Compensation | 4 Audit | 5 Annual Meeting | 6 Other Information |
|---|---|---|---|---|---|

The following table provides information about the beneficial ownership of our common stock as of April 4, 2025, by each director and nominee for director, each current named executive officer, and by all of our current directors, executive officers and director nominees as a group. As of April 4, 2025, there were 910,223,791 shares of our common stock issued, outstanding and entitled to vote.

| Name of Beneficial Owner or Identity of Group | Ownership of Common Stock | Number of Shares Deemed Beneficially Owned as a Result of Equity Awards Exercisable or Vesting Within 60 Days of April 4, 2025 | Total[1] | Percent of Common Stock Outstanding (%) |
|---|---|---|---|---|
| Charles Baker | 971[2] | — | 971 | * |
| Timothy Flynn | 13,623[2][3] | — | 13,623 | * |
| Paul Garcia | 4,716[2][4] | — | 4,716 | * |
| Kristen Gil | 1,661[2][5] | — | 1,661 | * |
| Stephen Hemsley | 1,251,137[2][6][7] | — | 1,251,137 | * |
| Michele Hooper | 40,040[2] | — | 40,040 | * |
| F. William McNabb III | 13,656[2] | — | 13,656 | * |
| Valerie Montgomery Rice, M.D. | 6,256[2] | — | 6,256 | * |
| John Noseworthy, M.D. | 5,763[2] | — | 5,763 | * |
| Andrew Witty | 112,162[2] | 237,489 | 349,651 | * |
| John Rex | 193,412[8] | 321,371 | 514,783 | * |
| Heather Cianfrocco | 22,438 | 113,335 | 135,773 | * |
| Erin McSweeney | 11,206 | 35,560 | 46,766 | * |
| Christopher Zaetta | 10,308 | 17,610 | 27,918 | * |
| All current directors, executive officers and director nominees as a group (16 individuals) | 1,726,045[9] | 820,783 | 2,546,828 | 0.28 |

\*    Less than 1%.

(1)  Unless otherwise noted, each person and group identified possesses sole voting and dispositive power with respect to the shares shown opposite such person's or group's name. Shares not outstanding but deemed beneficially owned by virtue of the right of an individual to acquire them within 60 days of April 4, 2025, are treated as outstanding only when determining the amount and percent owned by such individual or group.

(2)  Includes the following number of vested DSUs which are considered owned under the Company's stock ownership guidelines for directors: Charlie — 971; Tim — 9,123; Paul — 1,512; Kristen — 950; Steve — 7,560; Michele — 36,670; Bill — 7,226; Valerie — 5,856; John — 5,763 and Andrew — 503.

(3)  Includes 4,500 shares held indirectly in a trust.

(4)  Includes 2,246 shares held indirectly in trusts.

(5)  Includes 110 shares held indirectly in a trust.

(6)  Includes 225,500 shares held indirectly in charitable foundations and 318,200 shares held indirectly in trusts.

(7)  Includes 334.077 shares held in trust pursuant to our 401(k) plan. Pursuant to the terms of the 401(k) plan, a participant has sole voting power over their shares; however, the plan trustee votes all unvoted shares in the same proportions as the actual proxy votes submitted by plan participants.

(8)  Includes 6,791 shares held indirectly in a trust.

(9)  Includes the indirect holdings included in footnotes 3, 4, 5, 6, 7, and 8.