# EXHIBIT 12

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

------------

# FORM 8-K

------------

## Current Report

**Pursuant to Section 13 or 15(d) of**

**The Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): July 23, 2025**

------------

# UNITEDHEALTH GROUP INCORPORATED

**(Exact name of registrant as specified in its charter)**

------------

| **Delaware** | **1-10864** | **41-1321939** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **1 Health Drive,** | | | | **655 New York Avenue NW** | | |
| **Eden Prairie,** | **Minnesota** | **55344** | **Washington,** | | **DC** | **20001** |
| (Address of principal executive offices) | | (Zip Code) | (Address of principal executive offices) | | | (Zip Code) |

**Registrant's telephone number, including area code: (800) 328-5979**

**N/A**

**(Former name or former address, if changed since last report.)**

------------

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $.01 par value | UNH | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

☐ Emerging growth company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01. Other Events.**

UnitedHealth Group (the "Company") proactively reached out to the Department of Justice after reviewing media reports about investigations into certain aspects of the Company's participation in the Medicare program. The Company has now begun complying with formal criminal and civil requests from the Department. The Company has full confidence in its practices and is committed to working cooperatively with the Department throughout this process.

The Company has a long record of responsible conduct and effective compliance. Independent CMS audits confirm that the Company's practices are among the most accurate in the industry, and, following a decade-long civil challenge by the Department to aspects of our Medicare Advantage business, a court-appointed Special Master concluded there was no evidence to support claims of wrongdoing.

To provide our stakeholders transparency and confidence in the Company's practices, the Company, as previously announced, has proactively launched its own initiative to conduct third party reviews of policies, practices, and associated processes and performance metrics for risk assessment coding, managed care practices, and pharmacy services.

The Company is committed to maintaining the integrity of its business practices and serving as reliable stewards of American tax dollars.

**Forward-Looking Statements**

The statements in this document include "forward-looking" statements which are intended to take advantage of the "safe harbor" provisions of the federal securities laws. By their nature, forward-looking statements are not guarantees of future performance or results and are subject to risks, uncertainties and assumptions that are difficult to predict or quantify. We cannot predict the outcome of the government investigations. Actual results may vary materially from expectations expressed or implied in this document or any of our prior communications. We discuss these matters, and certain risks that may affect our business operations, financial condition and results of operations, more fully in our filings with the SEC, including our reports on Forms 10-K, 10-Q and 8-K. You should not place undue reliance on forward-looking statements, which speak only as of the date they are made. We do not undertake to update or revise any forward-looking statements, except as required by law.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: July 24, 2025

UNITEDHEALTH GROUP INCORPORATED

By:    /s/ Kuai H. Leong

Kuai H. Leong
Senior Deputy General Counsel and Deputy
Corporate Secretary