# EXHIBIT 16

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| HEMSLEY STEPHEN J | UNITEDHEALTH GROUP INC [ UNH ] | X  Director | 10% Owner |
| | 3. Date of Earliest Transaction (Month/Day/Year) | Officer (give title below) | Other (specify below) |
| (Last)  (First)  (Middle) | 10/17/2023 | | |
| C/O UNITEDHEALTH GROUP | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| 9900 BREN ROAD EAST | | X  Form filed by One Reporting Person | |
| (Street) | | Form filed by More than One Reporting Person | |
| MINNETONKA  MN  55343 | Rule 10b5-1(c) Transaction Indication | | |
| (City)  (State)  (Zip) | ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/17/2023 | | M | | 83,918 | A | $70.24 | 605,735.942 | D | |
| Common Stock | 10/17/2023 | | M | | 37,597 | A | $108.97 | 643,332.942 | D | |
| Common Stock | 10/17/2023 | | S | | 121,515 | D | $540.5801[(1)] | 521,817.942 | D | |
| Common Stock | | | | | | | | 335.854 | I | by 401(k) |
| Common Stock | | | | | | | | 38,075 | I | by Trust |
| Common Stock | | | | | | | | 201,350 | I | by GRAT10 |
| Common Stock | | | | | | | | 100,335 | I | by GRAT11 |
| Common Stock | | | | | | | | 125,000 | I | by GRAT12 |
| Common 13 | | | | | | | | 100,000 | I | by GRAT13 |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Options (right to buy) | $70.24 | 10/17/2023 | | M | | | 83,918 | [(2)] | 02/12/2024 | Common Stock | 83,918 | $0.00 | 0 | D | |
| Non-Qualified Stock Options (right to buy) | $108.97 | 10/17/2023 | | M | | | 37,597 | [(3)] | 11/07/2024 | Common Stock | 37,597 | $0.00 | 66,081 | D | |

**Explanation of Responses:**

1. This transaction was executed in multiple trades ranging from $538.000 to $542.330 per share. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer, or a security holder of the issuer full information regarding the number of shares and prices at which the transactions were effected.

2. The non-qualified stock options vested at a rate of 25% annually on February 12 from the years 2015 through 2018.

3. The non-qualified stock options vested at a rate of 25% annually on February 10 from the years 2016 through 2019.

**Remarks:**

| | |
|---|---|
| Faraz A. Choudhry, Attorney-in-Fact for Stephen J. Hemsley | 10/19/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**