# EXHIBIT 19



# Optum + Change Healthcare Fact Sheet

## Benefits of the combination

**The combination between Optum and Change Healthcare is good for all participants in the health system, especially consumers.**

- This combination will advance our ability to create products and services that improve the delivery of health care and reduce the high costs and inefficiencies that plague the health system.
- We will share these innovations broadly to benefit those who engage with the health system today and well into the future.

**The combination of Change Healthcare and Optum adds value for those we serve.**

- **For patients** who are at the center of everything we do, the combination will drive better experiences and outcomes before, during, and after episodes of care. We can also provide a simple, convenient experience managing health care finances similar to other consumer transactions, including a clearer understanding of price at the point of service.
- **For providers** we can reduce the administrative burden by accelerating e-billings and payments, in part enabled by an automated claims submission process allowing providers to be paid promptly. We can also provide advanced clinical decision and care coordination support tools to improve patient outcomes.
- **For payers** we can enable a more comprehensive view of the patient to improve health outcomes and operational processes, while reducing cost. We can also enable health care payers to more clearly and effectively convey critical benefit information, including deductible status and payment obligation, at the point of care.

**Our team members work tirelessly every day to advance our goals of administrative efficiency, clinical alignment, and payment simplification.**

- Across Optum, we operate with the highest ethical standards in protecting confidential data and information of our clients and adhere to the safeguards we have had in place for more than a decade to ensure data is accessed and used only for permissible purposes.
- We will not be distracted by the DOJ's complaint and will continue to honorably serve our clients and consumers and those that engage in the health system.

## Opposition to Department of Justice decision to sue to block improvements to the health system

**We strongly disagree with the Department's decision to attempt to block this combination, and we look forward to presenting the merits of our case.**

- The theories at the core of the Department's case are completely without merit, as they are based on speculation about UnitedHealth Group's future motives and are entirely inconsistent with how we have always conducted business.

**Our track record of safeguarding our customers' proprietary information speaks for itself. We have best-in-class firewalls and compliance programs that maintain the integrity of our customers' data and information, and prevent unauthorized access and misuse. Combining with Change Healthcare alters none of those fundamentals.**

- Today, Optum successfully serves all stakeholders in the healthcare system, including the largest health plans in the country. Our customers have trusted our ability to maintain the safety and integrity of their data for more than a decade, a key to the success of our long-standing multi-payer business.

### Optum facts

**We are grateful to serve and partner with:**

- 4 out of 5 health plans
- 9 out of 10 Fortune 100 companies
- Over 100 Federal, State and municipal agencies including 24 states and Washington D.C.
- 9 out of 10 U.S. hospitals
- Federal, state, and municipal agencies across 40 states and D.C.
- Over 127 million consumers including military, veterans, Medicare and Medicaid beneficiaries

© 2022 Optum, Inc. All rights reserved. WF6696823_022422