# EXHIBIT 28

# How UnitedHealth Quietly Boosted Earnings With Asset Sales

**Published: Tue Jul 15 06:00:15 EDT 2025**

By Michelle F Davis, Zachary R Mider, Ike Swetlitz and John Tozzi

(Bloomberg) --

    Photo Illustration: 731; Photos: Getty Images (1)

Until this year, UnitedHealth Group Inc. had managed to pull off an impressive feat: more than 60 consecutive quarters of earnings that beat Wall Street estimates.

As the end of last year approached, that streak was getting harder to maintain. Ballooning medical costs and stricter government payment policies were eroding the health conglomerate's profit margin.

But shortly before the books closed for 2024, more profits appeared. They came from the discreet sale of stakes in business units to firms including Warburg Pincus and KKR & Co., according to people familiar with the matter. Some of the deals included terms that could require UnitedHealth to buy the interests back at a higher price in a matter of years, the people said.

    The New York Stock Exchange in May.
    Photographer: Michael Nagle/Bloomberg

Those terms — along with UnitedHealth's insistence that transactions be completed by Dec. 31 and not be publicized even after they closed — gave people with knowledge of the deals the sense that the insurance giant was putting them together with an eye toward meeting earnings targets.

In the end, the deals helped UnitedHealth book an additional $3.3 billion of annual profit, mostly in the fourth quarter. The company alluded to the dispositions in its January earnings statement and analyst call, saying they improved operating costs. It disclosed the $3.3 billion in its annual report the next month, without specifying what it sold.

Details about UnitedHealth's year-end deals haven't been previously reported and the effect on earnings went little noticed by Wall Street analysts at the time. Without the gain, the company would have missed estimates for the first time in more than 15 years.

UnitedHealth counted the $3.3 billion from asset sales toward last year's operating income and adjusted earnings per share, two closely watched profit measures. At the same time, it excluded a



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. <u>Terms of Service</u>

$7.1 billion loss on the sale of its Brazil business from those measures. The moves were "unusual" but allowed under US accounting rules, said Jack Ciesielski, an accounting analyst and the founder of R.G. Associates Inc. in Baltimore.

"If the company is manufacturing earnings by chopping up their furniture or selling their assets, that's not exactly a great business model," Ciesielski said. "The risk is that it might be masking a weakness in the operations."

A UnitedHealth spokesman said the company had valid business reasons for the deals and has consistently reported gains and losses from routine asset sales — what it calls "portfolio refinement" — in operating costs and adjusted earnings. The sale of the Brazil unit was excluded because the company left the market entirely, making it an infrequent occurrence that included losses from foreign currency effects, he said.

"We certainly stand by our practices yet these matters are hardly news, since we disclosed the information through quarterly earnings calls, SEC filings and more dating back to January," he said in an emailed statement.

Companies report adjusted earnings figures to give investors a clearer view of the ongoing profitability of an enterprise, often by excluding events such as asset sales that don't reflect the normal course of business. There's no formal definition of the figures under accounting rules, but companies are required to be consistent about which kinds of items are included or excluded, Ciesielski said. As long as the company can argue the transactions were fundamentally different — as UnitedHealth does with its Brazil sale — there's no conflict with disclosure rules, he said.

UnitedHealth went on to snap its streak of earnings outperformance in the first quarter and withdraw its forecast for 2025, citing higher-than-expected costs in Medicare Advantage. Chief Executive Officer Andrew Witty abruptly resigned in May, replaced by former CEO Stephen Hemsley. The *Wall Street Journal* reported the next day that the insurer is under criminal investigation over Medicare billing practices. The company has defended its practices.

Inside UnitedHealth, there's a culture of meeting financial targets and pressure to find ways to make up for missing targets, according to people close to the firm. Witty, in the company's fourth-quarter earnings call in January, said that the insurer delivers on its commitments to investors.

"Even in highly challenging periods like 2024, our results bear out that we find a way, even if it's not always how we may have initially envisioned the path," he said.

But some analysts didn't grasp the deals' impact on earnings until later. An April 28 note from Wolfe Research noted that "a thorough reading of disclosures" revealed the gains from asset sales, and stripping those out would lead to a lower baseline for earnings. John Ransom, an analyst at Raymond

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

James, slashed his profit forecast for UnitedHealth in May after combing through the annual report and finding details about the gains. He called those earnings "low-quality and non-recurring in nature."

The gains "probably should not have been included in the adjusted earnings," said Jeff Jonas, a portfolio manager at Gabelli Funds, which owns UnitedHealth shares. Proceeds from a sale could far exceed a unit's annual earnings, he said. "When you include that gain, you're really including the equivalent of multiple years of earnings in one year."

Jonas said he didn't realize the full extent of how the gains had affected the 2024 results until around the time of the CEO change in May.

"I think a lot of us, including myself, were missing it or just giving them the benefit of the doubt because everyone loved the company and they'd been so consistent for so many years," Jonas said.

The UnitedHealth spokesman said the company aims to help stakeholders understand its business performance "through compliant, transparent and useful disclosures."

## Making Deals

While best known for its UnitedHealthcare insurance unit that covers more than 50 million people, UnitedHealth gets a growing share of revenue and profits from health-services businesses under its Optum arm, which it built through dozens and dozens of acquisitions. At the same time, the Eden Prairie, Minnesota-based company is facing government scrutiny that has made it increasingly difficult to conduct the types of deals that have fueled its growth.

The Department of Justice last year sued to block UnitedHealth's takeover of Amedisys, a home health company. The government previously unsuccessfully tried to block its acquisition of Change Healthcare, which provides the infrastructure for health insurance payments. The Federal Trade Commission is suing UnitedHealth and two rivals over insulin costs. UnitedHealth has called the FTC case "baseless" and said it misunderstands how drug pricing works.

The increased scrutiny has made some counterparties nervous to sell to UnitedHealth. The company earlier this year offered to buy health-tech firm Edifecs but its private equity owners went with a lower offer in part because they were worried that a deal with UnitedHealth would get caught in regulatory limbo, people familiar with the matter said.

UnitedHealth, which has a market value of $273 billion, has said that deals that it considers to be



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

relatively minor don't meet its threshold for requiring material disclosure. But the company has gone a step further, sometimes asking its private equity counterparties not to disclose information about their new investments as well, people familiar with the matter said. (The UnitedHealth spokesman said the company discloses transactions when it or the counterparty is legally obligated to do so.)

A handful of deals, some of which were struck in December, accounted for the bulk of the $3.3 billion gain, some of the people said.

Warburg Pincus, for example, purchased a controlling stake in a UnitedHealth hearing-benefits business known as Epic Hearing Healthcare. The company's website still identifies it as part of UnitedHealthcare, but a recent job posting by UnitedHealth stated that Epic Hearing is a joint venture with Warburg Pincus that "will become an independent company."

The private equity firm also invested in a UnitedHealth unit in Louisville, Kentucky, that helps health plans identify third parties that might be responsible for paying medical claims, a process known as subrogation, some of the people said. In April, UnitedHealth posted a job opening involving its subrogation business in Kentucky that referenced "the OptumInsight/Warburg Pincus joint venture."

KKR, meanwhile, invested in a UnitedHealth business that provides fitness programs for seniors on Medicare, some of the people said. There's similarly no mention of the investment on the company's website. Business records on file in Delaware show UnitedHealth formed a limited partnership in December whose general partner is a company located at KKR's New York headquarters.

Neither Warburg nor KKR announced the deals. Representatives for the firms declined to comment.

A UnitedHealth building on its Eden Prairie, Minnesota, corporate campus.
Photographer: Matthew Ludak/The Washington Post/Getty Images

In some of the deals, UnitedHealth is getting an earnings benefit from selling stakes in assets without necessarily parting with them forever. It retains options to buy back its stakes within a few years. If it doesn't, the private-equity firms can later force it to buy them back at a higher price.

UnitedHealth could end up paying as much as $3.4 billion if it buys stakes back under the options, it said in the annual report.

In January, UnitedHealth reported fourth-quarter adjusted earnings of $6.81 a share, beating the Wall Street profit forecast by a dime. The gains from the stake sales were worth roughly $3.50 a share and took place mostly in the fourth quarter — enough to spell the difference between barely meeting



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

expectations and missing them by wide margins.

UnitedHealth also reported the gains as part of annual operating income, a measure that typically reflects the money generated from a company's core business activities, such as selling insurance. As with adjusted earnings, companies have broad leeway to determine what's operating income and what isn't, said Tom Linsmeier, chair of the accounting and information systems department at Wisconsin School of Business and a former member of the Financial Accounting Standards Board. Still, he called UnitedHealth's handling of the matter "curious."

"It's reasonable to ask why losses on strategic transactions are outside of operating income, but a huge gain on a strategic transaction is within operating income," he said.


To contact the authors of this story:
Michelle F Davis in New York at mdavis194@bloomberg.net
Zachary R Mider in New York at zmider1@bloomberg.net
Ike Swetlitz in Boston at iswetlitz@bloomberg.net
John Tozzi in New York at jtozzi2@bloomberg.net

To contact the editor responsible for this story:
Kara Wetzel at kwetzel@bloomberg.net
Cynthia Koons
Catherine Larkin

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service