UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-JFD |

### (PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED SUPPLEMENTAL CONSOLIDATED COMPLAINT

This action came on for hearing before the undersigned Judge upon motion by the Defendants to dismiss Plaintiff's Third Amended Supplemental Consolidated Complaint, ECF No. 158, for failure to state a claim upon which relief can be granted under 5 U.S.C. § 78u-4 and Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure. Appearances of counsel were noted on the record.

The Court having heard arguments of counsel, having reviewed Defendants' motion and all papers submitted in support of and in opposition to it, having considered all files, records and proceedings, and being otherwise advised,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss is granted. Plaintiff's Third Amended Supplemental Consolidated Complaint is hereby **DISMISSED with prejudice.**

Date: _____, 2025.

                                                                             Jeffrey M. Bryan
                                                                             United States District Judge