**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>Defendants. | Case No. 0:24-cv-01743-JMB-JFD |

## LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Peter C. Magnuson, certify that Defendants' Memorandum of Law in Support of their Motion to Dismiss complies with the requirements of Local Rule 7.1(f) and 7.1(h), as well as this Court's order granting the parties permission to exceed the word-count limits set forth in those Rules (ECF No. 170). I certify that the Memorandum of Law contains a total of 14,073 words.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word count, while excluding words in the table of contents, table of authorities, caption, and signature block.

-2-

Dated:  September 23, 2025

Respectfully Submitted,

*/s/ Peter C. Magnuson*

| | |
|---|---|
| Robert J. Giuffra, Jr. (admitted *pro hac vice*) | Peter C. Magnuson |
| Jeffrey T. Scott (admitted *pro hac vice*) | Matthew Kilby |
| Matthew J. Porpora (admitted *pro hac vice*) | Jeffrey P. Justman |
| SULLIVAN & CROMWELL LLP | Anderson C. Tuggle |
| 125 Broad Street | FAEGRE DRINKER BIDDLE & REATH LLP |
| New York, New York 10004 | 2200 Wells Fargo Center |
| Tel:  (212) 558-4000 | 90 South Seventh Street |
| Fax:  (212) 558-3588 | Minneapolis, MN 55402 |
| giuffrar@sullcrom.com | Tel:  (612) 766-7000 |
| scottj@sullcrom.com | Fax:  (612) 766-1600 |
| porporam@sullcrom.com | peter.magnuson@faegredrinker.com |
| | matthew.kilby@faegredrinker.com |
| Morgan L. Ratner (admitted *pro hac vice*) | jeff.justman@faegredrinker.com |
| SULLIVAN & CROMWELL LLP | anderson.tuggle@faegredrinker.com |
| 1700 New York Avenue, N.W. | |
| Washington, D.C. 20006 | |
| Tel:  (202) 956-7500 | |
| Fax:  (202) 956-7676 | |
| ratnerm@sullcrom.com | |

*Attorneys for Defendants*

-2-