**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., et al.,<br><br>Defendants. | Civ. No. 24-cv-1743 (JMB/JFD)<br><br>CLASS ACTION<br><br>DECLARATION OF TIM SULLIVAN IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED SUPPLEMENTAL CONSOLIDATED COMPLAINT |

4931-7473-9062.v1

I, TIM SULLIVAN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Minnesota.  I am a member of the law firm of TM Sullivan PLLC, one of the counsel of record for Lead Plaintiff for California Public Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the following article: Josh Dawsey, Christopher Weaver & Anna Wilde Mathews, *UnitedHealth Is Spending Big on Trump Allies to Fix Its Washington Problems*, Wall St. J. (Sept. 14, 2025).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2025, at Minneapolis, Minnesota.

s/ Tim Sullivan
TIM SULLIVAN

4931-7473-9062.v1