**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., ANDREW WITTY, STEPHEN HEMSLEY, and BRIAN THOMPSON,<br><br>　　　　　Defendants. | Case No. 0:24-cv-01743-JMB-DTS |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Peter C. Magnuson, hereby certify that Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss complies with Local Rule 7.1(f) and (h), well as this Court's order granting the parties permission to exceed the word-count limits set forth in those Rules (ECF No. 170). I further certify that the above-referenced Memorandum contains up to 5,924 words.

I further certify that, in preparation of this Memorandum, I used Microsoft Word for Microsoft Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the preceding word count, while excluding words in the table of contents, table of authorities, caption, and signature block.

Dated:  November 17, 2025

Respectfully Submitted,

/s/  Peter C. Magnuson

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Jeffrey T. Scott (admitted *pro hac vice*)
Matthew J. Porpora (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Morgan L. Ratner (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Tel:  (202) 956-7500
Fax:  (202) 956-7676
ratnerm@sullcrom.com

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel:  (612) 766-7000
Fax:  (612) 766-1600
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com

*Attorneys for UnitedHealth Group Inc., Andrew Witty, and Stephen Hemsley*