# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

<table>
<tr>
<td>

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM, individually
and on behalf of all others similarly
situated,

        Plaintiffs,

v.

UNITEDHEALTH GROUP INC.,
ANDREW WITTY, STEPHEN
HEMSLEY, and BRIAN THOMPSON,

        Defendants.

</td>
<td>

Case No. 0:24-cv-01743-JMB-JFD

**DECLARATION OF PETER C. MAGNUSON IN SUPPORT OF UNITEDHEALTH GROUP INC.'s, ANDREW WITTY'S, AND STEPHEN HEMSLEY'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE THIRD AMENDED SUPPLEMENTAL CONSOLIDATED COMPLAINT**

</td>
</tr>
</table>

I, Peter C. Magnuson, hereby declare under penalty of perjury as follows:

1.     I submit this Declaration in support of Defendants UnitedHealth Group Inc. ("UnitedHealth"), Andrew Witty, and Stephen Hemsley's Motion to Dismiss.  The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2.     I am a partner with the law firm Faegre Drinker Biddle & Reath LLP, and I am counsel for Defendants UnitedHealth, Andrew Witty, and Stephen Hemsley in the above-captioned action.

3.     Attached hereto is a true and correct copy of the following exhibit:

Exhibit A     UnitedHealth's Annual Report for 2020 on Form 10-K, filed with the SEC on March 1, 2021 (excerpts)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 17, 2025

/s/ Peter C. Magnuson
Peter C. Magnuson