# UNITED STATES DISTRICT COURT

## District of Minnesota

California Public Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

UnitedHealth Group Inc., Andrew Witty, Stephen Hemsley and Brian Thompson,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-1743 JMB/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants UnitedHealth Group Inc.'s, Andrew Witty's, and Stephen Hemsley's motion to dismiss (Doc. No. 171) is GRANTED IN PART[15] and DENIED IN PART as follows:

a. The portion of Count I alleging a violation of Rule 10b-5(a) and (c) is DISMISSED WITH PREJUDICE.

b. The portion of Count I alleging a violation of Rule 10b-5(b) premised on Chart Statements 1–43 is DISMISSED WITH PREJUDICE.

c. The motion is DENIED with respect to the portions of Counts I and II premised on Chart Statements 44–48.

d. Count III is DISMISSED WITHOUT PREJUDICE.

2. All claims against Defendant Brian Thompson will be DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1).

Date: 10/1/2026

KATE M. FOGARTY, CLERK